IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441 MJW

UNITED STATES OF AMERICA,

                Plaintiff

    - against -

SALVATORE CELAURO, JR. [sic];
                Wrongly Accused
                Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                Deceased.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3/28/2016
JEFFREY P. COLWELL, CLERK

---

## CHALLENGE TO PRESUMED POLITICAL JURISDICTION OVER THIS NATURAL MAN BY THE U.S. GOVERNMENT AND ITS IRS

1. In regard to the above reference, I am hereby presenting to you and the IRS with my official detailed challenge to the UNITED STATES OF AMERICA and its IRS's presumed political jurisdiction and authority over me.

2. Please be hereby advised, the Challenge I herein serve you with will be and is founded on Mathematically Certain Principles that I have recently presented to the IRS in Colorado, in the manner I present herein below. These arguments have never been ruled as frivolous by any Federal Court, to the contrary, the one time they were presented orally to a Federal District Court, that court put the matter on terminal hold over forty-five years ago, and to avoid addressing issues neither the UNITED STATES OF AMERICA nor the IRS could refute or prevail against, and dare not lose.

3. Please be hereby advised, I strongly believe everyone should pay all and any tax that they properly owe, however, at the same time, I likewise strongly believe that there is no obligation to pay any tax that was not properly assessed or was assessed through **fraud** on the part of the

government, including (but not limited to) enabling **fraud** initiated and perpetrated by State governments.

4. Please be assured, if the IRS can produce and present evidence to me, duly attested to by a living eyewitness that I have a taxpayer obligation to the UNITED STATES OF AMERICA, and then I will be willing to pay any income tax I am proven to be liable to pay.

## PRELIMINARY STATEMENT

5. First, unless otherwise indicated in this writing, all words used in this writing shall be construed to have the meaning commonly understood by common ordinary People in their ordinary day to day conversations, and no statutory or secret meaning shall be applied by the government in order to twist the meaning and intent of this writing. No Law Dictionary meaning shall be referred to in order to determine the meaning of any word used herein.

6. It is self-evident and cannot be reasonably denied that all human beings ("natural persons") are Born Free and politically independent, as a condition of Nature.

7. And, that in order for any Naturally Free Born Person to be subject to the political dominion of any government (such being an artificial entity created by mere men), such Free Born Individual must be either physically forced by criminally applied physical power or the threat thereof, or in some manner, intellectually enticed or coerced or surreptitiously or fraudulently indoctrinated to willingly submit oneself to such government's dominion by in some way being manipulated into assuming an artificial persona, such as United States citizenship or a True Legal Name.

8. Please carefully consider that the Thirteenth Amendment to the Federal Constitution embodies the following concepts:

## GOVERNMENT IS FORECLOSED FROM PARITY WITH REAL PEOPLE

### BASIC PRINCIPLES OF THE THIRTEENTH AMENDMENT

"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." Author Unknown.

"In this extensive sense, **not only each State** singly, but even the **United States may** without impropriety **be termed 'corporations.'**" *Chisholm v. State of Georgia*, 2 U.S. (Dall.) 419, 447 (1793) (emphasis added).

"By **a State** I mean, a complete body of free persons united together for their common benefit, to enjoy peaceably what is their own, and to do justice to others. **It is an artificial person.**" *Chisholm v. State of Georgia*, 2 U.S. (Dall.) 419, 455 (1793) (emphasis added); see also: *Georgia v. Stanton*, 73 U.S. 50, 65 (1867).

"**A corporation**, it is said, **is an artificial person**, a mere legal entity, invisible and intangible." *Marshall, Plaintiff in Error, v. Baltimore and Ohio Railroad Company*, 57 U.S. 314 (1853) (emphasis added).

"In my opinion, a corporation - '**an artificial being**, invisible, intangible, and existing only in contemplation of law' * * *." *Hale v. Henkel*, 201 U.S. 43, 78 (1906) (emphasis added).

"While it cannot be said that **the United States**, in its corporate capacity **as an artificial person,** * * *." *Helvering v. Stockholms Enskilda Bank*, 293 U.S. 84, 92, 55 S. Ct. 50 (1934) (emphasis added).

""In [that] case **the state, is to be deemed** to all intents and purposes as a person, although **an artificial person**, . . . capable of being treated as a citizen of that state, as much as a natural person." *Louisville R. Co. v. Letson*, 2 How. 497, 558 (1844) (emphasis added), discussed in Globe 752." *Monell et al. v. Department Social Services City New York et al.*, 436 U.S. 658, 686-687, 98 S. Ct. 2018 (1978) (emphasis added).

"Both before and after the time when the Dictionary Act and 1983 were passed, the phrase "bodies politic and corporate" was understood to include the States. * * * *Cotton v. United States*, 11 How. 229, 231 (1851) (**Every sovereign State** is of necessity a body politic, or **artificial person**.)" *Will v. Michigan Dept. of State Police*, 491 U.S. 58, 78, 109 S.Ct. 2304 (1989) (emphasis added).

"* * * see also *Trustees of Dartmouth College v. Woodward*, 17 U.S. (4 Wheat.) 518, 667 (1819) (opinion of Story, J.) (**A corporation** "is, in short, **an artificial person**, existing in contemplation of law," * * *. See, e.g., 2 J. Bouvier, A Law Dictionary 332 (6th ed. 1856) (def. 2: The term "**person**" "is also used to denote a corporation which is an **artificial person**")." *Cook County, Il. v. United States ex rel. Chandler*, 538 U.S. 119, 123 S.Ct. 1239, 155 L.Ed.2d 247 (2003) (emphasis added).

"Man, fearfully and wonderfully made, is the workmanship of his all perfect Creator: **A State**; useful and valuable as the contrivance is, **is the inferior contrivance of man**; and from his native dignity derives all its acquired importance." *Chisholm v. State of Georgia*, 2 U.S. (Dall.) 419, 455 (1793) (emphasis added).

"Suffice it, at present to say, that another principle, very different in its nature and operations, forms, in my judgment, the basis of sound and genuine jurisprudence; laws derived from the pure source of equality and justice must be founded on the CONSENT of those, whose obedience they require. **The sovereign, when traced to his source, must be found in the man.**" *Chisholm v. State of Georgia*, 2 U.S. (Dall.) 419, 458 (1793) (emphasis added).

"The words 'people of the United States' and 'citizens' are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. **They are** what we familiarly call **the 'sovereign people,'** and every citizen is one of this people, and a constituent member of this sovereignty." *Dred Scott v. Sandford*, 60 U.S. (19 How.) 393, 404 (1856) (emphasis added).

"It is a familiar doctrine of the common law, that **the sovereign cannot be sued in his own courts without his consent**." *The Siren*, 74 U.S. (7 Wall.) 152, 153-154 (1868) (emphasis added); see also: *United States v. Lee*, 106 U.S. 196, 226 (1882); *Beers v. Arkansas*, 61 U.S. (20 How.) 527, 529 (1857); *Kawananakoa v. Polyblank*, 205 U.S. 349, 353 (1907).

"But be that as it may, **there is no such thing as a power of inherent sovereignty in the government of the United States**. It is a government of delegated powers, supreme within its prescribed sphere, but powerless outside of it. **In this country, sovereignty resides in the people**, and congress can exercise no power which they have not, by their constitution, intrusted to it; all else is withheld." *Legal Tender Cases (Juilliard v. Greenman)*, 110 U.S. 421, 467 (1884) (emphasis added).

"**If the power is not in terms granted**, and is not necessary and proper for the exercise of a power which is thus granted, **it does not exist**." *Legal Tender Cases (Juilliard v. Greenman)*, 110 U.S. 421, 468 (1884) (emphasis added).

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but **in our system**, while sovereign powers are delegated to the agencies of government, **sovereignty itself remains with the people**, by whom and for whom all government exists and acts." *Yick Wo v. Hopkins*, 118 U.S. 356, 370, 6 S.Ct. 1064 (1886) (emphasis added).

"In the United States, **sovereignty resides in the people** who act through the organs established by the Constitution. *Chisholm v. Georgia*, 2 Dall. 419, 471; *Penhallow v. Doane's Administrators*, 3 Dall. 54, 93; *McCulloch v. Maryland*, 4 Wheat. 316, 404, 405; *Yick Wo v. Hopkins*, 118 U.S. 356, 370, 6 S.Ct. 1064." *Perry v. United States*, 294 U.S. 330, 353 (1935) (emphasis added).

"But **the citizens** themselves **are sovereign**, and their citizenship is not subject to the general powers of their government." *Perez v. Brownell*, 356 U.S. 44, 65 (1958) (emphasis added).

"**In our country the people are sovereign** and the Government cannot sever its relationship to the people by taking away their citizenship." *Afroyim v. Rusk*, 387 U.S. 253, 257 (1967) (emphasis added).

""[A]llegiance imports an obligation on the citizen or subject, the correlative right to which resides in the sovereign power: allegiance in this country is not due to Congress, but to **the people, with whom the sovereign power is found**; it is, therefore, by the people only that any alteration can be made of the existing institutions with respect to allegiance." [31 Annals of Cong. 1038-1039 (1818)], at 1045." *Afroyim v. Rusk*, 387 U.S. 253, 260 (1967) (emphasis added).

"The Framers concluded that allocation of powers between the National Government and the States enhances freedom, first by protecting the integrity of the governments themselves, and second by protecting **the people, from whom all governmental powers are derived**." *Carol Anne Bond v. Unites States*, 131 S.Ct. 2355, 180 L.Ed.2d 269 (2011) (emphasis added).

"**The Constitution is a charter of negative liberties; it tells the state to let people alone**; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." *Bowers v. DeVito*, 686 F2d 616, 618 (Ill. 1982) (emphasis added); see also: *Jackson v. City of Joliet*, 715 F.2d 1200 (Ill. 1983); *Beard v. O'Neal*, 728 F.2d 894 (Ill. 1984); *Jackson v. Byrne*, 738 F.2d 1443 (Ill. 1984); *Wittkowski v. State of New Mexico*, 103 N.M. 526, 710 P.2d 93 (N.M. 1985); *Schaffrath v. Village of Buffalo Grove*, 513 N.E.2d 1026, 160 Ill.App.3d 999, 112 Ill.Dec. 417 (Ill. 1987); *Henderson v. Bradford*, 523 N.E.2d 64, 168 Ill.App.3d 777, 119 Ill.Dec. 596 (Ill 1988); *Archie v. City of Racine*, 847 F.2d 1211, 1220-1223 (Wis. 1988); *Minor Child A. Doe v City of Chattanooga*, No. 876 (Tenn. 1989); *Jenicke v. City Forest Hill*, 873 S.W.2d 776 (Tex. 1994); *Jones v. Dane County*, 537 N.W.2d 74, 195 Wis.2d 892 (Wis. 1995); *Moore v. Ganim*, 660 A.2d 742, 233 Conn. 557 (Conn. 1995); *Lewis E. v. Spagnolo*, 186 Ill.2d 198, 710 N.E.2d 798, 238 Ill.Dec. 1 (Ill. 1999); *Allen v. Illinois Community College Board*, No. 5-99-0012 (Ill. 2000); *Workman v. Franklin County*, No. 00AP-1449 (Ohio 2001); *Severson v. Board of Trustees of Purdue University*, 777 N.E.2d 1181 (Ind. 2002); *Severson v. Board of Trustees of Purdue University*, 777N.E.2d 1181 (Ind. 2002); *Gormley v. Latanya Wood-El*, 422 N.J.Super. 426, 29 A.3d 336 (N.J. 2011).

"Nothing can destroy a government more quickly than **its failure to observe its own laws**, or worse, **its disregard of the charter of its own existence**." *Mapp v. Ohio*, 367 U.S. 643, 659 (1961) (emphasis added).

9. As the United States presents itself as a country governed by laws compliant to its creating Constitution, I will reference aspects of that Constitution which, in acknowledgment of my Naturally Free Born Political Independence, establishes and acknowledges that I am free from such government's dominion unless such government can present proof that I willingly and knowingly subjected myself to its dominion after being fully informed by such government of all

the negative aspects and consequences of my purported voluntary subservience to its dominion.

## RELEVANT IRREFUTABLE FACTS
## GOVERNING ESTABLISHMENT OF POLITICAL AUTHORITY
### HISTORICAL BACKGROUND

10. As established in the Thirteenth Amendment and acknowledged in the anonymous quotation in the references herein above, in paragraph 8, it is irrefutably self-evident that Governments are artificial political entities created by men.

11. It is likewise irrefutably self-evident that the men creating such artificial political entities have no individual Naturally endowed authority to command the obedience, subservience, or conformance of other men; and, no numeric combination of such creators can reasonably enable them to create such authority based merely on their mutual association. Zero + zero = zero, no matter how many zeros are added, the total will always be zero!

12. On 4 July 1776, the British subjects living in the Thirteen British Colonies of North America revolted against their British Monarch, King George III, and deposed him, thereby each of such former British subjects immediately became individually free and politically independent and politically sovereign over their own individual persons, with none of them, or any combination thereof, having any authority to command the obedience, subservience or conformance of any other; and, no combination of such men could reasonably create authority to command others to obey or conform to the command(s) of any such combination, without the voluntary submission of those "others". See paragraph 8, herein above.

**As an aside:**

13. In regard to voting, unless all those voting individually agree prior to any vote, to individually submit themselves to the outcome, such outcome cannot reasonably require the conformance of any non-voter or voter who did not agree to conform prior thereto; consider this question:

"How many men voting, would it take to properly and democratically vote the panties off an unwilling woman?"

14. The foregoing question clearly and irrefutably establishes that voting is a criminal act any time the outcome is purported to require the conformance of the otherwise unwilling! (Except as provided in the 14th Amendment, where under a *fully informed voluntary intentional claim* of United States citizenship would negate any criminality of the application of vote outcome to U.S. citizen non-voters, as will be addressed herein below).

### BACK TO THE PRESENTATION
### TO HISTORICAL BACKGROUND

15. In writing the Preamble to the Federal Constitution, the Framers thereof established and set forth therein, the purpose of the Constitution, which was/is (as stated therein), to secure the Blessings of Liberty to themselves and their Posterity. Surreptitiously therein the Founders created the Sovereign Political Class as being the People of the United States (pay attention to the words!).

16. The Preamble (in relevant part):

> "We, the People of the United States, in order to ... secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America."

17. This wording is self-evidently both limiting and exclusionary, pertaining only to the People of the United States and THEIR Posterity, and does NOT mention or include or imply the inclusion of the application of such protection to any individual(s) who might, through naturalization or otherwise, volunteer themselves into the lower political status of citizen of the United States, being a subservient political status, likewise surreptitiously created in the Constitution by the Founders, in Section Two of Article One thereof (pay attention to the words!). But the unlimited degree of subservience inherent in claiming United States citizenship was NOT established or defined until 1868, in the 14th Amendment.

18. Although the word "People" does not usually carry any inherent political implication (as does the word "citizen"), the word "People" can be imbued with a political meaning when used in a context intentionally formulated for that purpose, as is self-evidently the intention in this instance in the Constitution's Preamble. (Pay attention to the words!).

19. It is significant here to again take notice that the Founders specifically reserved the application of the Constitution's securing of the Blessings of Liberty to Themselves and THEIR Posterity - NOT the posterity of any other heritage linage! This specifically excludes any and all immigrants and their posterity and even excludes the posterity of those born of the People Class who might elect to unknowingly and unintentionally "voluntarily" designate themselves as citizens of the United States. (Pay attention to the words!).

20. The Thirteenth Amendment to the Federal Constitution proclaims Natural Law as being part of the Constitution, being that the government of the United States and the governments of the Several States have no authority to command, in any manner, the subservience of any individual, political or otherwise. That is, "Involuntary servitude shall not exist within the United States, or any place subject to their jurisdiction". Please note that the Thirteenth Amendment does NOT prohibit voluntary servitude; i.e., voluntary citizenship. See paragraph 8, hereof.

21. The Fourteenth Amendment to the Federal Constitution does NOT declare that anyone born in the United States to automatically become a citizen of the United States due simply to such birth (again, pay attention to the words!).

22. The Fourteenth Amendment does define United States citizenship (such citizens being those persons who have been naturalized or, if born in the United States, have individually intentionally taken some "voluntary" official action, or un-intentionally and unknowingly done so, causing themselves to thereby become "subject to the jurisdiction thereof"), and such Amendment declares the duties of such citizens, to pay the public debt, without question (in the

Fourth Article thereof) (again, pay attention to the words!).

## SYNOPSIS

23. The above constitutes irrefutable historical evidence that the government of this country was created by ordinary men who had no ability to imbue the government they created with authority in excess of that which they were, individually, Naturally endowed, which would enable them to command the political subservience of other men; therefore, in order for other men to become subservient, such other men would have to be, in some manner, enticed or indoctrinated, to volunteer themselves into or cause themselves to believe they were born naturally into political subservience.

## MODERN INDUCEMENT OF SUBSERVIENCE
## ADDITIONAL IRREFUTABLE FACTS
## EXPOSING FRAUDULENT INDOCTRINATION

24. When born, human babies have no knowledge or frame of reference in regard to any issue what-so-ever; that is, such babies have no cognitive ability to take note of when they were born, where they were born, or who their own mother was, nor to be aware even, that they had just been born, or what their gender is, or that there are gender differences.

25. That is, due to the foregoing, no one, no matter their age, intelligence or education, has any ability to "know" "who they are" or where they originated from!

26. Additionally, neither do such human babies or small children, or even including adolescents and teenagers, have any frame of reference to enable them to determine whether what they are being taught or exposed to in public schools or elsewhere, is good for them or merely good for those "adults" who are in a position to indoctrinate such young humans into a mind-set of political subservience.

27. This condition is irrevocably true and continues no matter the age of the individual or what information the individual becomes aware of later in life. To "believe" is NOT equivalent to

knowledge obtained by cognitive observation or actual intelligent participation.

28. No human baby has/had any ability to consider or choose "his" own name.

29. No human baby has/had any ability to participate in the creation of a certificate recording or registering his own birth.

30. No human baby has/had any ability to file a certificate of his birth with a government office.

31. It is widely known and recognized that the parents of human babies are most usually, the persons who determine the name by which their new-born children shall be known.

32. It is widely known and recognized that the creators of intellectual property are the natural owners of such property.

33. Based on the foregoing, it is thereupon self-evident that upon the parents creation of a name by which their new-born child shall be known, that the parents are (or would be if they were alerted to this fact by an honest government), the Natural owner of such name (the parents would be the owner of the name, NOT owners of the child - children are NOT property).

34. No human baby or minor child has/had any ability to own any property other than the parts of their own body.

35. Nature provides all human babies with arms, legs, fingers and toes, all attached to and are clearly the property of the baby.

36. No human baby has/had any ability to legally own the name entered on a certificate of his birth by his parents or whomever else may have conjured up such name.

37. Nature does NOT provide or attach a name to any human baby.

38. That is, human babies have no ability to own the name entered on a certificate created in regard to their birth, if any.

39. Birth certificates recorded with the government do not include a claim of ownership of the name entered thereon by the parents; nor do such birth certificates include any contact

information enabling the State to contact the parents at a later time in regard to the parents ownership of, or abandoning of the parents ownership of the name entered on such birth certificates.

40. All Fifty of the States of the United States have a statute pertaining to the States' disposition of abandoned property. In the state where I live, Colorado, that statute is under Title 38, Article 13.

41. Section 103 is a general "catch all" section, where under, the State of Colorado becomes the owner of all abandoned property not specified in any other section.

42. This "catch all" section would include all names entered on birth certificates filed in Colorado five years after such birth certificates are filed with the government of Colorado.

### HOW STATES ATTAINS "VOLUNTARY" SUBSERVIENCE OF FREE BORN PEOPLE THROUGH FRAUDULENT INDOCTRINATION

43. In the government's indoctrination centers, euphemistically known as public schools, children are fraudulently indoctrinated to believe that they were born into United States citizenship, contrary to the provisions of both the Thirteenth and Fourteenth amendments to the Federal Constitution.

44. And likewise, contrary to the Natural politically independent status of every person; imbued into them upon their birth; (please see paragraph 8, herein above), And;

45. During the course of their development and "education", the government "schools" indoctrinate children to believe such children must present "their" birth certificate in order to be issued a driver license in order to operate the child's own automobile (or other vehicle).

46. Upon attaining the age of sixteen years (or eighteen in some States), the child, then a young adult, but none the less, still an adult, old enough to be held accountable by society for his conduct, and his voluntary entered into agreements, or contracts, the young adult presents

himself to the government's local driver license issuing office to apply for the issuance to him by the State, of a driver license, or so he has been fraudulently indoctrinated to believe in the government's indoctrination centers, AKA: "public schools".

47. Unknown and intentionally unrevealed to the young adult at that time, is the fact that the State, at that time, has no authority to require the young adult to procure a driver license in order for the young adult to operate his own automobile or other vehicle.

48. This is true because at that moment of time Natural Law (as set forth in explanatory writing cited herein above in paragraph 8), and as clearly embodied in the Federal Thirteenth Amendment, deprives the State of any authority to enforce any such requirement on Free Born individuals who have not, as adults, voluntarily agreed to be subservient to the government of the State, or subservient to the government of the United States.

49. The question here is:

> "Why does the government require a driver license applicant to present a birth certificate in order to be issued a driver license when there is no information on any birth certificate that can serve to connect such document to any specific individual?"

50. Additionally prompted question: "As there is no information on such document that would be required in order for the State to create a positive identification of the individual, to enable the individual to be later positively identified, so why then the State's birth certificate presentation requirement?"

51. The forgoing questions are especially relevant when it is considered and acknowledged that the ownership of the most significant information on a birth certificate, being the name entered thereon, is most certainly not the legally owned property of the driver license applicant.

52. Under the rules established under the State's abandoned property statutes, the ownership of the name by the creator has been abandoned due to lack of maintaining any official ownership claim, which makes it most likely that ownership of the name has been assumed by the State

under the State's disposition of abandoned property statute; again, in Colorado, where I live, the State's ownership of the name seemingly occurs under Title 38, Article 13, Section 103, five years after the document is recorded with the State.

53. Could it be more clearly self-evident that the State's requirement of the presentation of "his" birth certificate by a driver license applicant, where the State has become the apparent owner of the name entered thereon, that such requirement constitutes the means whereby the State surreptitiously causes the applicant to unknowingly apply to the State to issue him a franchise license to use such seemingly State owned name, whereby such name is deemed to thereby be the applicant's "True Legal Name"; causing the applicant to have unknowingly volunteered himself to thereafter be acting under an artificial persona and thereby caused himself to become subservient to the State in every activity when acting in the role of that artificial persona.

54. This is a condition commonly known as "citizenship", but not legally established as such. What this driver license "ceremony" actually does is establish a "voluntary" subservient contractual relationship of the former Free Born individual to the State, as a licensed franchisee.

55. By using this surreptitious procedure, the State has gained the "voluntary" subservience of the individual without the State's open and notorious violation of the prohibition of involuntary servitude provision of the Federal Thirteenth Amendment.

56. Additionally, this is clearly an intentional flagrant violation by all Fifty of the Several States, of the self-evident principle set forth and explained in paragraph 8, herein above, and as embodied in the Federal Thirteenth Amendment.

## HOW THIS APPLIES TO ME
## IN REGARDS TO THE IRS

57. The Federal Thirteenth Amendment's prohibition of involuntary servitude acknowledges that everyone born on the land area of North America, claimed by the United States government to be under its political dominion, are Born Free and clear of any political subservience to any

political entity, as does the explanatory writings in paragraph 8 herein above.

58. In order for me to (at this time), be subservient to the government of the United States and its IRS, the government of the United States must present its proof that I knowingly and willingly, having been fully informed of all of the negative consequences thereof prior thereto, and then intentionally gave up the free and independent status I was born with, to willingly surrender myself to the political whimsy of the government of the United States or the State wherein I live.

59. It is not incumbent upon me to prove I am not subject to the IRS; it is for the IRS to prove I am.

60. No statute enacted by Congress can establish such condition; and neither can any Section of the IRS Code, as none of the foregoing can apply to me until AFTER written proof that I knowingly, willingly, and intentionally volunteered myself into such condition is presented to me by the IRS, from its existing files and records.

61. Moreover, any purported proof presented by the IRS must be supported by the sworn testimony of a real live eyewitness, who can and will testify as having personally witnessing my intentional voluntary act of subservience, after such witness observed a government officer explain to me what I was giving up and what all the negative consequences were that are incumbent in United States citizenship.

62. I claim my Political Status to be of the Posterity of the Rebels of 4 July 1776, being among the former subjects of King George III, who rebelled against and denounced said King on that Glorious Day!

63. As a member of such Posterity, I claim as my Common Law Right of inheritance, that the Government of the United States must accord me my Right to live here free from government interference, on the land secured by my antecedents successful rebellion, and on such other land

acquired as a direct result thereof, which shall include all Fifty of the Several States, and all island possessions of the United States, but shall not be limited thereto.

64. As for my proof of such status, I have no proof other than my existence here and my claim thereof. No person can claim their origin, not any staff member of the IRS or any justices of the Supreme Court or even the President of the United States. Our mere claim of our origin and status is all that is required. The presentation of a birth certificate proves nothing, as the person presenting it cannot prove such document was created in regard to their birth. Such documents are accepted as proof only because it serves the **dishonest** purpose of the State to do so.

65. Additionally, as the government of the United States and the government of Colorado have conspired together to fraudulently indoctrinate me, in order to fraudulently deny me my Natural Political independence, I claim, under the Law of Necessity, my Right to continue to use any and all documentation and information issued to me by either or any government agency of any and every description, such as a driver license, Social Security Number, Passports, and/or any and all other similar item, which may be "required" by any monetary institution or professional association or employer or police or sheriff's entities, or to enable me to travel to and return from any foreign country.

66. This application of the Law of Necessity is recognized by the Supreme Court of the United States in the case, *Holy Trinity Church vs. United States*, 143 U.S. 457, 459, 12 S.Ct. 511, 36 L.Ed. 226 (1892), wherein SCOTUS opined that when the strict application of the letter of a statute would result in an absurd outcome, such statute must be construed in a manner to avoid the absurdity.

67. I freely acknowledge that I am subject to be held accountable for any violation of the Common Law crimes of rape, robbery, murder, or trespass, in any Common Law Court created by my Common Law Peers (but NOT in or under any statutory court of any nature what-so-ever,

created under any manner of statute by any political government of the United States or by any of its member States).

Proceeding at all times under Threat, Duress and Coercion,

*sal-junior: Celauro*
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]
29 March 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

                                                **Plaintiff**

        - against -

**SALVATORE CELAURO, JR. [sic];**

                                    **Wrongly Accused**
                                    **Belligerent Litigant**

**MICHELE GRAZIANO; and
PARK COUNTY, COLORADO**

                                              **Deceased.**

---

## CHALLENGE TO PRESUMED POLITICAL JURISDICTION OVER THIS NATURAL MAN BY THE U.S. GOVERNMENT AND ITS IRS

---

sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]
29 March 2016