means the provisions of the Internal Revenue Code of 1954, and amendments thereto thereto [sic], and other provisions of the laws of the United States relating to federal income taxes for the same taxable year, except that if this reference should ever be declared unconstitutional then to the provisions that existed on January 1, 1972. **State of Rhode Island General Laws**, Chapter 44-30 *Personal Income Tax* § 44-30-6.

"State" means any state of the United States, the District of Columbia, the commonwealth of Puerto Rico, or any possession of the United States. **Utah Code**, Chapter 10 *Individual Income Tax Act*, Section 59-10-118(1)(e).

"State" means any state of the United States, the District of Columbia, the Commonwealth of Puerto Rico, any territory or possession of the United States, and any foreign country or political subdivision thereof. **Colorado Revised Statutes**, Title 39 Taxation Specific Taxes, Article 22. Income Tax, Section 39-22-303.5(1)(e).

42. Application of (a) *ejusdem generis* (of the same kind), (b) *expressio unius est exclusio alterius* (the inclusion of the one is the exclusion of the other), and (c) *noscitur a sociis* (known by its associates) to the above definitions of "state" reveals that none comprehend any of the 50 commonwealths united by and under authority of the Constitution and admitted into the Union.

43. *Whereas*: "*Uno absurdo dato, infinita sequuntur*. One absurdity being allowed, an infinity follow" (BOUVIER'S, p. 2166), and we are dealing with but another congressional absurdity; and

*Whereas*: "State" is a Federal term exclusively; and

*Whereas*: For *purposes* of tax under Title 26 U.S.C., "State" is defined in a political sense and means the body politic of the District of Columbia and no other thing *(supra*, paragraph 39); and

*Whereas*: None of the 50 commonwealths united by and under authority of the Constitution and admitted into the Union is a *State,* as Congress defines "State" in Title 26 U.S.C.; and

*Whereas*: There is no definition of "state" in any statute of the 50 aforesaid

commonwealths that comprehends any such commonwealth as a state; and

*Whereas*: Any and all official, governmental use of "State" means ***the body politic of the District of Columbia (and no other thing)***; and

*Whereas*: The government of every commonwealth united by and under authority of the Constitution and admitted into the Union uses the Federal term "State" in its official title, i.e., State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of California, State of Colorado, State of Connecticut, State of Delaware, State of Florida, State of Georgia, State of Hawaii, State of Idaho, State of Illinois, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Maine, State of Maryland, State of Massachusetts, State of Michigan, State of Minnesota, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of Nevada, State of New Hampshire, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of North Dakota, State of Ohio, State of Oklahoma, State of Oregon, State of Pennsylvania, State of Rhode Island, State of South Carolina, State of South Dakota, State of Tennessee, State of Texas, State of Utah, State of Vermont, State of Virginia, State of Washington, State of West Virginia, State of Wisconsin, and State of Wyoming; and

*Whereas*: Any government use of "State" means the body politic of the District of Columbia; e.g., "State of Alabama" means ***the body politic of the District of Columbia of Alabama***,

*Wherefore*: In order to resolve the absurdity and ascertain the meaning of the phrase "any of the 50 States" we must discover exactly how ***residents of Alabama*** (or any

of the other 49 aforesaid commonwealths) are deemed by government to be *members of the body politic of the District of Columbia* (and therefore allegedly liable to tax under Title 26 U.S.C.).

## CODE OF FEDERAL REGULATIONS: ONLY D.C. RESIDENTS LIABLE TO TAX UNDER TITLE 26 U.S.C.

44. The correctness of our interpretation of the meaning of "State" (*supra*, paragraph 39), that the only body politic liable to tax under 26 U.S.C. is that of the District of Columbia, is confirmed in pertinent part of general legislation in Title 26 C.F.R. *Internal Revenue*; to wit:

> § 1.1-1 Income tax on individuals.
>   (a) General rule.
>     (1) Section 1 of the Code imposes an income tax on the income of every individual who is a citizen or resident of the [Title 26 U.S.C. geographical] United States [i.e. District of Columbia only] ...
>     (b) *Citizens or residents of the [Title 26 U.S.C. geographical] United States [i.e., District of Columbia only] liable to tax.* ...
>     (c) *Who is a citizen.* Every person born or naturalized in the [Title 26 U.S.C. geographical] United States [i.e., District of Columbia only] and subject to its [the District of Columbia's] jurisdiction is a citizen. ...

45. *Whereas*: Only citizens or residents of the Title 26 U.S.C. geographical United States are liable to tax under Title 26 U.S.C. (26 C.F.R. 1.1-1(b)); and

*Whereas*: Persons born or naturalized in the Title 26 U.S.C. geographical United States nevertheless are *not citizens* thereof unless they are also subject to Title 26 U.S.C. geographical United States jurisdiction, *i.e., unless they are also a resident thereof* (26 C.F.R. 1.1-1(c)); to wit:

> RESIDENT. One who has his residence in a place. BLACK'S, p.1032.

> RESIDENCE. Living or dwelling in a certain place permanently or for a considerable length of time. The place where a man makes his home, or where he dwells permanently or for an extended period of time.
> ... "Residence" means a fixed and permanent abode or dwelling-place for the time being, as contradistinguished from a mere temporary locality of existence. ...

*Id.*

- Territorial jurisdiction. Jurisdiction considered as limited to cases arising or **persons residing within a defined territory**, as a county, a judicial district, etc. **The authority of any court is limited by the boundaries thus fixed**. ... [Emphasis added.]   Henry Campbell Black, *A Law Dictionary,* Second Edition (West Publishing Co., St. Paul, Minn., 1910), p. 673.

*Whereas*: For purposes of income tax under Title 26 U.S.C., it is immaterial if one was born or naturalized in the Title 26 U.S.C. geographical United States if he does not reside in the Title 26 U.S.C. State of District of Columbia (see paragraph 39, *supra*), i.e. is not a resident thereof,

*Wherefore*: ***The only persons who are liable to tax under the Internal Revenue Code / Title 26 U.S.C. are residents of the District of Columbia.***

## NONRESIDENT ALIENS

46. Title 26 U.S.C. provides, in pertinent part of Section 7701, that those who are neither a citizen nor a resident of the 26 U.S.C. geographical United States are "nonresident aliens"; to wit:

   § 7701 - Definitions
     (a) When used in this title ...
     (b) Definition of resident alien and nonresident alien
        (1) In general
          (B) Nonresident alien
             An individual is a nonresident alien if such individual is neither a citizen of the [Title 26 U.S.C. geographical] United States nor a resident of the [Title 26 U.S.C. geographical] United States ...

47. The Joint Tenants in the Sovereignty, i.e., Americans who reside neither in the District of Columbia  nor one of the five aforesaid insular territories, are ***nonresident aliens*** in respect of the Title 26 U.S.C. geographical United States (see paragraphs 44-45, *supra*).

## NO REQUIREMENT FOR NONRESIDENT ALIENS
## TO MAKE AN INCOME TAX RETURN

48. The Federal Register, published by the Office of the Federal Register, National Archives and Records Administration, and the official daily publication for all rules - i.e., statutes - proposed rules, and notices of Federal agencies and organizations, as well as all presidential documents, is devoid of incorporation any requirement to make an income tax return; to wit:

> Our records indicate that the Internal Revenue Service has not incorporated by reference in the Federal Register (as that term is defined in the Federal Register system) requirement to make an income tax return. Michael L. White, Attorney, Office of the Federal Register, letter to Richard Durjak, May 16, 1994.

## HOW JOINT TENANTS IN THE SOVEREIGNTY "BECOME RESIDENTS" OF THE DISTRICT OF COLUMBIA

49. Any nonresident alien, such as a Joint Tenant in the Sovereignty, can appear - in the eyes government - to elect (choose) to be treated as a resident of the District of Columbia by making a tax return; as provided in 26 C.F.R. Sections 1.871-1 and 1.871-4 and 26 U.S.C. 6013; to wit, respectively and in pertinent part:

> § 1.871-1 - Classification and manner of taxing alien individuals.
> (a) Classes of aliens. For purposes of the income tax, alien individuals **[e.g., Joint Tenants in the Sovereignty]** are divided generally into two classes, namely, resident aliens and nonresident aliens ... However, nonresident alien individuals may elect, under section 6013(g) or (h), to be treated as **[Title 26 U.S.C. geographical]** U.S. **[District of Columbia only]** residents for purposes of determining their income tax liability under Chapters 1, 5, and 24 of the code. ...

> § 1.871-4 - Proof of residence of aliens.
> (a) *Rules of evidence*. The following rules of evidence shall govern in determining whether or not an alien within the **[Title 26 U.S.C. geographical]** U.S. **[District of Columbia only]** has acquired residence therein for purposes of the income tax.
> (b) *Nonresidence presumed*. An alien **[e.g., Joint Tenant in the Sovereignty]** by reason of his alienage [[8]] **[i.e., foreignness to the District of Columbia]**, is presumed to be nonresident alien.
> (c) *Presumption rebutted*
> (2) *Other aliens*. In the case of other aliens, the presumption as to the alien's

---

[8] a'lien-age ... *n*. The state of being alien or an alien. FUNK & WAGNALLS, p. 51.

nonresidence may be overcome by proof-

(iii) Of acts and statements [e.g., the making of a tax return] of the alien showing a definite intention to acquire residence in the [Title 26 U.S.C. geographical] United States [District of Columbia only] …

§ 6013 - Joint returns of income tax by husband and wife

(g) Election to treat nonresident alien [Joint Tenant in the Sovereignty] individual as resident of the [Title 26 U.S.C. geographical] United States [i.e., District of Columbia only]

(1) In general

A nonresident alien [e.g., Joint Tenant in the Sovereignty] individual with respect to whom this subsection is in effect for the taxable year shall be treated as a resident of the [Title 26 U.S.C. geographical] United States [i.e., District of Columbia only] -

(A) for purposes of chapter 1 for all of such taxable year, and

(B) for purposes of chapter 24 (relating to wage withholding) for payments of wages made during such taxable year.

(h) … year in which nonresident alien [e.g., Joint Tenant in the Sovereignty] becomes resident of [Title 26 U.S.C. geographical] United States [i.e., District of Columbia only]

(1) In general

If -

(A) any [Joint Tenant in the Sovereignty] individual is a nonresident alien individual at the beginning of any taxable year but is [i.e., appears to have elected to be treated as] a resident of the [Title 26 U.S.C. geographical] United States [i.e., District of Columbia only] at the close of such taxable year,

then the individual referred to in subparagraph (A) shall be treated as a resident of the [Title 26 U.S.C. geographical] United States [i.e., District of Columbia only] for purposes of chapter 1 for all of such taxable year, and for purposes of chapter 24 (relating to wage withholding) for payments of wages made during such taxable year.

50. Whereas, no nonresident alien has a duty to make a tax return, such return can be used by government as "evidence" of a "definite intention to acquire residence" in the Title 26 U.S.C. geographical United States (*see* 26 C.F.R. 1.871-4(a) and (c)(2)(iii), paragraph 49, *supra*).

## TITLE 26 U.S.C. 6013 IS GENERAL LEGISLATION AND OBTAINS GENERALLY

*Quando lex est specialis, ratio autem generalis, generaliter lex est intelligenda.* When the law is special, but its reason is general, the law is to be understood generally. BOUVIER'S, p. 2156.

GENERAL. Pertaining to, or designating, the *genus* or class, as distinquished from that which characterizes the *species* or individual. Universal, not particularized; as opposed to special. Principal or central; as opposed to local. Open or available to all, as oppose to select. Obtaining commonly, or recognized universally; as opposed to particular. Universal or unbounded; as opposed to limited. Comprehending the whole or directed to the whole; as distinguished from anything applying to or designed for a portion only. BLACK'S, p. 534.

51. Whereas, 26 U.S.C. 6013 is *special* law for spouses, one of whom is a Title 26 U.S.C. nonresident alien, regarding residence in the Title 26 U.S.C. geographical United States, i.e., the Title 26 U.S.C. State of District of Columbia, but designated *general*: Said law applies to (a) all nonresident aliens (not just those whose spouse is citizen or resident of the Title 26 U.S.C. geographical United States), and (b) all presumption of residence in the District of Columbia by way of the 26 U.S.C. 6013 election facility (not just for purposes of income tax).

## MEANING OF THE PHRASE "ANY OF THE 50 STATES" IN 26 U.S.C. 6103(B)(5)(A)(I)

52. The phrase "any of the 50 States" means one of the (purported) 50 bodies politic of the District of Columbia residing without the exterior limits of the District of Columbia in geographic area occupied by one of the several commonwealths united by and under the authority of the Constitution and admitted into the Union, all members of which at some point performed some act or made some statement (e.g., making and signing a Form 1040 U.S. Individual Income Tax Return) that was construed as showing a definite intention to acquire residence in the Title 26 U.S.C. geographical United States, i.e., the Title 26 U.S.C. State of District of Columbia.

## MEANING OF THE TERM "STATE" IN 26 U.S.C. 6103(B)(5)(A)(I)

53. The meaning of the definition of the term "State" in 26 U.S.C. 6103(b)(5)(A)(i) comprehends the (a) (purported) 50 bodies politic of the District of Columbia residing

*without* the exterior limits of the District of Columbia (*supra*, paragraph 52), (b) the body politic of the District of Columbia residing *within* the exterior limits of the District of Columbia, and (c) the body politic of the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, and the Commonwealth of the Northern Mariana Islands.

## MEANING OF THE TITLE 26 U.S.C. TERM "STATE"

54. The meaning of the controlling Title 26 U.S.C. definition of "State" in Section 7701(a)(10) thereof - which provides "The term 'State' shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title" - is identical to that of 26 U.S.C. 6103(b)(5)(A)(i), *supra*, paragraph 53.

## MEANING OF THE TITLE 26 U.S.C. TERM "UNITED STATES"

55. The meaning of the controlling Title 26 U.S.C. definition of "United States" in Section 7701(a)(9) thereof - which provides "The term 'United States' when used in a geographical sense includes only the States and the District of Columbia" - is the collective of the geographic area occupied by the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, America Samoa, and the Commonwealth of the Northern Mariana Islands and **no other thing**.

## NATURE OF FEDERAL INCOME TAX

56. Every payment of Federal income tax is classified as a gift and 100% of all collections of income tax are used by the Secretary of the Treasury to make payments of interest on the debt owed by the Federal government to the private Federal Reserve Bank; to wit

 (1) The Secretary of the Treasury may accept, hold, administer, and use gifts and bequests of property, both real and personal, for the purpose of aiding or facilitating the work of the Department of the Treasury. ...
 (2) For purposes of the Federal income, estate, and gift taxes, property accepted under paragraph (1) shall be considered as a gift or bequest to or for the use of

the United States. Title 31 U.S.C. 321(d).

BEQUEST. A gift by will of personal property. BOUVIER'S, p. 339.

GIFT. ... A voluntary, immediate, and absolute transfer of property without consideration. ... BOUVIER'S, p. 1352.

Resistance to additional income taxes would be even more widespread if people were aware that ... 100 percent of what is collected is absorbed solely by interest on the Federal debt ... In other words, all individual income tax revenues are gone before on nickel is spent on the services which taxpayers expect from their Government. J. Peter Grace, "President's Private Sector Survey on Cost Control: A Report to the President", Vol. I, January 12, 1984, p. 3.

"The Federal Reserve is not an agency of government. It is a private banking monopoly. ... [T]he policies of the monarch are always those of his creditors." Rep. John R. Rarick, "Deficit Financing", *Congressional Record* (House of Representatives), 92nd Congress, First Session, Vol. 117 - Part 1, February 1, 1971, pp. 1260-1261.

## THE PURPORTED TITLE 26 U.S.C. 6013 ELECTION FACILITY IS AN UNCONSCIONABLE BARGAIN

57. *"Nemo agit in seipsum.* No man acts against himself" (BOUVIER'S, p. 2146) - and the purported 26 U.S.C. 6013 election facility to be treated as a resident of the Title 26 U.S.C. geographical United States, i.e., the District of Columbia, and impoverish oneself through gifts of his property in the form of income tax, which gifts are accepted and held by the Secretary of the Treasury and used exclusively for payments of interest on the Federal debt owed to a private bank, is a contractual / quasi-contractual arrangement into which no Joint Tenant in the Sovereignty in his right mind would enter (except by mistake), and therefore an unconscionable bargain; to wit:

UNCONSCIONABLE BARGAIN. A contract which no man in his senses, not under delusion, would make, on the one hand, and which no fair and honest man would accept on the other. *Hume v. United States*, 132 U.S. 406, 10 Sup. Ct. 134, 33 L. Ed. 393. BLACK'S, p. 1198.

## THE PURPORTED TITLE 26 U.S.C. 6013 ELECTION FACILITY IS UNLAWFUL

58. Whether a particular court or executive officer has jurisdiction over someone is

determined by his *residence* (see paragraph 45, *supra*); residence is established by facts (location of one's fixed and permanent abode, where he earns a living, etc.); and no one can have his home and carry on his personal or professional life in one place and then elect (choose) to have his residence in another where he has no physical, economic, or factual presence, either (a) to confer jurisdiction on a particular court, or (b) for the purpose of taxation; to wit:

"If the parties do not raise the question of lack of jurisdiction, it is the duty of the federal court to determine the matter sua sponte[9]. Atlas Life Insurance Co. v. W. I. Southern Inc., 306 U.S. 563, 59 S.Ct. 657, 83 L.Ed. 987 (1939); Continental Mining and Milling Co. v. Migliaccio, 16 F.R.D. 217 (D.C. Utah 1954). Therefore, **lack of jurisdiction cannot be waived and jurisdiction cannot be conferred upon a federal court by consent** [constructive election], **inaction or stipulation** [constructive election]. California v. LaRue, 409 U.S. 109, 93 S.Ct. 390, 34 L.Ed.2d 342 (1972); Natta v. Hogan, 392 F.2d 686 (10th Cir. 1968); Reconstruction Finance Corp. v. Riverview State Bank, 217 F.2d 455 (10th Cir. 1955)" *Basso v. Utah Power & Light Co.*, 495 F.2d 906, (C.A. Utah 1974, United States Court of Appeals, Tenth Circuit) (emphasis added).

"When one intends the facts to which the law attaches consequences, he must abide the consequences whether intended or not. ... **[One can]** not elect to make his home in one place in point of interest and attachment and for the general purposes of life, and in another, where he in fact has no residence, for the purpose of taxation." *Texas v. Florida*, 306 U.S. 398 (1939) (emphasis added).

### JURISDICTION *VERSUS* IMAGINARY "RIGHT"

59. "*Fraus est celare fraudem*. It is a fraud to conceal a fraud" (BOUVIER'S, p. 2135) – and personnel of the Federal judiciary and Department of Justice are culpable for, among numerous other crimes and high crimes, constructive fraud for (a) concealing the imaginary nature of the contractual / quasi-contractual right allegedly acquired by government through a Joint Tenant in the Sovereignty's unwitting but apparent purported 26 U.S.C. 6013 general election to be treated as a resident of the District of

---

[9] SUA SPONTE. Lat. Of his or its own will or motion; voluntarily; without prompting or suggestion. BLACK'S p. 1129.

Columbia by way of the making of a tax return, (b) pretending that such "election" (mistake as a consequence of fraud) constitutes *jurisdiction,* in contradistinction to the meaning of the definition of the word jurisdiction in all dictionaries, and (c) wielding said legal term under color of law and authority to enforce imaginary contractual / quasi-contractual rights against Joint Tenants in the Sovereignty who fall prey to the con by making a tax return.

## CONCLUSION

"Certainty all those who have framed written constitutions contemplate them as forming the fundamental and paramount law of the nation, and consequently the theory of every such government must be, that an act of the legislature repugnant to the constitution is void." *Marbury v. Madison,* 5 U. S. (1 Cran.) 137, 177 (1803).

"We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution." *Cohens v Virginia,* 19 U.S. (6 Wheat.) 264, 404, 5 L.Ed. 257 (1821).

"In the United States, sovereignty resides in the people who act through the organs established by the Constitution. Chisholm v. Georgia, 2 Dall. 419, 471; Penhallow v. Doane's Administrators, 3 Dall. 54, 93; McCulloch v. Maryland, 4 Wheat. 316, 404, 405; Yick Wo v. Hopkins, 118 U.S. 356, 370, 6 S.Ct. 1064. The Congress as the instrumentality of sovereignty is endowed with certain powers to be exerted on behalf of the people in the manner and with the effect the Constitution ordains. The Congress cannot invoke the sovereign power of the people to override their will as thus declared." *Perry v. United States,* 294 U.S. 330 (1935).

"The laws of congress in respect to those matters do not extend into the territorial limits of the states, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government." *CAHA v. United States,* 152 U.S. 211, 215 (1894).

60. The American Republic has been hijacked by Congress through actual and constructive legislative fraud and connivance therewith by others in government, effectuated through stealth transmutation of "state", "State", and "United States" into statutory terms with a constitutionally opposite meaning and thereafter concealing the true meaning and legal

effect of said terms in order to facilitate usurpation of exercise of jurisdiction in extra-constitutional geographic area throughout the Union; and Joint Tenants in the Sovereignty shanghaied politically but unwittingly to the District of Columbia, falsely and essentially unfathomably defined by Congress as the "United States", upon the making of a tax return and thereafter deemed, as an alleged-but-imaginary resident of the District of Columbia, to be "obligated to donate" (oxymoronic falsehood) a substantial portion their own respective property in the form of income tax, collected, if necessary, by force and used exclusively by the Secretary of the Treasury to make payments of interest on debt incurred by the same hijackers and owed to a private bank, the Federal Reserve - a fraudulent scheme of incalculable proportions constituting, among numerous other lesser crimes, treason to both the Constitution and their creator, the American People, i.e., the Joint Tenants in the Sovereignty.

> "Nothing can destroy a government more quickly than its failure to observe its own laws, or worse, its disregard of the charter of its own existence." *Mapp v. Ohio,* 367 U.S. 643, 659 (1961).

> *Maxime paci sunt contraria vis et injuria.* The greatest enemies to peace are force and wrong. BOUVIER'S, p. 2145.

> *Legibus sumptis desinentibus, lege naturæ utendum est.* When laws imposed by the state fail, we must act by the law of nature. *Id.* at 2142.

61. *Whereas*: For purposes of (a) alleged income tax and every other kind of tax imposed on nonresidents of the District of Columbia, and (b) observance of the terms of every alleged contractual or quasi-contractual relationship between a Joint Tenant in the Sovereignty and the United States, as Congress defines "United States" in Title 26 U.S.C. 7701(a)(9) and elsewhere in the United States Code to mean the District of Columbia: Those Americans whose physical and economic residence lies without the exterior limits of the geographic area occupied by the District of Columbia are neither residents of the District

of Columbia nor of the subject of any legislation that obtains within the District of Columbia, such as Title 26 U.S.C., and any assertion or allegation to the contrary is unsupportable in law and but another count of fraud; and

*Whereas:* There is no evidence that any American other than those with a physical, economic, other factual presence in the District of Columbia is a resident of the District of Columbia; and

*Whereas*: It is fraudulent for any officer or elected official holding a position of Public Trust to pretend that a nonresident of the District of Columbia is a resident of the District of Columbia; and

*Whereas*: "*Lex est norma recti.* Law *is* a rule of right" (*Id.* at 2143); and

*Whereas*: "*Jus et fraus numquam cohabitant.* Right and fraud never live together" (*Id.* at 2141); and

*Whereas*: "*Quicquid est contra normam recti est injuria.* Whatever is against the rule of right is a wrong" (*Id.* at 2158),

*Wherefore*: The purported 26 U.S.C. 6013 election facility is a hoax and a wrong and evidence of actual and constructive legislative fraud on the part of Congress and treason to the Constitution on the part of Congress and all other Federal officers and elected officials permitting or enforcing it.

*sal-junior: Celauro*
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]
29 March 2016

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

**CIVIL NO. 1:16-CV-00441**

**UNITED STATES OF AMERICA,**

**Plaintiff**

- against -

**SALVATORE CELAURO, JR. [sic];**

**Wrongly Accused**
**Belligerent Litigant**

**MICHELE GRAZIANO; and**
**PARK COUNTY, COLORADO**

**Deceased.**

-------------------------------------------------------------------------------
## MEMORANDUM OF LAW
-------------------------------------------------------------------------------

**sal-junior:Celauro**
**c/o 25587 Conifer Road, suite 105 #317**
**Conifer, Colorado [80433]**
**29 March 2016**