*Doc 4*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3/30/2016
**JEFFREY P. COLWELL, CLERK**

 Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];

 Wrongly Accused
 Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

 Deceased.

------------------------------------------------------------------------------------------------------------

## AFFIDAVIT
## IN OPPOSITION TO
## UNITED STATES' COMPLAINT

### PRILIMIARY STATEMENT

Accused, sal-junior: Celauro, is a Natural born Living Soul, a man on the Land, of the Posterity of the People of the united States, an Inherent Holder of the Political Power of Colorado, and of this American union of States, NOT a corporation, and NOT a person as statutorily defined, hereby seeking specific relief in the form of dismissal in the above-captioned matter, showing this "Affidavit in Opposition to United States' Complaint", to each and every Actor involved, and/or who may later become involved in the above-captioned matter, hereby challenging Actors' mere presumptions of jurisdictional authority, hence, presumptions of standing to sue or otherwise prosecute in connection with the issuance of the same, for want of jurisdictional prerequisites, upon which invocation of subject matter jurisdiction over the instant case may be established.

This Court is hereby placed on mandatory judicial notice of all authorities cited herein, and *any and all emphasis* employed herein shall be construed to have been added.

Accused reserves the right to change, alter, and remove this document at any time, without the leave of this or any other court.

## JUDICIAL NOTICE: NOTICE TO THE ADMINISTRATIVE COURT

ALL COURTS ARE OPERATING UNDER: (1) TRADING WITH THE ENEMY ACT AS CODIFIED IN TITLE 50 U.S.C.; (2) TITLE 28 U.S.C., CHAPTER 176, FEDERAL DEBT COLLECTION PROCEDURE; (3) FED. R. CIV. P. 4(J), UNDER TITLE 28 U.S.C., §1608, MAKING THE COURTS "FOREIGN STATES" TO THE PEOPLE BY CONGRESSIONAL MANDATE AND IN VIOLATION OF ADMINISTRATIVE PROCEDURE AND JUDICIAL PROCEDURES; (4) VIOLATION OF CONTRACTUAL OBLIGATION OF PARTIES SERVING FOR PAY UNDER PRIVATE CONTRACT TO "WE THE PEOPLE"; (5) TITLE 28 U.S.C., § 1652, STATE LAWS AS RULES OF DECISION; (6) TITLE 1 U.S.C., §§ 111, 112 AND 112A; (7) TITLE 12, § 95B, RATIFICATION OF ACTS OF PRESIDENT AND SECRETARY OF THE TREASURY UNDER § 95A.

## ADMINISTRATIVE NOTICE

"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or **Public Trust** under the United States." Constitution for the United States, Article VI clause 3.

"As expressed otherwise, the powers delegated to a public officer are **held in trust** for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.[1] Furthermore, the view has been expressed that **all public officers, within whatever branch** and whatever level of government, and whatever be their private vocations, **are trustees of the people**, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial

---

[1] *State ex rel. Nagle v. Sullivan*, 98 Mont. 425, 40 P.2d 995, 99 A.L.R. 321; *Jersey City v. Hague*, 18 N.J. 584, 115 A.2d 8.

gain from a discharge of their trusts.[2] That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves,[3] and owes a fiduciary duty to the public.[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy."[6] 63C Am.Jur.2d, Public Officers and Employees, § 247.

"Fraud in its elementary common law sense of deceit - and this is one of the meanings that fraud bears in the statute, see, *United States v. Dial*, 757 F.2d 163, 168 (7th Cir1985) - includes **the deliberate concealment of material information** in a setting of fiduciary obligation. **A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him and if he deliberately conceals material information from them, he is guilty of fraud.**" *McNally v. United States*, 483 U.S. 350, 371-372 (1987) quoting, *United States v. Holzer*, 816 F.2d 304 (1987).

"It is the duty of the court to declare the meaning of what is written, and not what was intended to be written. *Berg v. Hudesman*, 115 Wash.2d 657, 669, 801 P.2d 222, 229-230 (1990), quoting *J.W. Seavey Hop Corp. v. Pollock*, 20 Wash.2d 337, 348-349, 147 P.2d 310, 316 (1944)." *Morton Internatl., Inc. v. Aetna Cas. & Sur. Co.*, 106 Ohio App.3d 653 (1995).

"In this extensive sense, not only each State singly, but even the United States may without impropriety be termed 'corporations.'" *Chisholm v. Georgia*, 2 U.S. (Dall.) 419, 447 (1973).

"A State; useful and valuable as the contrivance is, is the inferior contrivance of man; and from his native dignity derives all its acquired importance. * * * By a State I mean, a complete body of free persons united together for their common benefit, to enjoy peaceably what is their own, and to do justice to others. **It is an artificial person.**" *Chisholm v. Georgia*, 2 U.S. (Dallas) 419, 455 (1793).

"A State is a complete body of free persons united together for their common benefit, to enjoy peaceably what is their own, and to do justice to others. **It is an artificial person.**" *State of Georgia v. Stanton*, 73 U.S. 50, 65 (1867).

"**\* \* \* the United States**, in its corporate capacity **as an artificial person, \* \* \*.**" *Helvering*

---

[2] *Georgia Dep't of Human Resources v. Sistrunk*, 249 Ga. 543, 291 S.E.2d 524. A public official is held in public trust. *Madlener v. Finley* (1st Dist.) 161 Ill.App.3d 796, 113 Ill.Dec. 712, 515 N.E.2d 697, app. gr. 117 Ill.Dec. 226, 520 N.E.2d 387 and revd. on other grounds 128 Ill.2d 147, 131 Ill.Dec 145, 538 N.E.2d 520.

[3] *Chicago Park Dist. v. Kenroy, Inc.*, 78 Ill.2d 555, 37 Ill.Dec. 291, 402 N.E.2d 181, appeal after remand (1st Dist.) 107 Ill.App.3d 222, 63 Ill.Dec. 134, 437 N.E.2d 783.

[4] *United States v. Holzer* (CA7 Ill.) 816 F.2d 304 and vacated, remanded on other grounds 484 U.S. 807, 98 L.Ed.2d 18, 108 S.Ct. 53, on remand (CA7 Ill.) 840 F.2d 1343, cert. den. 486 U.S. 1035, 100 L.Ed.2d 608, 108 S.Ct. 2022 and (criticized on other grounds by *United States v. Osser* (CA3 Pa.) 864 F.2d 1056) and (superseded by statute on other grounds as stated in *United States v. Little* (CA5 Miss.) 889 F.2d 1367) and (among conflicting authorities on other grounds noted in *United States v. Boylan* (CA1 Mass.) 898 F.2d 230, 29 Fed.Rules.Evid.Serv 1223).

[5] *Chicago ex rel. Cohen v. Keane*, 64 Ill.2d 559, 2 Ill.Dec. 285, 357 N.E.2d 452, later proceeding (1st Dist.) 105 Ill.App.3d 298, 61 Ill.Dec. 172, 434 N.E.2d 325.

[6] *Indiana State Ethics Comm'n v. Nelson* (Ind.App.) 656 N.E.2d 1172, reh. gr. (Ind.App.) 659 N.E.2d 260, reh. Den. (Jan 24, 1996) and transfer den. (May 28, 1996).

*v. Stockholms Enskilda Bank*, 293 U.S. 84, 92 (1934).

"* * * **a corporation - 'an artificial being**, invisible, intangible, and existing only in contemplation of law' - cannot claim the immunity given by the 4th Amendment; for it is not a part of the 'people,' within the meaning of that Amendment. Nor is it embraced by the word 'persons' in the Amendment." *Hale v. Henkel*, 201 U.S. 43, 78 (1906)

"Every State Constitution is a compact made by and between the citizens of a State to govern themselves in a certain manner; and the Constitution of the United States is likewise a compact made by the people of the United States to govern themselves as to general objects, in a certain manner. * * * If then it be true, that the sovereignty of the nation is in the people of the nation, * * *. * * * at the Revolution, **the sovereignty devolved on the people; and they are truly the sovereigns of the country**, * * *." *Chisholm v. Georgia*, 2 U.S. (Dallas) 419, 471 (1793).

"Under our system **the people**, who are there [England] called subjects, **are the sovereign**." *United States v. Lee*, 106 U.S. 196, 208 (1882).

"**The sovereign is not liable to be sued in any judicial tribunal without its consent**. * * * and to violate the fundamental maxim, that the sovereign cannot be sued. That maxim is not limited to a monarchy, but is of equal force in a republic." *United States v. Lee*, 106 U.S. 196, 226 (1882).

"It is an established principle of jurisprudence, in all civilized nations, that **the sovereign cannot be sued in its own courts, or in any other, without its consent and permission**; but it may, if it thinks proper, waive this privilege, and permit itself to be made a defendant in a suit by individuals, or by another state. And as this permission is altogether voluntary on the part of the sovereignty, it follows that it may prescribe the terms and conditions on which it consents to be sued, and the manner in which the suit shall be conducted, and may withdraw its consent whenever it may suppose that justice to the public requires it." *United States v. Lee*, 106 U.S. 196, 227 (1882); see also, *Beers v. Arkansas*, 61 U.S. (20 How.) 527, 529 (1857).

"**The Constitution is a charter of negative liberties; it tells the state to let people alone**; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." *Bowers v. DeVito*, 686 F.2d 616, 618 (N.Y. 1982). See also, *Jackson v. City of Joliet*, 715 F.2d 1200 (Ill. 1983); *Beard v. O'Neal*, 728 F.2d 894 (Ill. 1984); *Jackson v. Byrne*, 738 F.2d 1443 (Ill. 1984); *Wittkowski v. State of New Mexico*, 103 N.M. 526, 710 P.2d 93 (N.M. 1985); *Schaffrath v. Village of Buffalo Grove*, 160 Ill.App.3d 999, 1003, 513 N.E.2d 1026, 1028 (1987); *Henderson v. Bradford*, 523 N.E.2d 64, 168 Ill.App.3d 777, 119 Ill.Dec. 596 (Ill 1988); *Archie v. City of Racine*, 847 F.2d 1211, 1220-1223 (Wis. 1988); *Minor Child A. Doe v City of Chattanooga*, No. 876 (Tenn. 1989); *Jenicke v. City Forest Hill*, 873 S.W.2d 776 (Tex. 1994); *Jones v. Dane County*, 537 N.W.2d 74, 195 Wis.2d 892 (Wis. 1995); *Moore v. Ganim*, 660 A.2d 742, 233 Conn. 557 (Conn. 1995); *Lewis E. v. Spagnolo*, 186 Ill.2d 198, 710 N.E.2d 798, 238 Ill.Dec. 1 (Ill. 1999); *Allen v. Illinois Community College Board*, No. 5-99-0012 (Ill. 2000); *Workman v. Franklin County*, No. 00AP-1449 (Ohio 2001); *Severson v. Board of Trustees*

*of Purdue University*, 777 N.E.2d 1181 (Ind. 2002); *Gormley v. Latanya Wood-El*, 422 N.J.Super. 426, 29 A.3d 336 (N.J. 2011); and many others too long to list.

"The Constitution is a written instrument. As such its meaning does not alter. That which it meant when adopted, it means now." *State of South Carolina v. United States*, 199 U.S. 437, 448 (1905).

"One other fact must be borne in mind, and that is that in interpreting the Constitution we must have recourse to the common law." *State of South Carolina v. United States*, 199 U.S. 437, 449 (1905).

"The interpretation of the Constitution of the United States in necessarily influenced by the fact that its provisions are framed in the language of the English common law, and are to be read in the light of its history." *Smith v. Alabama*, 124 U.S. 465, 478 (1888); see also, *State of South Carolina v. United States*, 199 U.S. 437, 450 (1905).

"In this, as in other respects, it [the Constitution] must be interpreted in the light of the common law, the principles and history of which were familiarly known to the framers of the Constitution. *Minor v. Happersett*, 21 Wall. 162, 22 L. ed. 627; *Ex parte Wilson*, 114 U.S. 417, 422, 29 S. L. ed. 89, 91, 5 Sup. Ct. Rep. 935; *Boyd v. United States*, 116 U.S. 616, 624, 625 S., 29 L. ed. 746, 748, 749, 6 Sup. Ct. Rep. 524; *Smith v. Alabama*, 124 U.S. 465, 31 L. ed. 508, 1 Inters. Com. Rep. 804, 8 Sup. Ct. Rep. 564. The language of the Constitution, as has been well said, could not be understood without reference to the common law. 1 Kent, Com. 336; Bradley, J., in *Moore v. United States*, 91 U.S. 270, 274, 23 S. L. ed. 346, 347." *United States v. Wong Kim Ark*, 169 U.S. 649, 654, 42 S. L. ed. 890, 893, 18 Sup. Ct. Rep. 456, 459 (1898); see also, *State of South Carolina v. United States*, 199 U.S. 437, 450 (1905), *Kansas v. Colorado*, 206 U.S. 46, 95 (1907).

"**The creature cannot rule the creator.**" *Kansas v. Colorado*, 206 U.S. 46, 83 (1907).

"An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed." *Norton v. Shelby County*, 118 U.S. 425, 442 (1886)

"The foregoing considerations would lead, in case of doubt, to a construction of **any statute as intended to be confined in its operation and effect to the territorial limits** over which the lawmaker has general and legitimate power." *American Banana Co. v. United Fruit Co.*, 213 U.S. 347, 357 (1909).

"In 1807 Chief Justice Marshall wrote for the Court that "courts which are created by written law, and whose jurisdiction is defined by written law, cannot transcend that jurisdiction. It is unnecessary to state the reasoning on which this opinion is founded, because it has been repeatedly given by this court; and with the decisions heretofore rendered on this point, no member of the bench has, even for an instant, been dissatisfied." *Ex parte Bollman*, 4 Cranch 75, 93 (1807). It remains rudimentary law that "**[a]s regards all courts of the United States inferior to this tribunal [United States Supreme Court], two things are necessary to create jurisdiction, whether original or appellate. The Constitution must have given to the court the capacity to take it, and an act of**

**jurisdiction in the Federal courts**." *Shoshone Mining Co. v. Rutter,* 177 U.S. 505, 513 (1900).

Article III of the Constitution creates the Supreme Court and authorizes Congress to ordain and establish inferior trial courts of *special (or limited) jurisdiction* - with no authority to exercise general jurisdiction (territorial, personal, and subject matter) anywhere in the Union.

Courtesy of Congress, however (since no later than June 25, 1948), every United States District Court is a court of *general jurisdiction* and hears and decides both civil and criminal cases, an implied power granted **only in the territorial clause** of the Constitution, Article 4 § 3(2), **and only in Federal territory**, such as the District of Columbia and the territories; to wit, in pertinent part:

> "The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; . . ."

I do not live in a Federal territory.

All Federal civil and criminal proceedings fall under Title 28 U.S.C. *Judiciary and Judicial Procedure* Chapter 176 *Federal Debt Collection Procedure.*

3.  When Congress define a word or expression by legislative act, the ordinary and popular meaning (as found in the dictionary or encyclopedia) is stripped away and the new term means only what Congress define it to mean - and there is no discretion for anyone to take such term in any other way than provided in the statute. See MEMORANDUM.

    In all civil and criminal proceedings in United States District Courts, "United States" is a term with a special definition and meaning.

In Title 28 U.S.C. *Judiciary and Judicial Procedure*, in the chapter and section that defines "court," "debt," "judgment," and "United States" (Chapter 176 *Federal Debt Collection Procedure*, § 3002(15)), "United States" means "*a Federal corporation*".

In the United States District Court, "United States" means *a Federal corporation* - and the ultimate parent Federal corporation, over all other Federal entities of any kind - is the District of Columbia Municipal Corporation.[7]

In Federal civil and criminal proceedings, there is no discretion for anyone to take "United States" any other way.

Actors in government rely on cognitive dissonance[8] on the part of victims of the Federal word game to perpetrate the fraud, commit treason to the Constitution, and subject the American People to District of Columbia municipal law.

The hoax is protected by a culture of silence among all initiates in the Federal judiciary, Department of Justice, and other key positions in government.

4.  Based on the above Paragraphs the plaintiff cannot produce the constitutional authority that allows the Court to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in Park County, Colorado, is because ***there is no such constitutional authority***.

For this Court to reveal that it is using Article 4 § 3(2) of the Constitution to take jurisdiction in Park County, Colorado, and extend its jurisdiction beyond the boundaries fixed by the

---

[7] "An Act to provide a Government for the District of Columbia," ch. 62, 16 Stat. 419, February 21, 1871; later legislated in "An Act Providing a Permanent Form of Government for the District of Columbia," ch. 180, § 1, 20 Stat. 102, June 11, 1878, to remain and continue as a municipal corporation (brought forward from the Act of 1871, as provided in the Act of March 2, 1877, amended and approved March 9, 1878, *Revised Statutes of the United States Relating to the District of Columbia . . . 1873–'74* (in force as of December 1, 1873), § 2, p. 2); as amended by the Act of June 28, 1935, 49 Stat. 430, ch. 332, § 1 (Title 1, § 102, District of Columbia Code (1940)).

[8] In general, people cannot reconcile the 75 absurd, convoluted definitions of "United States" scattered throughout the United States Code with what they *believe* is the United States. For those few souls who manage to figure it out and speak up about it, actors in government follow a culture-of-silence policy of "Never respond, confirm, or deny."

Constitution for territorial courts of *general jurisdiction* into geographic area fixed by the Constitution exclusively for constitutional courts of *special (or limited) jurisdiction*, would be to confess to usurpation of exercise of jurisdiction and treason to the Constitution.

5. Disagree that I am a "taxpayer" and disagree that I "reside" within the "judicial district" as per above Paragraphs and MEMORANDUM.  Disagree that I have "unpaid federal tax liabilities" as per above Paragraphs and MEMORANDUM.

6. Michele Graziano does not have a claim or interest to my real property as the Order she received from so-called Magistrate ELIZABETH BLOOM is void *ab initio* as Ms. Bloom has no Oath of Office as a Magistrate (see Exhibit A).  Ms. Bloom and Ms. Graziano were sent my letter about her lack of an Oath of Office (see Exhibit B).  In quoting Sheriff Nick Finch in the trial against him, after being barraged by the prosecutor with the same questions and attacks, stated, "At some point, the Constitution has to count for something." Therefore, if Ms. Graziano has a lien on my property, it is void.

7. Park County cannot have a claim or interest to my real property.  Their problem is that they fraudulently accepted "Federal Notice of Tax Liens" in their files when there were no court hearings and the IRS does not have jurisdiction over me.  I expect Park County to remove any and all "Federal Notice of Tax Liens" or they can expect a lawsuit.

8. As has been stated, the IRS does not have jurisdiction over me.  See MEMORANDUM. Therefore, I cannot owe any federal "income" taxes and have no need to file any tax returns and all of these assessments are fraudulent.

9. As has been stated, the IRS does not have jurisdiction over me.  See MEMORANDUM.  (1) Since the "Code" only applies to those in Federal territories, it does not apply to me.  (2) I do not have "foreign bank accounts to conceal assets".  Do you have proof I have these

"foreign bank accounts"?  Bring them forward.  (3) There is no need to talk or cooperate with the IRS as they have no jurisdiction over me.  (4) What frivolous arguments did I make to the IRS?  Provide proof of my arguments that are frivolous.  At least when I make statements I back them up with proof.  What proof have you provided?  (5) As has been stated, the IRS does not have jurisdiction over me.  See MEMORANDUM.  Therefore, there is no need to make "estimated tax payments".

10. I have never filed any "frivolous" return or any return on 29 July 2011.  Since there is no need for me to file a tax return, why would I file one on this date?  Provide a copy of this so-called returned.  Is it standard operating procedure for government employees to make false statements and provide no proof?

11. Any letters sent to me were returned as the IRS does not have jurisdiction over me.  See MEMORANDUM.  I have returned documents sent to me from Mr. John Vencato in the Fort Collins office, and from Mr. Michael Salas and Mr. John A. Koskinen in the Denver office.  I will not volunteer to something that does not apply to me.

12. Your "interest, penalties and statutory additions" do not apply to me as the IRS does not have jurisdiction over me.  See MEMORANDUM.

13. As has been stated numerous times, the IRS does not have jurisdiction over me; therefore, I owe nothing to the United States.  See MEMORANDUM.

14. As has been stated numerous times, the IRS does not have jurisdiction over me; therefore, any liens on my property are fraudulent and the United States has no rights to my property.  Is it standard operating procedure for government employees to make fraudulent statements and steal the property of the People?

15. As has been stated numerous times, the IRS does not have jurisdiction over me; therefore,

any liens on my property are fraudulent. See MEMORANDUM. The "Notice of Federal Tax Liens" (NFTL) place on my property dated 12 March 2013 are fraudulent and must be removed.

16. This foreclosure action is fraudulent as the IRS does not have jurisdiction over me. See MEMORANDUM. I agree that the property is mine and not anyone else's.

17. Agree the property was bought on 30 November 2012 and recorded on 4 December 2012.

18. I never received any notice from the Park County Clerk and Recorder that a NFTL was filed with the County. This is a deliberate concealment of material information. That equates to fraud. See *McNally v. United States*, *supra*.

19. As per Paragraph 6, Ms. Graziano filing of a lien on my property is fraudulent as the Order she received was from a so-called magistrate who has no Oath of Office. That makes the Order void *ab initio*. Is it standard operating procedure for government employees to not abide by the rules set up by the People in their Constitutions?

20. I incorporate Paragraphs 1 through 19 by reference, as if fully set forth herein.

21. As has been stated numerous times, the IRS does not have jurisdiction over me; therefore, all assessments are fraudulent. See MEMORANDUM.

22. As has been stated numerous times, the IRS does not have jurisdiction over me; therefore, all assessments are fraudulent. I do not owe anything to the United States. See MEMORANDUM.

23. According to many court cases, the United States must prove jurisdiction on the record. See NOTICE AND DEMAND and MEMORANDUM. Therefore, the United States is **NOT** entitled to a judgment against me.

24. As has been stated numerous times, the IRS does not have jurisdiction over me; therefore,

all assessments, penalties, and interest are fraudulent.  I do not owe anything to the United States.  See MEMORANDUM.

25. I am not liable for any federal tax, penalties, and interest, and not required to file any kind of tax return as the IRS does not have jurisdiction over me; therefore, I owe nothing as I am immune from federal taxation.  See *Spreckles Sugar Refining Co. vs. McLain, supra.*

26. I incorporate Paragraphs 1 through 25 by reference, as if fully set forth herein.

27. As has been stated numerous times, the IRS does not have jurisdiction over me, and the IRS Code does not apply to me. See MEMORANDUM.  Therefore, the United States does not have any rights to my property.

28. As stated in Paragraph 15, the IRS does not have jurisdiction over me; therefore, any liens on my property are fraudulent.  See MEMORANDUM.  The NFTL place on my property dated 12 March 2013 is fraudulent and must be removed.  As stated in Paragraph 18, I never received any notice from the Park County Clerk and Recorder that a NFTL was filed with the County.  This is a deliberate concealment of material information.  That equates to fraud. See *McNally v. United States, supra.*

29. As has been stated numerous times, the IRS does not have jurisdiction over me; therefore, all assessments are fraudulent and have no priority interest in any of my property.  See MEMORANDUM.

30. As has been stated numerous times, the IRS does not have jurisdiction over me; therefore, the United States is not entitled to foreclose its fraudulent federal tax liens upon my property and is not entitled to receive any proceeds from the sale of my property.  See MEMORANDUM.

WHEREFORE, I respectfully requests that this Court:

A.  Dismiss this case by reason of all assessments are fraudulent due to the IRS does not have any jurisdiction over me;

B.  As there cannot be any failure to file due to the IRS does not have any jurisdiction over me, and the filing of a tax return is the same as being a witness against myself, which I have every Right to not do.  See *United States v. Sharp*, *supra*;

C.  Dismiss this case as the IRS and United States do not have jurisdiction over me; therefore, they have no right to sell my property and steal the proceeds to be divided among the United States and any other creditors, as shown above there are no other creditors;

D.  The United States should not be awarded any costs as this whole case is frivolous, as proven.

## CONCLUSION

WHEREAS, United States District Courts (i.e., Article 4 § 3(2) District of Columbia Municipal Corporation Courts) have extended their jurisdiction beyond the boundaries fixed by the Constitution for territorial courts of *general jurisdiction* (District of Columbia and the territories only), into geographic areas fixed by the Constitution exclusively for constitutional courts of *special / limited jurisdiction* (the Union);

WHEREAS, ***there is no constitutional authority that gives any contemporary United States District Court the capacity to take jurisdiction and enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding a debt, in any county in America - and no one can produce such authority***;

THEREFORE, this case **MUST BE DISMISS** based on all the above.

Dated: 29 March 2016

Respectfully submitted,

_sal-junior: Celauro_

sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

Sworn to before me this
___ 28th day of March 2016

Notary Public

MARC A. CHANDLER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 19984023729
MY COMMISSION EXPIRES AUGUST 26, 2018

Exhibit A

DEPARTMENT OF STATE

NAME (Type or Print) ___Bloom___ ___Elizabeth___ ___A___
LAST            FIRST            MIDDLE INITIAL

STATE OF NEW YORK
COUNTY OF _____ }ss.:

I do hereby pledge and declare that I will support the constitution of the
United States and the constitution of the State of New York, and that I will faithfully discharge the duties of the
position of _____

(Title of position) ___Law Clerk to Justice___
(Department or other Agency where employed) ___Supreme Court___

according to the best of my ability.

STATE OF NEW YORK
DEPARTMENT OF STATE

JAN 13 2003

(Signature of Appointee)
_____ (Salary Grade) 24

I hereby acknowledge receipt of a copy of Public Officers Sections 73 through 78, have read the
same, and agree to conform to the provisions thereof.

(SIGNATURE OF APPOINTEE)        DATE  10/1/02

(SIGNATURE OF APPOINTEE)        DATE  10/1/02

Exhibit B

sal-junior
c/o 25587 Conifer road, suite 105 #317
Conifer, Colorado [80433]

10 November 2014

[Magistrate] ELIZABETH BLOOM
Nassau County Family Court
1200 Old Country Road
Westbury, New York 11590

Certified Mail: 7014 1820 0000 1889 8908

Dear [Magistrate] BLOOM:

sal-junior is a Natural born Living Soul, a man on the Land, an Inherent Holder of the Political
Power of this American union of States, and **NOT** a corporation.

The Constitution is a mandate of the People to set up a government and describes what the
members of the government are required to do.

> "**The people of the State created**, the people of the State can only change, its Constitution."
> *Chisholm v. State of Georgia*, 2 U.S. (Dall.) 419, 448 (1793).  (Emphasis added.)

> "* * * how true it is, that States and Governments **were made for man**; and, at the same
> time, how true it is, that his creatures and servants have first deceived, next vilified, and, at
> last, oppressed their master and maker." *Chisholm v. State of Georgia*, 2 U.S. (Dall.) 419,
> 455 (1793).  (Emphasis added.)

> "**Every State Constitution is a compact made by and between the citizens of a State** to
> govern themselves in a certain manner." *Chisholm v. State of Georgia*, 2 U.S. (Dall.) 419,
> 471 (1793).  (Emphasis added.)

> "* * * when the meaning and scope of a constitutional provision are clear it cannot be
> overthrown by legislative action, * * *." *Fairbank v. U.S.*, 181 U.S. 283, 311 (1901).

> "The Constitution is a written instrument. As such its meaning does not alter. That which it
> meant when adopted, it means now." *State of South Carolina v. U.S.*, 199 U.S. 437, 448
> (1905).

> "**The creature cannot rule the creator.**" *Kansas v. Colorado*, 206 U.S. 46, 83 (1907).
> (Emphasis added.)

Pursuant to the Constitution for the united States of America, Article VI clause 3:

> "The Senators and Representatives before mentioned, and the Members of the several State
> Legislatures, and **all** executive and **judicial Officers**, both of the United States and of the

several States, **shall be bound by Oath** or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or **Public Trust** under the United States." (Emphasis added.)

As found in American Jurisprudence, 63C Am.Jur.2d, Public Officers and Employees, § 247, which states:

"As expressed otherwise, the powers delegated to a public officer are **held in trust** for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.[1] Furthermore, the view has been expressed that **all public officers**, **within whatever branch** and whatever level of government, and whatever be their private vocations, **are trustees of the people**, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.[2] That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves,[3] and owes a fiduciary duty to the public.[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy."[6] (Emphasis added.)

Pursuant to Article XIII section 1 of the New York Constitution:

"Members of the legislature, and **all officers**, executive and **judicial**, except such inferior officers as shall be by law exempted, shall, before they enter on the duties of their respective offices, take and subscribe the following oath or affirmation: 'I do solemnly swear (or affirm) that I will support the constitution of the United States, and the constitution of the State of New York, and that I will faithfully discharge the duties of the office of ......, according to the best of my ability;' and no other oath, declaration or test shall be required as a qualification for any office of public trust." (Emphasis added.)

Pursuant to Civil Service Law § 62:

---

[1] *State ex rel. Nagle v. Sullivan*, 98 Mont. 425, 40 P.2d 995, 99 A.L.R. 321; *Jersey City v. Hague*, 18 N.J. 584, 115 A.2d 8.

[2] *Georgia Dep't of Human Resources v. Sistrunk*, 249 Ga. 543, 291 S.E.2d 524. A public official is held in public trust. *Madlener v. Finley* (1st Dist.) 161 Ill.App.3d 796, 113 Ill.Dec. 712, 515 N.E.2d 697, app. gr. 117 Ill.Dec. 226, 520 N.E.2d 387 and revd. on other grounds 128 Ill.2d 147, 131 Ill.Dec 145, 538 N.E.2d 520.

[3] *Chicago Park Dist. v. Kenroy, Inc.*, 78 Ill.2d 555, 37 Ill.Dec. 291, 402 N.E.2d 181, appeal after remand (1st Dist.) 107 Ill.App.3d 222, 63 Ill.Dec. 134, 437 N.E.2d 783.

[4] *United States v. Holzer* (CA7 Ill.) 816 F.2d 304 and vacated, remanded on other grounds 484 U.S. 807, 98 L.Ed.2d 18, 108 S.Ct. 53, on remand (CA7 Ill.) 840 F.2d 1343, cert. den. 486 U.S. 1035, 100 L.Ed.2d 608, 108 S.Ct. 2022 and (criticized on other grounds by *United States v. Osser* (CA3 Pa.) 864 F.2d 1056) and (superseded by statute on other grounds as stated in *United States v. Little* (CA5 Miss.) 889 F.2d 1367) and (among conflicting authorities on other grounds noted in *United States v. Boylan* (CA1 Mass.) 898 F.2d 230, 29 Fed.Rules.Evid.Serv 1223).

[5] *Chicago ex rel. Cohen v. Keane*, 64 Ill.2d 559, 2 Ill.Dec. 285, 357 N.E.2d 452, later proceeding (1st Dist.) 105 Ill.App.3d 298, 61 Ill.Dec. 172, 434 N.E.2d 325.

[6] *Indiana State Ethics Comm'n v. Nelson* (Ind.App.) 656 N.E.2d 1172, reh. gr. (Ind.App.) 659 N.E.2d 260, reh. Den. (Jan 24, 1996) and transfer den. (May 28, 1996).



"The oath or statement of **every state employee** shall be **filed in the office of the secretary of state**". (Emphasis added.)

According to the Secretary of State, Department of Records, ELIZABETH BLOOM does not have a valid Oath of Office filed with the Secretary of State.

This lack of an Oath of Office means ELIZABETH BLOOM is not a magistrate and acting in fraud of the office. Any and all decisions and orders are void *ab initio*. You cannot be obeying the law and the Constitution if you have not filed an Oath of Office.

"His refusal or **neglect to file** his official oath or undertaking, if one is required, before or within thirty days after the commencement of the term of office for which he is chosen, if an elective office, or if an appointive office, within thirty days after notice of his appointment, or within thirty days after the commencement of such term; or to file a renewal undertaking within the time required by law, or if no time be so specified, within thirty days after notice to him in pursuance of law, that such renewal undertaking is required." PBO-Public Officers Article 3 § 30(1)(h) Creation of vacancies. (Emphasis added.)

"Constitutional mandates are imperative." *Fairbank v. U.S.*, 181 U.S. 283, 291 (1901).

"But constitutional provisions cannot be thus evaded." *Fairbank v. U.S.*, 181 U.S. 283, 296 (1901).

"The obligation imposed by the Public Officers Law statute is personal to plaintiff, it is an act he is required to do and **the office became vacant** by the mere **failure to file the oath**, whether or not the defendants knew or were chargeable with notice that plaintiff had failed to file his oath, and they are not required to make any declaration or give any notice. On his default in filing his official oath "the appointment was vitiated and the office * * * became vacant." (*Ginsberg v. City of Long Beach*, 286 N.Y. 400, 403; see, also, *People ex rel. Walton v. Hicks*, 173 App.Div. 338, affd 221 N.Y. 503.)" *Boisvert v. County of Ontario, et al.*, 391 N.Y.S.2d 49; 89 Misc.2d 183 (1977). (Emphasis added.)

"Failure to file an oath of office within the time prescribed by section 30 of the Public Officers Law vitiates the appointment and the office becomes vacant (*Ginsberg v. City of Long Beach*, 286 N.Y. 400, 403). * * * When a person appointed to office fails to timely file his oath of office, neither notice nor judicial procedure is necessary, **the office is automatically vacant** and may be filled by the proper appointive power (*People ex rel. Walton v. Hicks*, 173 App.Div. 338, aff'd. 221 N.Y. 503). Consequently, if petitioner did in fact fail to timely file his oath of office, no hearing on charges was required in order to dismiss him from office." *In the Matter of Comins v. County of Delaware*, 412 N.Y.S.2d 428; 66 A.D.2d 966 (1978). (Emphasis added.)

"This interpretation is mandated by the necessity to file an oath of office, which is intended to be part of the requirements making an officer fully qualified to carry out the duties of his office (see Public Officers Law, § 10)." *McDonough, et al. v. Murphy, as Rensselaer County Executive, et al.*, 461 N.Y.S.2d 439; 92 A.D.2d 1022 (1983).



"Public Officers Law § 30 provides that an appointive office shall become vacant for failing to file an official oath "within thirty days after [the] appointment, or within thirty days after the commencement of such term"." *Lombino v. Town Board of the Town of Rye, et al.*, 614 N.Y.S.2d 564; 206 A.D.2d 462 (1994).

THEREFORE, the only action that ELIZABETH BLOOM can do is **to dismiss this case**.

If Ms. Graziano is not capable of cooperating with me, that is not my problem.

"* * * and, because it brings into action, and enforces **this great and glorious principle**, that **the people are the sovereign of this country**, and consequently that fellow citizens and joint sovereigns **cannot be degraded by appearing with each other in their own Courts to have their controversies determined**." *Chisholm v. State of Georgia*, 2 U.S. (Dall.) 419, 479 (1793).  (Emphasis added.)

Sincerely,

sal-junior

cc: Michele Graziano

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CIVIL NO. 1:16-CV-00441**

**UNITED STATES OF AMERICA,**

**Plaintiff**

- against -

**SALVATORE CELAURO, JR. [sic];**

**Wrongly Accused**
**Belligerent Litigant**

**MICHELE GRAZIANO; and**
**PARK COUNTY, COLORADO**

**Deceased.**

-----------------------------------------------------------------

# AFFIDAVIT
# IN OPPOSITION TO
# UNITED STATES' COMPLAINT

-----------------------------------------------------------------

**sal-junior:Celauro**
**c/o 25587 Conifer Road, suite 105 #317**
**Conifer, Colorado [80433]**
**29 March 2016**