IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

### UNITED STATES' MOTION TO CONTINUE SCHEDULING CONFERENCE AND APPEAR AT CONFERENCE BY TELEPHONE

The United States of America, by its undersigned counsel, files this Motion to Continue Scheduling Conference and Appear at Conference by Telephone and respectfully requests that this Honorable Court reschedule the Conference for May 26, 2016.[1] Rescheduling the Conference will resolve a scheduling conflict for undersigned counsel for the United States and will also allow the United States additional time to serve the remaining unserved Defendant.

    1.    This civil action involves claims by the United States to reduce to judgment certain outstanding federal tax liabilities assessed against Salvatore Celauro, Jr. and to foreclose related federal tax liens on real property located in Park County, Colorado. Defendants Michele

---

[1] Such an order is authorized under Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1.

Graziano and Park County, Colorado have been made parties to this lawsuit because they may claim an interest in the real property at issue.

2. The United States filed its Complaint on February 23, 2016, and on February 24, 2016, the Court issued an Order Setting Scheduling Conference, which set a conference before the Court for May 5, 2016 at 9:00 a.m. Undersigned counsel for the United States has a hearing on a motion for summary judgment before the U.S. District Court for the District of Wyoming scheduled for the same date and time.

3. To date, the United States has effected service of the Summons and Complaint on Defendants Celauro and Park County, Colorado. Defendant Michele Graziano has not yet been served.

4. In order to allow the United States and those parties intending to appear in this matter to participate in preparing the parties' Proposed Scheduling Order before the Court's Fed. R. Civ. P. 16(b) Scheduling Conference, the United States moves for a continuance of the Conference until May 26, 2016 or another date convenient for the Court. This Motion is not being made for delay, but to allow the United States to serve the remaining parties, determine which parties it should coordinate with in preparing the Proposed Scheduling Order, and resolve an existing scheduling conflict.

5. Since undersigned counsel for the United States is located in Washington, D.C., the United States also requests leave to appear at the rescheduled conference by telephone.

6. Undersigned counsel conferred with Chambers to confirm the availability of the Court on May 26, 2016. Should the Court's available time on that date become unavailable, the

United States requests that this matter be rescheduled for a date and time on or after May 24, 2016. Counsel for Park County, Colorado has consented to this Motion. Defendant Celauro has not yet responded to the United States' telephonic request for consent to this Motion.

WHEREFORE, the United States respectfully requests that the Court reschedule the Fed. R. Civ. P. 16(b) conference for May 26, 2016, enter a revised Order reflecting the continuance, and grant the United States leave to appear at the conference by telephone. A proposed Order is attached.

Dated: <u>April 21, 2016</u>                                   Respectfully Submitted,


                                                                                          CAROLINE D. CIRAOLO
Acting Assistant Attorney General


*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Fax:  202.307.0054
Ryan.Watson@usdoj.gov

*Of Counsel*
BENJAMIN WAGNER
United States Attorney
*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, I served the foregoing as follows:

Via Email:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

Via U.S. Mail:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice