IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

      Defendants.

**ORDER**

      Before the Court is the United States' Motion to Continue Scheduling Conference and Appear at Conference by Telephone. Having considered the Motion and the record contained therein, the Motion is HEREBY GRANTED and the Scheduling Conference originally set for May 5, 2016 is rescheduled for May 26, 2016 at _____ a.m. The parties shall submit a proposed Scheduling Order within five business days of the Scheduling Conference. It is FURTHER ORDERED that any parties wishing to appear at the Scheduling Conference by telephone shall coordinate a conference call and conference into the Court together at (303)844-2403.

Dated: _____

                                                               _____
                                                               MICHEAL J. WATANABE
                                                               United States Magistrate Judge