IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

       Defendants.

## CONSENT/NON-CONSENT FORM

Under 28 U.S.C. § 636(c) and D.C.COLO.L.CivR 40.1(c) -- Assignment of Cases/Direct Assignment to Magistrate Judges, at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to the entry of a final judgment. Not all parties have been served in this matter, and consent could therefore not be achieved.

\\

\\

\\

\\

\\

\\

Dated: <u>April 21, 2016</u>  Respectfully Submitted,

        CAROLINE D. CIRAOLO
        Acting Assistant Attorney General

        */s/ Ryan S. Watson*
        RYAN S. WATSON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683, Ben Franklin Station
        Washington, D.C. 20044-0683
        Tel:  202.514.5173
        Fax:  202.307.0054
        Ryan.Watson@usdoj.gov

        *Of Counsel*
        BENJAMIN WAGNER
        United States Attorney
        *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, I served the foregoing as follows:

Via Email:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

Via U.S. Mail:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

/s/ Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice