IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00441-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion to Continue Scheduling Conference and Appear at Conference by Telephone (Docket No. 13) is GRANTED; and

- The Scheduling Conference set for May 5, 2016 at 9:00 a.m. is VACATED and RE-SET for May 26, 2016 at 10:00 a.m.

Date: April 21, 2016