IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

**STIPULATION BETWEEN THE UNITED STATES AND
PARK COUNTY, COLORADO**

The United States and Park County, Colorado, through their respective counsel, hereby stipulate and agree as follows:

1. This stipulation is made with respect to a parcel or real property located at 3282 North County Road 43, Bailey, Colorado 80421. The property is more particularly described as follows:

> Lot 6,
> DEER CREEK VALLEY RANCHOS – UNIT 4
>
> County of Park,
> State of Colorado

2. The United States claims that federal tax liens, which are identified in the Complaint in the above-captioned matter, encumber the above-described real property. The first

of the federal tax liens arose on February 27, 2006, and all of the tax liens have been recorded by filing Notices of Federal Tax Liens with the Park County Recorder's Office.

3. Park County claims a lien on the above-described real property for any unpaid property taxes assessed against the real property at the time of any sale of the real property in this case.

4. The United States and Park County agree that, pursuant to 26 U.S.C. § 6323(b)(6), any Park County property tax liens upon the real property described above that are entitled to priority over prior security interests under Colorado state law will have priority over the federal tax liens at issue in the above-captioned action.

5. In the event that the Court permits the sale of the real property described above, the real property will be sold free and clear of all liens of record. The proposed Order of Foreclosure and Judicial Sale submitted by the United States shall provide that the sale proceeds will be distributed first to the United States to the extent of its costs and expenses of the sale, second to Park County to satisfy any existing Park County secured real property tax liens, and then the balance of such sale proceeds to be distributed to the United States and the remaining Defendants, who have not defaulted, in their relative priorities. If the affected parties cannot stipulate to the amounts of their liens, the parties shall file written briefs setting forth their positions and the Court shall determine the amounts of the liens.

6. The United States and Park County agree to bear their own respective costs related to this litigation, including any possible attorney's fees.

7.	In the event Park County initiates collection procedures for unpaid property taxes pursuant to Title 39, Articles 10 and 11, Colorado Revised Statutes, Park County shall notify undersigned counsel for the United States, in writing, prior to initiating such action.

8.	Park County has been named as a defendant under 26 U.S.C. § 7403(b). The United States claims no monetary relief against Park County in this action. Unless otherwise ordered by the Court, Park County is excused from further participation in this action. Park County agrees to be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

WHEREFORE, the parties so agree and request an order confirming the foregoing.

Respectfully Submitted,

Dated: May 17, 2016

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel: 202.514.5173
Ryan.Watson@usdoj.gov
*Attorneys for the United States of America*

Dated: <u>May 17, 2016</u>         /s/  *Herbert C. Phillips*
                                                    HERBERT C. PHILLIPS
                                                    The Phillips Law Offices, LLC
                                                    675 Main Street
                                                    P.O. Box 1046
                                                    Fairplay, CO 80440
                                                    Tel:   719.836.9005
                                                    Lee@law-hcp.com
                                                    *Attorney for Park County, Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2016, I served the foregoing as follows:

<u>Via Email</u>:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

<u>Via U.S. Mail</u>:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice