IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

**ORDER APPROVING STIPULATION BETWEEN
THE UNITED STATES AND PARK COUNTY, COLORADO**

This matter is before the Court on the Stipulation between the United States and Park County, Colorado. The Court has considered the Stipulation and is otherwise fully informed.

Pursuant to the Stipulation, IT IS HEREBY ORDERED:

1. The Stipulation between the United States and Park County is hereby approved;

2. If the United States obtains an Order of Foreclosure and Judicial Sale of the real property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of the Stipulation; and

3. The United States and Park County shall each bear their own costs.

Dated this _____ day of _____, 2016.

 

_____
Michael J. Watanabe
United States Magistrate Judge