IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

## SCHEDULING ORDER

The United States of America, through undersigned counsel and with the consent of counsel for Park County, Colorado, submits this proposed Scheduling Order. The United States has not yet received consent for filing this proposed Scheduling Order from Defendants Celauro or Graziano. The United States will submit an amended scheduling order ahead of the scheduling conference if input is received from the additional defendants.

### 1. DATE OF CONFERENCE AND APPEARANCES OF COUNSEL AND PRO SE PARTIES

Undersigned counsel for the United States conferred with counsel for Park County, Colorado, on May 6, 2016 regarding this matter and filed a stipulation with the Court on May 17, 2016 (Doc. 16). Per the parties' stipulation, Park County, Colorado,


has requested limited involvement in this matter until any sale of the property at issue in this case. The United States has not been able to contact Defendant Celauro to discuss this scheduling order, but provided a copy of this proposed order to Defendant Celauro via Fed Ex on May 17, 2016. The United States provided Ms. Graziano, who accepted service of the Complaint on May 18, 2016, with a copy of this scheduling order via email but she has not yet had opportunity to respond.

**Represented Parties:**

*United States of America*
Ryan S. Watson
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044
Tel: 202.514.5173

*Park County, Colorado*
Herbert C. Phillips
The Phillips Law Offices, LLC
675 Main Street
P.O. Box 1046
Fairplay, CO 80440
Tel:  719.836.9005

**Pro Se Parties:**

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Michele Graziano
1796 Willis Ave.
Merrick, NY 11566

## 2.  STATEMENT OF JURISDICTION

The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402 and 7403. Defendant Celauro has denied that the Court has jurisdiction over him.

\\

\\

### 3.  STATEMENT OF CLAIMS AND DEFENSES

a.  Plaintiff United States

The United States has brought this action under 26 U.S.C. §§ 7401 and 7403 to reduce federal income tax assessments against Mr. Celauro to judgment and to foreclose on Mr. Celauro's real property located at 3282 North County Road 43, Bailey, Colorado 80421.

b.  Defendant Salvatore Celauro, Jr.

Mr. Celauro denies that this Court has jurisdiction over him and denies that he is subject to federal income taxation.

c.  Defendant Park County, Colorado

Park County, Colorado, has been named as a defendant in this matter pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the real property at issue if and when it is sold at a judicial sale. The United States and Park County filed a Stipulation on May 17, 2016 (Doc. 16) regarding the parties' respective lien priorities.

d.  Defendant Michele Graziano

Ms. Graziano waived service of the Summons on May 18, 2016. The United States has named her in this lawsuit pursuant to 26 U.S.C.

§ 7403(b) because she may claim an interest in the real property at issue if and when it is sold at a judicial sale. The United States anticipates filing a stipulation as to the parties' respective lien priorities.

### 4.  UNDISPUTED FACTS

The United States and Park County, Colorado, stipulated as to each parties' respective lien priorities on May 17, 2016 (Doc. 16). Per the parties' stipulation, Park County, Colorado, has requested limited involvement in this matter until any sale of the property at issue in this case. The United States has not been able to contact Defendant Celauro to speak about this scheduling order; accordingly, the United States is unable to identify any undisputed facts at this point in the proceedings.

### 5.  COMPUTATION OF DAMAGES

The United States does not seek "damages" as traditionally understood but instead seeks to reduce to judgment its federal income tax and penalty assessments against Mr. Celauro for the 1998, 1999, 2001, and 2002 tax years, as well as a frivolous return penalty for the 2011 tax year. The United States contends that these assessments, together with accrued, unassessed interest and other statutory additions, total $248,603.48 as of February 19, 2016.

## 6. REPORT OF PRECONFERENCE DISCOVERY AND MEETING UNDER FED. R. CIV. P. 26(f)

a.  <u>Date of Rule 26(f) meeting</u>:

As noted above, undersigned counsel for the United States conferred with counsel for Park County, Colorado, on May 6, 2016, and in turn filed a stipulation with the Court on May 17, 2016 (Doc. 16). Per the parties' stipulation, Park County, Colorado, has requested limited involvement in this matter until any sale of the property at issue in this case. The United States has not been able to contact Defendant Celauro to speak about this scheduling order, but has provided a copy of this proposed order to Defendant Celauro via Fed Ex on May 17, 2016. The United States, after conducting a Lexis search, has attempted to contact Defendant Celauro at the telephone number listed for him on several occasions but has received no answer. Defendant Graziano waived service of the summons and accepted service of the Complaint on May 18, 2016. The United States provided Ms. Graziano with a copy of this scheduling order via email but she has not yet had opportunity to respond. The United States will update this scheduling order ahead of the scheduling conference if input is received from the additional defendants.

b.  <u>Name of each participant and party he/she represented</u>:

Ryan S. Watson  
Trial Attorney  
U.S. Department of Justice, Tax Division  
P.O. Box 683  
Washington, D.C. 20044  

Herbert C. Phillips  
The Phillips Law Offices, LLC  
675 Main Street  
P.O. Box 1046  
Fairplay, CO 80440

Tel: 202.514.5173  
*Counsel for United States of America*

Tel:  719.836.9005  
*Counsel for Park County, Colorado*

    c.    <u>Statement as to when Rule 26(a)(1) disclosures were made or will be made</u>:

The United States will serve its Rule 26(a)(1) disclosures within 14 days after the parties' Rule 16 scheduling conference.

    d.    <u>Proposed changes, if any, in timing or requirement of disclosures under Fed. R. Civ. P. 26(a)(1)</u>:

The United States will serve its Rule 26(a)(1) disclosures within 14 days after the parties' Rule 16 scheduling conference.

    e.    <u>Statement concerning any agreements to conduct informal discovery</u>:

No agreements exist at this time.

    f.    <u>Statement concerning any other agreements or procedures to reduce discovery and other litigation costs, including the use of a unified exhibit numbering system</u>:

No agreements exist at this time.

    g.    <u>Statement as to whether the parties anticipate that their claims or defenses will involve extensive electronically-stored information, or that a substantial amount of disclosure or discovery will involve information or records maintained in electronic form</u>:

The United States notes that, in the instant case, to the extent that Electronically Stored Information ("ESI") exists, such information may be sought from the government

to the extent necessary to authenticate documents or to ascertain the completeness of discovery. The United States further states that certain ESI in its possession may be protected under Section 6103 of the Internal Revenue Code or other privileges. Non-privileged ESI will be produced in paper form or native (e.g., .doc or .pdf) electronic format.

      h.    <u>Statement summarizing the parties' discussions regarding the possibilities for promptly settling or resolving the case</u>:

As noted above, undersigned counsel for the United States conferred with counsel for Park County, Colorado, on May 6, 2016, and in turn filed a stipulation with the Court on May 17, 2016 (Doc. 16). Per the parties' stipulation, Park County, Colorado, has requested limited involvement in this matter until any sale of the property at issue in this case. The United States has not been able to contact Defendants Celauro or Graziano to speak about this scheduling order, but has provided a copy of this proposed order to Defendant Celauro via Fed Ex on May 17, 2016.

## 7. **CONSENT**

Per a letter received from Mr. Celauro on May 3, 2016, all parties have not consented to the exercise of jurisdiction of a magistrate judge.

\\

\\

\\

### 8. DISCOVERY LIMITATIONS

a. <u>Modifications which any party proposes to the presumptive numbers of depositions or interrogatories contained in the Federal Rules</u>:

The United States seeks no limitations at this time beyond those imposed by the Federal Rules of Civil Procedure.

b. <u>Limitations which any party proposes on the length of depositions</u>:

The United States seeks no limitations at this time beyond those imposed by the Federal Rules of Civil Procedure.

c. <u>Limitations which any party proposes on the number of requests for production and/or requests for admission</u>:

The United States seeks no limitations at this time beyond those imposed by the Federal Rules of Civil Procedure.

d. <u>Other Planning or Discovery Orders</u>:

None.

### 9. CASE PLAN AND SCHEDULE

The United States suggests the following schedule for the case to proceed:

a. <u>Deadline for Joinder of Parties and Amendment of Pleadings</u>:

July 18, 2016

  b. <u>Discovery Cut-off</u>:

    December 16, 2016

  c. <u>Dispositive Motion Deadline</u>:

    January 20, 2016

  d. <u>Expert Witness Disclosure</u>:

    1. The United States does not anticipate the need for expert testimony in this case.

    2. There are no proposals for limitations on the use or number of expert witnesses at this time.

    3. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 16, 2016.

    4. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 16, 2016.

  e. <u>Identification of Persons to be Deposed</u>:

    1. Salvatore Celauro, Jr.

    2. Other persons as yet to be identified with information regarding the tax liabilities at issue, or the status or priority of liens on the subject property.

    The parties reserve any potential objection to depositions or topics to be covered at any deposition.

  f. <u>Deadline for Interrogatories</u>:

    November 1, 2016

\\

\\

g.  <u>Deadline for Requests for Production of Documents and/or Requests for Admissions</u>:

November 1, 2016

### 10.  DATES FOR FURTHER CONFERENCES

a.  Status conferences will be held in this case at the following dates and times:

b.  A final pretrial conference will be held in this case on _____ at ____ o'clock _____m. A Final Pretrial Order shall be prepared by the parties and submitted to the Court no later than seven (7) days before the final pretrial conference.

### 11.  OTHER SCHEDULING MATTERS

a.  <u>Identify those discovery or scheduling issues, if any, on which counsel after a good faith effort, were unable to reach an agreement</u>:

As noted above, undersigned counsel for the United States conferred with counsel for Park County, Colorado, on May 6, 2016, and in turn filed a stipulation with the Court on May 17, 2016 (Doc. 16). Per the parties' stipulation, Park County, Colorado, has requested limited involvement in this matter until any sale of the property at issue in this case. The United States has not been able to contact Defendants Celauro or Graziano to speak about this scheduling order, but has provided a copy of this proposed order to Defendant Celauro via Fed Ex on May 17, 2016. The United States, after conducting a Lexis search, has attempted to contact

- 10 -

        Defendant Celauro at the telephone number listed for him on several occasions but has received no answer.

    b.    <u>Anticipated length of trial and whether trial is to the court or jury</u>:

        One day. There has been no jury demand.

    c.    <u>Identify pretrial proceedings, if any, that the parties believe may be more efficiently or economically conducted in the District Court's facilities at 212 N. Wahsatch Street, Colorado Springs, Colorado 80903-3476; Wayne Aspinall U.S. Courthouse/Federal Building, 402 Rood Avenue, Grand Junction, Colorado 81501-2520; or the U.S. Courthouse/Federal Building, 103 Sheppard Drive, Durango, Colorado 81303-3439</u>:

        None.

## 12. **NOTICE TO COUNSEL AND PRO SE PARTIES**

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

Counsel will be expected to be familiar and to comply with the Pretrial and Trial Procedures or Practice Standards established by the judicial officer presiding over the trial of this case.

With respect to discovery disputes, parties must comply with D.C.COLO.L.CivR 7.1(a).

Counsel and unrepresented parties are reminded that any change of contact information must be reported and filed with the Court pursuant to the applicable local rule.

## 13. **AMENDMENTS TO SCHEDULING ORDER**

The scheduling order may be altered or amended only upon a showing of good cause.

DATED at Denver, Colorado, this _____ day of May, 2016.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

| /s/ *Ryan S. Watson* | /s/ *Herbert C. Phillips* (w/ permission) |
|---|---|
| Ryan S. Watson | Herbert C. Phillips |
| Trial Attorney, Tax Division | The Phillips Law Offices, LLC |
| U.S. Department of Justice | 675 Main Street |
| P.O. Box 683 | P.O. Box 1046 |
| Washington, D.C. 20044-0683 | Fairplay, CO 80440 |
| Ryan.Watson@usdoj.gov | Tel:  719.836.9005 |
| *Counsel for the United States of America* | *Counsel for Park County, Colorado* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2016, I served the foregoing as follows:

<u>Via Email</u>:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

<u>Via U.S. Mail</u>:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

Michele Graziano
1796 Willis Ave.
Merrick, NY 11566

                                                          */s/ Ryan S. Watson*
                                                         RYAN S. WATSON
                                                         Trial Attorney, Tax Division
                                                         U.S. Department of Justice