# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 16-CV-0441-MJW

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendants:
**SALVATORE CELAURO, JR.; MICHELE GRAZIANO; and PARK COUNTY, COLORADO**

For:
RYAN WATSON
U.S DEPARTMENT OF JUSTICE, TAX DIVISION
PO BOX 683
BEN FRANKLIN STATION
WASHINGTON, DC 20044

2016002591

Received by Roland Process Svc & Investigations, LLC on the 4th day of March, 2016 at 9:04 am to be served on **SALVATORE CELAURO, JR, 3282 NORTH COUNTY ROAD 43, BAILEY, CO 80421**.

I, ROBIN D HARRIS, do hereby affirm that on the **8th day of March, 2016** at **2:07 pm, I:**

**PERSONALLY** served **SALVATORE CELAURO, JR** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, UNITED STATES' COMPLAINT, CONSENT/NON CONSENT FORM PURSUANT TO D.C.COLO.LCivR 40.1(c) DIREST ASSIGNMENT TO MAGISTRATE JUDGES, CONSENT/NON CONSENT FORM, CIVIL COVER SHEET and INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44** at **3282 NORTH COUNTY ROAD 43, BAILEY, CO 80421** with the date and hour of service endorsed thereon by me, and informed **SALVATORE CELAURO, JR** of the contents therein, in compliance with state statutes. - ACTUAL SERVICE LOCATION: (39.4741,-105.4754) ACCURACY 10 m.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 160, Hair: Salt & Pepper, Glasses: N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**ROBIN D HARRIS**

Roland Process Svc & Investigations, LLC
695 S Colorado Blvd Suite 480
Denver, CO 80246
(720) 382-1882

Our Job Serial Number: JDR-2016002591
Service Fee: $125.00

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1d

