IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

                       Plaintiff

       - against -

SALVATORE CELAURO, JR. [sic];
                   Wrongly Accused
                   Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                     Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2016

JEFFREY P. COLWELL
CLERK

---

**STATEMENT
IN OPPOSITION TO
STIPULATION BETWEEN
THE UNITED STATES
AND
PARK COUNTY, COLORADO**

1. I agree that my property is as described.

2. As I have stated in my Affidavit and Memorandum of Law, the UNITED STATES OF AMERICA and the IRS do not have jurisdiction over me, therefore, the UNITED STATES OF AMERICA cannot have any claim over my property. If, as stated, "The first of the federal tax liens arose on February 27, 2006", the UNITED STATES OF AMERICA must go after the previous owner of the property, as I bought the property on 30 November 2012. The county has those records.

3. Park County cannot have any claims on my property for any unpaid property taxes since I bought the property on 30 November 2012 as I have paid all the property taxes since then. If Park County has any claims, then they must be prior to when I bought the property and they need

to initiate collection procedures against the previous owner.

4. As I have stated in paragraph 3 above, Park County cannot have a claim on my property due to unpaid property taxes. The UNITED STATES OF AMERICA cannot have any claims on my property as it does not have jurisdiction over me, as has been stated in all my documents, including in paragraph 2 above, therefore, any stipulation in meritless.

5. The Court cannot rule on this case, as has been stated, because the UNITED STATES OF AMERICA has not proven it has jurisdiction over me. The sale of the property cannot take place as stated, and the distribution cannot take place.

6. UNITED STATES OF AMERICA and Park County should bear their own expenses as this case is frivolous.

7. If Park County has unpaid property taxes, they were not from me as I have paid all property taxes since 30 November 2012. Park County needs to initiate collection procedures against the previous owner of the property.

8. This case is frivolous and meritless, therefore, it does not matter what agreement the UNITED STATES OF AMERICA and Park County have made.

THEREFORE, any stipulation is meritless.

                               Proceeding at all times under Threat, Duress and Coercion

Date: 18 May 2016

                                                     *sal-junior*
                                                     sal-junior:Celauro
                                                    c/o 25587 Conifer Road, suite 105 #317
                                                    Conifer, Colorado [80433]
                                                    29 March 2016