sal-junior
[25587] conifer road, suite 105 #317
conifer, near [80433]

18 May 2016

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2016

JEFFREY P. COLWELL
CLERK

Mr. Ryan S. Watson
Trial Attorney, Tax Division
c/o U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

Re: letter; Stipulation Between the United States and Park County, Colorado; Order Approving Stipulation Between the United States and Park County, Colorado  CIVIL 1:16-cv-00441-CMA-MJW

Certified Mail Number: 7015 3010 0000 7223 3046

Dear Mr. Watson,

I am in receipt today of your package containing the above documents dated 17 May 2016.

In reference to your letter, there was no "a draft scheduling order" included. Even if there was one, I have no intention on calling you to discuss this "scheduling order" as you have not proven that the UNITED STATES OF AMERICA and the IRS have jurisdiction over me. With no jurisdiction over me, the Court cannot hear the case and rule on it. The Court can only dismiss the case.

> "Jurisdiction is the power to declare the law; and when it ceases to exist, the only function remaining to the court is that of announcing the fact and **dismissing the cause**." *Bullington v. Angel*, 220 N.C. 18, 16 S.E.2d 411 (1941) [emphasis added].

> "* * * lack of jurisdiction of the action, resulting in a **duty of the court to dismiss.**" *Thomasian v. Superior Court*, 122 Cal.App.2d 322, 337, 265 P.2d 165 (Cal.App.Dist.1 1953) [emphasis added].

> "When it clearly appears that the court lacks jurisdiction, **the court has no authority to reach the merits**. In such a situation **the action should be dismissed** for want of jurisdiction." *Melo v. United States*, 505 F.2d 1026 (8th Cir. 1974) [emphasis added].

> "**A court lacks discretion to consider the merits** of a case over which it is without jurisdiction, and thus, by definition, **a jurisdictional ruling may never be made** prospective only." *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 379 (1981) [emphasis added].

> "We therefore hold that because the Court of Appeals was **without jurisdiction** to hear the appeal, **it was without authority to decide the merits.**" *Bender v. Williamsport Area School Dist.*, 475 U.S. 534, 549 (1986) [emphasis added].

Also read my Exhibit A to my "Notice and Demand" submitted as there are many more.

Did you read my documents I sent to you? You received them on 28 March 2016 at 9:26 AM. My

"Notice and Demand" and "Challenge to Presumed Political Jurisdiction" were for you to prove that the UNITED STATES OF AMERICA and the IRS have jurisdiction over me. We both know that you cannot prove that, otherwise, you will expose the fraud in the system. We also both know that the IRS is not an agency of the government.

My "Memorandum of Law" proves the IRS does not have jurisdiction over the People in the States, only over Washington D.C. and federal territories.

Is it standard operating procedure by you and the Department of Justice to commit fraud against the People by filing these frivolous and fraudulent lawsuits? You must believe that I am ignorant and unintelligent like many of the People of this country.

As I have stated in my "Affidavit" under "Judicial Notice" on page 2, the Court is not a Constitutional court and in violation of Administrative Procedure and Judicial Procedures.

Please read the section in my "Notice and Demand" under heading "Additional Notice to This Honorable Court" on page 5. Until you can prove jurisdiction over me, I will not call you to "discuss the scheduling order".

I do not expect this Court to make any kind of judgment except to dismiss this case. Any other judgment is a commission of fraud and an initiation of violence against me. Some Maxims of Law:

> "It is the duty of a good judge to remove causes of litigation." 2 *Inst.* 306
>
> "It is the duty of justices to administer justice to every one pleading before them." 2 *Inst.* 451
>
> "It is the duty of a judge to decide according to the facts alleged and proved." *Dyer*, 12; *Halk. Max* 73
>
> "Realities must dominate the judgment by a court." *Appalachian Coals v. United States*, 288 U.S. 344, 360
>
> "He who determines any matter without hearing both sides, though he may have decided right, has not done justice." 6 *Coke*, 52a;4 *Bl. Comm.* 283
>
> "It is improper to give judgment or pass sentence without looking at the whole case." *Dig.* 1, 3, 24; *Hob.* 171a
>
> "The condition of the defendant must be favored, rather than that of the plaintiff." *Dig.* 50, 17, 125; Broom, *Max.* 715
>
> "Constitutions and laws precede the judiciary." *Luther v. Borden*, 7 How. (48 U.S.) 1, 52
>
> "A judicial act by a judge without jurisdiction is void; but a ministerial act, from whomsoever proceeding, may be ratified." *Lofft.* 458
>
> "Justice knows not father nor mother; justice looks at truth alone." 1 *Bulst.* 199
>
> "Out of fraud no action arises; a right of action cannot arise out of fraud." *Phelps v. Decker*, 10 Mass. 276; Broom, *Max.* 349

> "Deceit and fraud shall not defend, excuse or benefit any man." *Best, Evid.* P 469, s. 428; 1 *Story, Eq. Jur. s.* 395; 3 *Coke*, 78; *Fleta*, lib. 1, c. 13, s. 15

> "All political power is inherent in the people by decree of God, thus none can exist except it be derived from them." *American Maxim*

> "The main object of government is the protection and preservation of personal rights, private property, and public liberties, and upholding the law of God." *American Maxim*

> "There is nothing more sacred, more inviolate, than the house of every citizen." C.L.M.

> "Every man's house is his castle; and even though the winds of heaven may blow through it, government officials cannot enter it." C.L.M.; 5 *Coke*, 91, 92

> "A citizen cannot be taken by force from his house to be conducted before a judge or to prison." Dig. 50, 17, 103

> "Ignorance of law excuses no one (for all are bound to know the law)." 4 *Bouv. Inst.* no. 3828; 1 Story, *Eq. Jur. s.* 111; 2 *Coke*, 36; *Rankin v. Mortimere*, 7 Watts (Penn.) 374; 2 Kent, *Comm.* 491

> "The burden of proof rests on the plaintiff, (or on the party who advances a proposition affirmatively)." *Hob.* 103; *Inst.* 2, 20, 4

> "When the plaintiff does not prove his case the defendant is acquitted." *Hob.* 103

I will repeat the quote in *Bowers v. DeVito*, 686 F2d 616, 618 (Ill. 1982) and quoted by numerous other cases, which can be found in my "Challenge to Presumed Political Jurisdiction" on page 5 and my "Affidavit" on page 4, which states:

> **"The Constitution is a charter of negative liberties; it tells the state to let people alone**; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." (Emphasis added)

Have you complied by this mandate? The obvious answer is no. You have violated my Rights. Maybe you need to review *Screws v. United States*, 325 U.S. 91 (1945). Here are some of the quotes from that case:

> "Thus it was stated in *Twining v. New Jersey*, 211 U.S. 78, 101, 29 S.Ct. 14, 20, that due process requires that 'no change in ancient procedure can be made which disregards those fundamental principles, to be ascertained from time to time by judicial action, which have relation to process of law, and protect the citizen in his private right, and guard him against the arbitrary action of government.' In *Snyder v. Massachusetts*, 291 U.S. 97, 105, 54 S.Ct. 330, 332, 90 A.L.R. 575, it was said that due process prevents state action which 'offends some principle of justice so rooted in the traditions and conscience of our people as to be ranked as fundamental.'" At page 95

> "He who defies a decision interpreting the Constitution knows precisely what he is doing. If sane, he hardly may be heard to say that he knew not what he did. * * * But willful violators of

constitutional requirements, which have been defined, certainly are in no position to say that they had no adequate advance notice that they would be visited with punishment." At pages 104-105

"The fact that the defendants may not have been thinking in constitutional terms is not material where their aim was not to enforce local law but to deprive a citizen of a right and that right was protected by the Constitution. When they so act they at least act in reckless disregard of constitutional prohibitions or guarantees." At page 106

"Generally state officials know something of the individual's basic legal rights. If they do not, they should, for they assume that duty when they assume their office. Ignorance of the law is no excuse for men in general. It is less an excuse for men whose special duty is to apply it, and therefore to know and observe it." At page 129

"For their sworn oath and their first duty are to uphold the Constitution, then only the law of the state which too is bound by the charter." At page 130

"To the Constitution state officials and the states themselves owe first obligation." At page 133

From my comprehension from reading many articles, the Republic will be restored soon, that the corporate "UNITED STATES" will be gone, I believe this year. When this occurs, the IRS will be abolished, and this lawsuit will also go away. Why not stop this irrationality now? I have also read that many of the federal judges will be arrested.

Instead of filing frivolous lawsuits against People who have not committed a crime, indict People who have, like Hillary Clinton. When is that going to happen? My belief is that it won't happen because you all in Washington D.C. protect one another.

You supposedly swore to an Oath of Office. I expect you to abide by it. If you haven't sworn to an Oath of Office, then your office is vacant.

Proceeding at all times under Threat, Duress and Coercion,

*sal-junior*

sal-junior

cc: United States District Court, Colorado Division
    Michele Graziano
    Park County, Colorado