# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  16-cv-00441-CMA-MJW          FTR - Courtroom A-502

**Date:**   May 26, 2016                          Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                   <u>*Counsel*</u>

UNITED STATES OF AMERICA,                          Ryan S. Watson    (by telephone)

    Plaintiff(s),

v.

SALVATORE CELAURO, JR.,                            - - - -
MICHELE GRAZIANO,  and
PARK COUNTY, COLORADO,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:    RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   10:00 A.M.
Court calls case.  Appearance  of counsel.  No defendants appear.
It is noted a Stipulation has been entered between the United States and Park County,
Colorado, and Park County is excused from further participation in this action.

It is noted defendant Salvatore Celauro, Jr was personally served with process March 08, 2016
[Docket No. 21], and defendant Michele Graziano signed a Waiver of Service May 18, 2016
[Docket No. 22].
Defendant Celauro has not filed an Answer or otherwise responded appropriately, therefore,

**It is ORDERED:**     Plaintiff shall file its Motion for Entry of Clerk's Default **on or before**
                       **JUNE 02, 2016.**


It is noted the deadline for Ms. Graziano to Answer or otherwise respond to the Complaint
[Docket No. 1]  is July 18, 2016.   No Order to Show Cause shall issue as to Ms. Graziano for
her failure to appear today.

**It is ORDERED:**     A **RULE 16(b) SCHEDULING CONFERENCE** is set
                       **JULY 25, 2016   at   9:00 a.m.**  Mountain time in Courtroom A-502,
                       Fifth floor, Alfred A. Arraj United States Courthouse,
                       901 19th Street, Denver, Colorado 80294.

The proposed Scheduling Order filed by Plaintiff [Docket No. 20, filed May 19, 2016] is not considered by the Court.  Plaintiff shall confer with Ms. Graziano, or her counsel, if she responds to the Complaint,  to prepare a revised proposed Scheduling Order containing her input.  No revised Scheduling Order need be filed if Ms. Graziano does not answer the Complaint. Parties shall file  their revised proposed Scheduling Order  **on or before  JULY 18, 2016.**
Counsel/pro se parties shall prepare the proposed Scheduling Order in accordance with the form found in the forms section of the Court's website at www.cod.uscourts.gov .

Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement may result in denial of entry to the courthouse.

The plaintiff shall notify all parties who have not entered an appearance, of the date and time of the scheduling/planning conference.


HEARING CONCLUDES.

**Court in recess:**    10:08 a.m.
Total In-Court Time:   00:08