IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00441-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO,

Defendants.

## ORDER TO SHOW CAUSE

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to United States Magistrate Judge issued by Judge Christine M. Arguello on April 28, 2016 (Docket No. 17).  Before that date, this case had been directly assigned to Magistrate Judge Watanabe pending the parties' consent or non-consent under 28 U.S.C. § 636(c). (Docket No. 2.)  On April 21, 2016, the undersigned set a Rule 16(b) Scheduling Conference for May 26, 2016 at 10:00 a.m.  (Docket No. 15.)

On May 26, 2016 at 10:00 a.m., neither Defendant Salvatore Celauro, Jr. nor Michele Graziano appeared at the Scheduling Conference as ordered.  The Court takes judicial notice that the weather in Denver was clear, there were no lines at courthouse security, and there was no apparent impediment to Defendants' timely appearance. Finally, the Court notes that Defendant Graziano was served late and may not have had sufficient notice of this conference (Docket No. 22); Defendant Celauro, by contrast, has

2

had notice of these proceedings since at least March 8, 2016 (Docket No. 21; *see also* Docket Nos. 5 through 12; Docket No. 23).

Rule 41(b) of the Federal Rules of Civil Procedure provides in pertinent part:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule–except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19–operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).  Also, this District's local rules provide:

> A judicial officer may issue an order to show cause why a case should not be dismissed for failure to prosecute or failure to comply with these rules, the Federal Rules of Civil Procedure, or a court order.  If good cause is not shown, a district judge or a magistrate judge exercising consent jurisdiction may enter an order of dismissal with or without prejudice.

D.C.COLO.LCivR 41.1.

Furthermore, Rule 16(f) provides in pertinent part that "[o]n motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party or its attorney: (A) fails to appear at a scheduling or other pretrial conference . . . . or (C) fails to obey a scheduling or other pretrial order."  Fed. R. Civ. P. 16(f).  Rule 37(b)(2)(A) (ii)-(vii), which is referenced in Rule 16(f), permits the following sanctions:

> (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;
>
> (iii) striking pleadings in whole or in part;
>
> (iv) staying further proceedings until the order is obeyed;
>
> (v) **dismissing the action or proceeding in whole or in part**;

3

      (vi) rendering a default judgment against the disobedient party; or

      (vii) **treating as contempt of court the failure to obey any order** except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b)(2)(A) (ii)-(vii) (emphasis added).  Rule 16(f)(2) further provides that "[i]nstead of or in addition to any other sanction, the court must order the party, its attorney, or both to pay the reasonable expenses–including attorney's fees–incurred because of any noncompliance with this rule, unless the noncompliance was substantially justified or other circumstances make an aware of expenses unjust." Fed. R. Civ. P. 16(f)(2).

    Based upon the foregoing, it is hereby

    **ORDERED** that on **July 25, 2016, at 9:00 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held during which **Defendant Salvatore Celauro, Jr. SHALL APPEAR IN PERSON** and show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 16(f) and/or 41(b).  In addition to a recommendation that this action be dismissed, other sanctions that may very well be imposed are defendant's attorney fees and costs and a finding and order of contempt.

Dated:    May 26, 2016                    s/ Michael J. Watanabe
            Denver, Colorado          Michael J. Watanabe
                                              United States Magistrate Judge