IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

        Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];
        Wrongly Accused
        Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

        Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 31 2016

JEFFREY P. COLWELL
CLERK

---

## OPPOSITION
## TO
## SCHEDULING ORDER

I, sal-junior:Celauro, is a Natural born Living Soul, a man on the Land, of the Posterity of the People of the united States, an Inherent Holder of the Political Power of Colorado, and of this American union of States, NOT a corporation, NOT a person as statutorily defined, and NOT a surety for the artificial/fictional entity designated as SALVATORE CELAURO, JR, hereby seeking specific relief in the form of dismissal in the above-captioned matter. I do not consent to this "proposed Scheduling Order" as this case is frivolous and meritless. I recommend that the UNITED STATES OF AMERICA either locate the artificial/fictional entity designated as SALVATORE CELAURO, JR to submit these documents or dismiss this case as it does not apply to me. The UNITED STATES OF AMERICA and the IRS have not proven they have jurisdiction over this Natural born Living Soul.

# 1. DATE OF CONFERENCE AND APPEARANCES OF COUNSEL AND PRO SE PARTIES

I have already responded to the "Stipulation" on 18 May 2016. It is comprehensible that PARK COUNTY "has requested limited involvement" because PARK COUNTY has accepted fraudulent documents and is liable for accepting fraudulent documents.

# 2. STATEMENT OF JURISDICTION

This Court may have "original jurisdiction" over this kind of case pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402 and 7403, but that does not mean the Court has jurisdiction over this man. As I have stated in my "Notice and Demand", "Affidavit", and "Memorandum of Law", the UNITED STATES OF AMERICA and the INTERNAL REVENUE SERVICE (IRS) have **NOT proven** jurisdiction **on the record**, therefore, the Court lacks jurisdiction to preside over this case.

# 3. STATEMENT OF CLAIMS AND DEFENSES

a. The UNITED STATES OF AMERICA cannot have any claims on my property as it does **NOT** have jurisdiction over me, as has been stated in all my documents, including paragraph 2 above, therefore, this case is frivolous and meritless.

b. See paragraph 2 above. I have proven in my documents that the UNITED STATES OF AMERICA and the IRS do not have jurisdiction over me and that the "federal income taxation" does not apply to me, therefore, I am not "subject to federal income taxation".

c. PARK COUNTY does not have "an interest in the real property" as it has not proven it has jurisdiction over me and that I have not paid any property taxes since 30 November 2012.

d. Michele Graziano does not have a claim or interest to my real property as the Order she received from so-called Magistrate ELIZABETH BLOOM is void *ab initio* as Ms.

Bloom has no Oath of Office as a Magistrate (see Exhibit A in my "Affidavit"). Ms. Bloom and Ms. Graziano were sent my letter about her lack of an Oath of Office (see Exhibit B in my "Affidavit"). In quoting Sheriff Nick Finch in the trial against him, after being barraged by the prosecutor with the same questions and attacks, stated, "At some point, the Constitution has to count for something." Therefore, if Ms. Graziano has a lien on my property, it is void.

### 4. UNDISPUTED FACTS

The only undisputed fact is that the UNITED STATES OF AMERICA and PARK COUNTY, Colorado may have made a "Stipulation" and signed off on it. There are no other undisputed facts as this entire case is frivolous and meritless as **no proof** of jurisdiction has been shown **on the record**.

### 5. COMPUTATION OF DAMAGES

There cannot be any damages as the UNITED STATES OF AMERICA is an artificial/fictional entity. As I have proven in my documents, the UNITED STATES OF AMERICA and the IRS have **no jurisdiction** over me, and that the "federal income tax and penalty assessments" **do NOT apply** to me. I have never filed a "frivolous return" "for the 2011 tax year". I have refused to volunteer to file any return as the tax code does not apply to me and the UNITED STATES OF AMERICA and the IRS cannot prove that the tax codes apply to me as it will expose the fraud in the system.

### 6. REPORT OF PRECONFERENCE DISCOVERY AND MEETING UNDER FED. R. CIV. P. 26(F)

a. Most of this is in item 1 of the "Scheduling Order". The last line is new.

b. Counsels for the UNITED STATES OF AMERICA and PARK COUNTY, Colorado.

c. Reference to when FRCP 26(a)(1) disclosures are to be made.

   d. Proposed changes to disclosures under FRCP 26(a)(1).

   e. Statement concerning any agreements to conduct informal discovery.

   f. Statement concerning any other agreements or procedures * * *.

   g. Statement as to whether the parties anticipate that their claims * * *. There are no legitimate claims by any of the parties.

   h. Statement summarizing the parties' discussions regarding the possibilities for promptly settling or resolving the case. This is a repeat of item 1 of the "Scheduling Order". The only resolution of this case is to dismiss it as it is frivolous and meritless.

## 7. CONSENT

As per my letter of 3 May 2016, **I do not consent** to the entire proceeding. See the sections of my "Affidavit" titled "Judicial Notice: Notice to the Administrative Court" on page 2, "Administrative Notice" starting on page 2 through page 6, and "Notable Quotes" on page 6.

## 8. DISCOVERY LIMITATIONS

   a. Modifications which any party proposes * * *.

   b. Limitations which any party proposes on the length of depositions.

   c. Limitations which any party proposes on the number of requests * * *.

   d. Other Planning or Discovery Orders. This entire section is frivolous and meritless as the UNITED STATES OF AMERICA and the IRS have **no jurisdiction** over me and cannot prove they have jurisdiction over me.

## 9. CASE PLAN AND SCHEDULE

   a. Deadline for Joinder of Parties and Amendment of Pleadings. No date needed.

   b. Discovery Cut-off. No date needed.

   c. Dispositive Motion Deadline. No date needed.

    d. Expert Witness Disclosure. No witnesses needed.

    e. Identification of Persons to be Deposed. No depositions needed.

        1. No need to depose me as the UNITED STATES OF AMERICA and the IRS have **no jurisdiction** over me and cannot prove they have jurisdiction over me. In addition, **I object** to this and the entire proceedings.

        2. No other person has "information regarding the tax liabilities" as there are no tax liabilities as the tax code does not apply to me.

    f. Deadline for Interrogatories. No date needed.

    g. Deadline for Requests for Production of Documents and/or Requests for Admissions. No date needed.

## 10. DATES FOR FURTHER CONFERENCES

    a. No need for "status conferences".

    b. No need for "a final pretrial conference".

## 11. OTHER SCHEDULING MATTERS

    a. Identify those discovery or scheduling issues, * * *. This is a repeat of item 1 and 6 h. of the "Scheduling Order".

    b. Anticipated length of trial * * *. There will be no trial as the UNITED STATES OF AMERICA and the IRS have **no jurisdiction** over me and cannot prove they have jurisdiction over me.

    c. Identify pretrial proceedings, * * *. There will be no pretrial proceedings as the UNITED STATES OF AMERICA and the IRS have **no jurisdiction** over me and cannot prove they have jurisdiction over me.

## 12. NOTICE TO COUNSEL AND PRO SE PARTIES

There is no need to file "for extension of time" as the UNITED STATES OF AMERICA and the IRS have **no jurisdiction** over me and cannot prove they have jurisdiction over me and the only action to take in this case is to dismiss it.

## 13. AMENDMENTS TO SCHEDULING ORDER

There is no need to amend the scheduling order except to dismiss this case as the UNITED STATES OF AMERICA and the IRS have **no jurisdiction** over me and cannot prove they have jurisdiction over me.

Proceeding at all times under Threat, Duress, and Coercion

Date: 27 May 2016

*sal-junior*
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    Michele Graziano
    PARK COUNTY, Colorado via Herbert C. Phillips

:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

U.S. District Court
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

CERTIFIED MAIL

7015 3010 0000 7223 3091

U.S. POSTAGE PAID
GREENWOOD VILLAGE, CO
80112
MAY 27 16
AMOUNT
$3.77
R2304M112546-04