IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

---

**MOTION FOR ENTRY OF DEFAULT AGAINST SALVATORE CELAURO, JR.**

---

To: **Clerk of Court**
    **United States District Court**
    **District of Colorado**

The United States, through undersigned counsel, moves for the entry of default against Defendant Salvatore Celauro, Jr. under Rule 55(a) of the Federal Rules of Civil Procedure and pursuant to the Court's May 26, 2016 Order (Doc. 24):

    1.    The United States initiated this civil action by filing a Complaint in this Court on February 23, 2016. (Doc. 1, Complaint.)

    2.    On March 8, 2016, Defendant Celauro was personally served with a copy of the Summons and Complaint. (Doc. 21, Return of Service.)

    3.    On May 26, 2016, following the parties' Rule 16(b) Scheduling Conference, which Defendant Celauro did not appear for, the Court issued a Minute

Order in which the Court held that "Defendant Celauro has not filed an Answer or otherwise responded appropriately, therefore, **It is ORDERED:** Plaintiff shall file its Motion for Entry of Clerk's Default **on or before JUNE 02, 2016**." (Doc. 24, Courtroom Minutes / Minute Order.)

4. Since Defendant Celauro has not filed an answer or appropriate response in this matter, the Court should enter default against him.

5. The United States has confirmed that Salvatore Celauro, Jr. is not a member of the United States Armed Forces, and therefore, the requested relief may be entered consistent with the Servicemember's Civil Relief Act of 2003, 50 App. U.S.C. § 501. (*See* Attached Declaration of Ryan S. Watson).

WHEREFORE, the United States respectfully requests that the Clerk enter default against Salvatore Celauro, Jr.

Respectfully Submitted,

Dated: June 1, 2016

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ *Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel: 202.514.5173
Ryan.Watson@usdoj.gov
*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2016, I served the foregoing as follows:

<u>Via CM/ECF</u>:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

<u>Via U.S. Mail</u>:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

Michele Graziano
1796 Willis Ave.
Merrick, NY 11566

/s/ Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice