IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

## DECLARATION OF RYAN S. WATSON

I, Ryan S. Watson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am employed as an attorney with the United States Department of Justice, Tax Division, in Washington, D.C. I am assigned responsibility for representing the interests of the United States in the above-captioned matter. I am in possession of the Department of Justice files concerning this case, and I submit this Declaration in support of the United States' *Motion for Entry of Default Against Salvatore Celauro, Jr.* and to place certain evidence before the Court.

2. Defendant Salvatore Celauro, Jr. is not an infant or, to the best of my knowledge, an incompetent person. Additionally, based upon my inquiry with the U.S. Department of Defense's website (www.dmdc.osd.mil/appj/scra/single-record.xhtml) regarding military personnel who may be subject to the Servicemembers Civil Relief

Act, 50 App. U.S.C. § 501, the Department of Defense does not have any information indicating that Defendant Salvatore Celauro, Jr. is on active duty with the U.S. Armed Forces. Attached as Exhibit A to this Declaration is a true and correct copy of a status report for Salvatore Celauro, Jr.

    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2016                                        /s/ *Ryan S. Watson*
                                                                 RYAN S. WATSON
                                                                 Trial Attorney, Tax Division
                                                                 U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2016, I served the foregoing as follows:

<u>Via CM/ECF</u>:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

<u>Via U.S. Mail</u>:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

Michele Graziano
1796 Willis Ave.
Merrick, NY 11566

*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice