IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441 (CMA-STV)

UNITED STATES OF AMERICA,

        Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];
    Wrongly Accused
    Belligerent Litigant
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

        Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2016

JEFFREY P. COLWELL
CLERK

---

## ANSWER
## IN OPPOSITION TO
## ORDER TO SHOW CAUSE

### PRILIMIARY STATEMENT

I, sal-junior: Celauro, is a Natural born Living Soul, a man on the Land, of the Posterity of the People of the united States, an Inherent Holder of the Political Power of Colorado, and of this American union of States, NOT a corporation, NOT a person as statutorily defined, and **NOT** a surety for the artificial/fictional entity designated as SALVATORE CELAURO, JR, hereby seeking specific relief in the form of dismissal of the Order to Show Cause.

This Court is hereby placed on mandatory judicial notice of all authorities cited herein, and *any and all emphasis* employed herein shall be construed to have been added.

Accused reserves the right to change, alter, and remove this document at any time, without the leave of this or any other court.

## JUDICIAL NOTICE: NOTICE TO THE ADMINISTRATIVE COURT

ALL COURTS ARE OPERATING UNDER: (1) TRADING WITH THE ENEMY ACT AS CODIFIED IN TITLE 50 U.S.C.; (2) TITLE 28 U.S.C., CHAPTER 176, FEDERAL DEBT COLLECTION PROCEDURE; (3) FED. R. CIV. P. 4(J), UNDER TITLE 28 U.S.C., §1608, MAKING THE COURTS "FOREIGN STATES" TO THE PEOPLE BY CONGRESSIONAL MANDATE AND IN VIOLATION OF ADMINISTRATIVE PROCEDURE AND JUDICIAL PROCEDURES; (4) VIOLATION OF CONTRACTUAL OBLIGATION OF PARTIES SERVING FOR PAY UNDER PRIVATE CONTRACT TO "WE THE PEOPLE"; (5) TITLE 28 U.S.C., § 1652, STATE LAWS AS RULES OF DECISION; (6) TITLE 1 U.S.C., §§ 111, 112 AND 112A; (7) TITLE 12, § 95B, RATIFICATION OF ACTS OF PRESIDENT AND SECRETARY OF THE TREASURY UNDER § 95A.

## ADMINISTRATIVE NOTICE

"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or **Public Trust** under the United States." Constitution for the United States, Article VI clause 3.

"As expressed otherwise, the powers delegated to a public officer are **held in trust** for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.[1] Furthermore, the view has been expressed that **all public officers, within whatever branch** and whatever level of government, and whatever be their private vocations, **are trustees of the people**, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.[2] That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves,[3] and owes a fiduciary duty to the public.[4] It has

---

[1] *State ex rel. Nagle v. Sullivan*, 98 Mont. 425, 40 P.2d 995, 99 A.L.R. 321; *Jersey City v. Hague*, 18 N.J. 584, 115 A.2d 8.

[2] *Georgia Dep't of Human Resources v. Sistrunk*, 249 Ga. 543, 291 S.E.2d 524. A public official is held in public trust. *Madlener v. Finley* (1st Dist.) 161 Ill.App.3d 796, 113 Ill.Dec. 712, 515 N.E.2d 697, app. gr. 117 Ill.Dec. 226, 520 N.E.2d 387 and revd. on other grounds 128 Ill.2d 147, 131 Ill.Dec 145, 538 N.E.2d 520.

[3] *Chicago Park Dist. v. Kenroy, Inc.*, 78 Ill.2d 555, 37 Ill.Dec. 291, 402 N.E.2d 181, appeal after remand (1st Dist.) 107 Ill.App.3d 222, 63 Ill.Dec. 134, 437 N.E.2d 783.

[4] *United States v. Holzer* (CA7 Ill.) 816 F.2d 304 and vacated, remanded on other grounds 484 U.S. 807, 98 L.Ed.2d 18, 108 S.Ct. 53, on remand (CA7 Ill.) 840 F.2d 1343, cert. den. 486 U.S. 1035, 100 L.Ed.2d 608, 108 S.Ct. 2022 and (criticized on other grounds by *United States v. Osser* (CA3 Pa.) 864 F.2d 1056) and (superseded by statute on other grounds as stated in *United States v. Little* (CA5 Miss.) 889 F.2d 1367) and (among conflicting authorities on other

been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy."[6] 63C Am.Jur.2d, Public Officers and Employees, § 247.

"Fraud in its elementary common law sense of deceit - and this is one of the meanings that fraud bears in the statute, see, *United States v. Dial*, 757 F.2d 163, 168 (7th Cir1985) - includes **the deliberate concealment of material information** in a setting of fiduciary obligation. **A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him and if he deliberately conceals material information from them, he is guilty of fraud.**" *McNally v. United States*, 483 U.S. 350, 371-372 (1987) quoting, *United States v. Holzer*, 816 F.2d 304 (1987).

"It is the duty of the court to declare the meaning of what is written, and not what was intended to be written. *Berg v. Hudesman*, 115 Wash.2d 657, 669, 801 P.2d 222, 229-230 (1990), quoting *J.W. Seavey Hop Corp. v. Pollock*, 20 Wash.2d 337, 348-349, 147 P.2d 310, 316 (1944)." *Morton Internatl., Inc. v. Aetna Cas. & Sur. Co.*, 106 Ohio App.3d 653 (1995).

"In this extensive sense, not only each State singly, but even the United States may without impropriety be termed 'corporations.'" *Chisholm v. Georgia*, 2 U.S. (Dall.) 419, 447 (1973).

"A State; useful and valuable as the contrivance is, is the inferior contrivance of man; and from his native dignity derives all its acquired importance. * * * By a State I mean, a complete body of free persons united together for their common benefit, to enjoy peaceably what is their own, and to do justice to others. **It is an artificial person.**" *Chisholm v. Georgia*, 2 U.S. (Dallas) 419, 455 (1793).

"A State is a complete body of free persons united together for their common benefit, to enjoy peaceably what is their own, and to do justice to others. **It is an artificial person.**" *State of Georgia v. Stanton*, 73 U.S. 50, 65 (1867).

"* * * **the United States**, in its corporate capacity **as an artificial person, * * *.**" *Helvering v. Stockholms Enskilda Bank*, 293 U.S. 84, 92 (1934).

"* * * **a corporation - 'an artificial being**, invisible, intangible, and existing only in contemplation of law' - cannot claim the immunity given by the 4th Amendment; for it is not a part of the 'people,' within the meaning of that Amendment. Nor is it embraced by the word 'persons' in the Amendment." *Hale v. Henkel*, 201 U.S. 43, 78 (1906)

"Every State Constitution is a compact made by and between the citizens of a State to govern themselves in a certain manner; and the Constitution of the United States is likewise a compact made by the people of the United States to govern themselves as to general objects, in a certain

---

grounds noted in *United States v. Boylan* (CA1 Mass.) 898 F.2d 230, 29 Fed.Rules.Evid.Serv 1223).
[5] *Chicago ex rel. Cohen v. Keane*, 64 Ill.2d 559, 2 Ill.Dec. 285, 357 N.E.2d 452, later proceeding (1st Dist.) 105 Ill.App.3d 298, 61 Ill.Dec. 172, 434 N.E.2d 325.
[6] *Indiana State Ethics Comm'n v. Nelson* (Ind.App.) 656 N.E.2d 1172, reh. gr. (Ind.App.) 659 N.E.2d 260, reh. Den. (Jan 24, 1996) and transfer den. (May 28, 1996).

manner. * * * If then it be true, that the sovereignty of the nation is in the people of the nation, * * *. * * * at the Revolution, **the sovereignty devolved on the people; and they are truly the sovereigns of the country,** * * *." *Chisholm v. Georgia*, 2 U.S. (Dallas) 419, 471 (1793).

"Under our system **the people**, who are there [England] called subjects, **are the sovereign**." *United States v. Lee*, 106 U.S. 196, 208 (1882).

"**The sovereign is not liable to be sued in any judicial tribunal without its consent.** * * * and to violate the fundamental maxim, that the sovereign cannot be sued. That maxim is not limited to a monarchy, but is of equal force in a republic." *United States v. Lee*, 106 U.S. 196, 226 (1882).

"It is an established principle of jurisprudence, in all civilized nations, that **the sovereign cannot be sued in its own courts, or in any other, without its consent and permission**; but it may, if it thinks proper, waive this privilege, and permit itself to be made a defendant in a suit by individuals, or by another state. And as this permission is altogether voluntary on the part of the sovereignty, it follows that it may prescribe the terms and conditions on which it consents to be sued, and the manner in which the suit shall be conducted, and may withdraw its consent whenever it may suppose that justice to the public requires it." *United States v. Lee*, 106 U.S. 196, 227 (1882); see also, *Beers v. Arkansas*, 61 U.S. (20 How.) 527, 529 (1857).

"**The Constitution is a charter of negative liberties; it tells the state to let people alone**; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." *Bowers v. DeVito*, 686 F.2d 616, 618 (N.Y. 1982). See also, *Jackson v. City of Joliet*, 715 F.2d 1200 (Ill. 1983); *Beard v. O'Neal*, 728 F.2d 894 (Ill. 1984); *Jackson v. Byrne*, 738 F.2d 1443 (Ill. 1984); *Wittkowski v. State of New Mexico*, 103 N.M. 526; 710 P.2d 93 (N.M. 1985); *Schaffrath v. Village of Buffalo Grove*, 160 Ill.App.3d 999, 1003, 513 N.E.2d 1026, 1028 (1987); *Henderson v. Bradford*, 523 N.E.2d 64, 168 Ill.App.3d 777, 119 Ill.Dec. 596 (Ill 1988); *Archie v. City of Racine*, 847 F.2d 1211, 1220-1223 (Wis. 1988); *Minor Child A. Doe v City of Chattanooga*, No. 876 (Tenn. 1989); *Jenicke v. City Forest Hill*, 873 S.W.2d 776 (Tex. 1994); *Jones v. Dane County*, 537 N.W.2d 74, 195 Wis.2d 892 (Wis. 1995); *Moore v. Ganim*, 660 A.2d 742, 233 Conn. 557 (Conn. 1995); *Lewis E. v. Spagnolo*, 186 Ill.2d 198, 710 N.E.2d 798, 238 Ill.Dec. 1 (Ill. 1999); *Allen v. Illinois Community College Board*, No. 5-99-0012 (Ill. 2000); *Workman v. Franklin County*, No. 00AP-1449 (Ohio 2001); *Severson v. Board of Trustees of Purdue University*, 777 N.E.2d 1181 (Ind. 2002); *Gormley v. Latanya Wood-El*, 422 N.J.Super. 426, 29 A.3d 336 (N.J. 2011); and many others too long to list.

"The Constitution is a written instrument. As such its meaning does not alter. That which it meant when adopted, it means now." *State of South Carolina v. United States*, 199 U.S. 437, 448 (1905).

"One other fact must be borne in mind, and that is that in interpreting the Constitution we must have recourse to the common law." *State of South Carolina v. United States*, 199 U.S. 437, 449 (1905).

"The interpretation of the Constitution of the United States in necessarily influenced by the fact that its provisions are framed in the language of the English common law, and are to be read in

the light of its history." *Smith v. Alabama*, 124 U.S. 465, 478 (1888); see also, *State of South Carolina v. United States*, 199 U.S. 437, 450 (1905).

"In this, as in other respects, it [the Constitution] must be interpreted in the light of the common law, the principles and history of which were familiarly known to the framers of the Constitution. *Minor v. Happersett*, 21 Wall. 162, 22 L. ed. 627; *Ex parte Wilson*, 114 U.S. 417, 422, 29 S. L. ed. 89, 91, 5 Sup. Ct. Rep. 935; *Boyd v. United States*, 116 U.S. 616, 624, 625 S., 29 L. ed. 746, 748, 749, 6 Sup. Ct. Rep. 524; *Smith v. Alabama*, 124 U.S. 465, 31 L. ed. 508, 1 Inters. Com. Rep. 804, 8 Sup. Ct. Rep. 564. The language of the Constitution, as has been well said, could not be understood without reference to the common law. 1 Kent, Com. 336; Bradley, J., in *Moore v. United States*, 91 U.S. 270, 274, 23 S. L. ed. 346, 347." *United States v. Wong Kim Ark*, 169 U.S. 649, 654, 42 S. L. ed. 890, 893, 18 Sup. Ct. Rep. 456, 459 (1898); see also, *State of South Carolina v. United States*, 199 U.S. 437, 450 (1905), *Kansas v. Colorado*, 206 U.S. 46, 95 (1907).

"**The creature cannot rule the creator.**" *Kansas v. Colorado*, 206 U.S. 46, 83 (1907).

"An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is, in legal contemplation, as inoperative as though it had never been passed." *Norton v. Shelby County*, 118 U.S. 425, 442 (1886)

"The foregoing considerations would lead, in case of doubt, to a construction of **any statute as intended to be confined in its operation and effect to the territorial limits** over which the lawmaker has general and legitimate power." *American Banana Co. v. United Fruit Co.*, 213 U.S. 347, 357 (1909).

"* * *, it manifestly disregards the fact that by the previous ruling it was settled that the provisions of the 16th Amendment conferred no new power of taxation, * * *." *Stanton v. Baltic Mining Co.*, 240 U.S. 103, 112 (1916).

"**The fifth amendment's protection against self-incrimination applies in any type of proceeding whether civil, criminal, administrative, investigatory, or adjudicatory.** *Maness [v. Meyers]*, 419 U.S. [449] at 464. And it applies not only to evidence which may directly support a criminal conviction, but to "information which would furnish a link in the chain of evidence that could lead to prosecution, as well as evidence which an individual reasonably believes could be used against him in a criminal prosecution." Id. at 461 (citing *Hoffman v. United States*, 341 U.S. 479, 486, 95 L. Ed. 1118, 71 S. Ct. 814 (1951)).

Accordingly, it may apply in the context of an IRS investigation into civil tax liability, given the recognized potential that such investigations have for leading to criminal prosecutions. *Mathis v. United States*, 391 U.S. 1, 20 L. Ed. 2d 381, 88 S. Ct. 1503 (1968); *United States v. Edgerton*, 734 F.2d 913 (2d Cir. 1984); *Shaffer v. United States*, 528 F.2d 920 (4th Cir. 1975); *United States v. Cates*, 686 F. Supp. 1185 (D. Md. 1988)." *United States v. Sharp*, 920 F.2d 1167 (4th Cir. 1990).

"The information revealed in the preparation and filing of an income tax return is, for purposes of Fifth Amendment analysis, the testimony of a "witness," as that term is used herein." *Garner v. United States*, 424 U.S. 648, 656 (1976).

"Keeping in mind the well-settled rule, that **the citizen is exempt from taxation** unless the same is imposed by clear and unequivocal language, and that where the construction of a tax is doubtful, the doubt is to be resolved in favor of those upon whom the tax is sought to be laid, * * *." *Spreckels Sugar Refining Co. vs. McLain*, 192 U.S. 397, 416 (1904).

"Courts which originate in the common law possess a jurisdiction which must be regulated by their common law, until some statute shall change their established principles; but courts which are created by written law, and whose jurisdiction is defined by written law, cannot transcend that jurisdiction." *Ex parte Bollman*, 8 U.S. (4 Cranch) 75, 93 (1807).

"So, we conclude, as we did in the prior case, that although these suits may sometimes so present questions arising under the Constitution or laws of the United States that the Federal courts will have jurisdiction, yet the mere fact that a suit is an adverse suit authorized by the statutes of Congress is not in and of itself sufficient to vest jurisdiction in the Federal courts." *Shoshone Mining Co. v. Rutter*, 177 U.S. 505, 513 (1900).

"In the cases just cited, as also in others, it is recognized that the courts of the District of Columbia are not created under the judiciary article of the Constitution but are **legislative courts, * * *.**" *Federal Radio Commission v. General Electric Co.*, 281 US 464, 468 (1930).

"By the Constitution (clause 17, section 8, article 1) Congress is given power 'to exercise exclusive legislation in all cases whatsoever, over' the District of Columbia. This means that as to the District Congress possesses, not only the power which belongs to it in respect of territory within a state, but the power of the state as well. In other words, it possesses a dual authority over the District, and may clothe the courts of the District, not only with the jurisdiction and powers of federal courts in the several states, but with such authority as a state may confer on her courts. *Kendall v. United States*, 12 Pet. 524, 619." *Keller v. Potomac Electric Power Co.*, 261 U.S. 428, 442-443 (1923).

"In 1807 Chief Justice Marshall wrote for the Court that "courts which are created by written law, and whose jurisdiction is defined by written law, cannot transcend that jurisdiction. It is unnecessary to state the reasoning on which this opinion is founded, because it has been repeatedly given by this court; and with the decisions heretofore rendered on this point, no member of the bench has, even for an instant, been dissatisfied." *Ex parte Bollman*, 4 Cranch 75, 93 (1807). It remains rudimentary law that "[a]s **regards all courts of the United States inferior to this tribunal *[United States Supreme Court]*, two things are necessary to create jurisdiction, whether original or appellate. The Constitution must have given to the court the capacity to take it, and an act of Congress must have supplied it.** . . . To the extent that such action is not taken, the power lies dormant." The *Mayor v. Cooper*, 6 Wall. 247, 252 (1868); accord, *Christianson v. Colt Industries Operating Co.*, 486 U.S. 800, 818 (1988); *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 379-380 (1981); *Kline v. Burke Construction Co.*, 260 U.S. 226, 233-234 (1922); *Case of the Sewing Machine Companies*, 18 Wall. 553, 577-578, 586-587 (1874); *Sheldon v. Sill*, 8 How. 441, 449 (1850); *Cary v. Curtis*, 3 How. 236, 245 (1845); *McIntire v. Wood*, 7 Cranch 504, 506 (1813)." *Finley v. United States*, 490 U.S. 545, 547-548 (1989).

## MAXIMS OF LAW

"It is the duty of a good judge to remove causes of litigation." 2 *Inst.* 306

"It is the duty of justices to administer justice to every one pleading before them." 2 *Inst.* 451

"It is the duty of a judge to decide according to the facts alleged and proved." *Dyer*, 12; *Halk. Max* 73

"Realities must dominate the judgment by a court." *Appalachian Coals v. United States*, 288 U.S. 344, 360

"He who determines any matter without hearing both sides, though he may have decided right, has not done justice." 6 *Coke*, 52a;4 *Bl. Comm.* 283

"It is improper to give judgment or pass sentence without looking at the whole case." *Dig.* 1, 3, 24; *Hob.* 171a

"The condition of the defendant must be favored, rather than that of the plaintiff." *Dig.* 50, 17, 125; Broom, *Max.* 715

"Constitutions and laws precede the judiciary." *Luther v. Borden*, 7 How. (48 U.S.) 1, 52

"A judicial act by a judge without jurisdiction is void; but a ministerial act, from whomsoever proceeding, may be ratified." *Lofft.* 458

"Justice knows not father nor mother; justice looks at truth alone." 1 *Bulst.* 199

"Out of fraud no action arises; a right of action cannot arise out of fraud." *Phelps v. Decker*, 10 Mass. 276; Broom, *Max.* 349

"Deceit and fraud shall not defend, excuse or benefit any man." *Best, Evid.* P 469, s. 428; 1 *Story, Eq. Jur.* s. 395; 3 *Coke*, 78; *Fleta*, lib. 1, c. 13, s. 15

"All political power is inherent in the people by decree of God, thus none can exist except it be derived from them." *American Maxim*

"The main object of government is the protection and preservation of personal rights, private property, and public liberties, and upholding the law of God." *American Maxim*

"There is nothing more sacred, more inviolate, than the house of every citizen." C.L.M.

"Every man's house is his castle; and even though the winds of heaven may blow through it, government officials cannot enter it." C.L.M.; 5 *Coke*, 91, 92

"A citizen cannot be taken by force from his house to be conducted before a judge or to prison." Dig. 50, 17, 103

"Ignorance of law excuses no one (for all are bound to know the law)." 4 *Bouv. Inst.* no. 3828; 1 Story, *Eq. Jur. s.* 111; 2 *Coke*, 36; *Rankin v. Mortimere*, 7 Watts (Penn.) 374; 2 Kent, *Comm.* 491

"The burden of proof rests on the plaintiff, (or on the party who advances a proposition affirmatively)." *Hob.* 103; *Inst.* 2, 20, 4

"When the plaintiff does not prove his case the defendant is acquitted." *Hob.* 103

## ANSWER

This Court is not a court of the Republic. It is a court of the UNITED STATES OF AMERICA, INC., which has no jurisdiction over me. The UNITED STATES OF AMERICA has yet to prove **on the record** that it has jurisdiction over me. We both know it cannot prove jurisdiction as I am a Natural man and it is an artificial/fictional entity. See the sections above titled "Judicial Notice: Notice to the Administrative Court", "Administrative Notice", "Maxims of Law", and my previous documents submitted to this Court, "Notice of My Challenge to the Political Jurisdiction of United States of America Over Me and Demand that This Complaint Against Me be Dismissed as United States of America Cannot Properly Establish That It Has Political or Civil Contractual Jurisdiction Over Me", "Challenge to Presumed Political Jurisdiction Over This Natural Man by the U.S. Government and its IRS", "Memorandum of Law" all dated 29 March 2016; "Statement in Opposition to Stipulation Between the United States and Park County, Colorado" dated 18 May 2016; and "Opposition to Scheduling Order" dated 27 May 2016, which all have been received by this Court. In addition, in trying to prove it does have jurisdiction, we both know it will expose the **fraud** of the entire governmental system, which People are learning about every day. Should I ever have to appear in a non-Republic court, **I will be bringing in the Land with me as I do with all my documents.** This Court is **required** to abide by the Constitution. Is it standard operating procedure to ignore this mandate?

Federal Rules of Civil Procedure (FRCP) Rule 41(b) has no effect on me as this Court does not

have jurisdiction over me, the Natural man; therefore, the only action this Court can render is to dismiss this case in its entirety.

FRCP Rule 41(b) does not have what was started as a rule, starting with "A judicial officer may issue * * *". I am not going to look for where it is actual stated. As this Court does not have jurisdiction over me, the Natural man, this FRCP Rule, wherever it is, has no effect on me; therefore, the only action this Court can render is to dismiss this case in its entirety.

FRCP Rule 37(b)(2)(A)(ii)-(vii) also has no effect on me as this Court does not have jurisdiction over me, the Natural man; therefore, the only action this Court can render is to dismiss this case in its entirety.

Since this Court lacks jurisdiction over me, the Natural man, FRCP Rule 16(f)(2) also does not apply to me; therefore, sanctions to pay reasonable expenses **cannot** be ordered against me and the only action this Court can render is to dismiss this case in its entirety.

It was stated in the "Courtroom Minutes / Minute Order" that "Defendant Celauro has not filed an Answer or otherwise responded appropriately". My four documents, "Notice of My Challenge to the Political Jurisdiction of United States of America Over Me and Demand that This Complaint Against Me be Dismissed as United States of America Cannot Properly Establish That It Has Political or Civil Contractual Jurisdiction Over Me", "Challenge to Presumed Political Jurisdiction Over This Natural Man by the U.S. Government and its IRS", "Memorandum of Law", and **"Affidavit in Opposition to United States' Complaint"**, were received by this Court on 28 March 2016 as per my Certified Mail number 7015 3010 0000 7223 4234. Is it standard operating procedure to falsify the record? Isn't it a crime pursuant to U.S.C. Title 18, Part I, Chapter 47, §1001(a)(2) to falsify the record?

Nowhere in any State or the Federal Constitutions does it state that those in the government have the authority to tell the People how to live their lives.

## CONCLUSION

Based upon the forgoing,

WHEREAS, until the UNITED STATES OF AMERICA and/or the INTERNAL REVENUE SERVICE, which is not an agency of the government, can prove **on the record** that it has jurisdiction over me, the Natural man, there is no need for me, sal-junior: Celauro, the Natural man, to "appear in person";

WHEREAS, this document and all the documents I have submitted have proven this Court does not have jurisdiction over me, the Natural man;

WHEREAS, I would never "show cause why this case should **not** (emphasis added) be dismissed pursuant to Fed. R. Civ. P. 16(f) and/or 41(b)", as was stated in the last paragraph of the Order to Show Cause, which I have proven it **should** be dismissed;

WHEREAS, this case is frivolous and meritless that I will not pay for any attorney fees and cost as I did not bring on this frivolous and meritless case, and no order of contempt is valid as this Court does not have jurisdiction over me, the Natural man;

THEREFORE, this Order to Show Cause and the entire case must be dismissed.

Proceeding at all times under Threat, Duress and Coercion

Date: 6 June 2016

<u>sal-junior</u>
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    Michele Graziano
    PARK COUNTY, Colorado via Herbert C. Phillips