:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

MAGISTRATE JUDGE MICHAEL J. WATANABE
C/O U.S. DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH STREET, ROOM A105
DENVER, CO 80294-3589

CERTIFIED MAIL
7015 3010 0000 7223 3138






U.S. POSTAGE PAID
PINE, CO 80470
JUN 06 16
AMOUNT $3.98
R2304Y122682-07

80294
1000

80294382501 CO44