IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

## STIPULATION BETWEEN THE UNITED STATES AND MICHELE GRAZIANO

The United States, through undersigned counsel, and Michele Graziano hereby stipulate and agree as follows:

1.    This stipulation is made with respect to a parcel or real property located at 3282 North County Road 43, Bailey, Colorado 80421. The property is more particularly described as follows:

> Lot 6,
> DEER CREEK VALLEY RANCHOS – UNIT 4
>
> County of Park,
> State of Colorado

2.    The United States claims that federal tax liens, which are identified in the Complaint in the above-captioned matter, encumber the above-described real property. The first of the federal tax liens arose on February 27, 2006, and the United States

recorded a Notice of Federal Tax Liens for all tax periods at issue with the Park County Recorder's Office on March 12, 2013.

3. Michele Graziano claims that she has a judgment lien that encumbers the above-described real property. The lien is related to an unpaid support order and was recorded with the Park County Recorder's Office on July 20, 2015.

4. The United States and Ms. Graziano agree that, pursuant to 26 U.S.C. § 6323, the United States' federal tax liens, which were filed with the Park County Recorder before Ms. Graziano's lien, take priority over Ms. Graziano's recorded judgment lien.

5. In the event that the Court permits the sale of the real property described above, the real property will be sold free and clear of all liens of record. The proposed Order of Foreclosure and Judicial Sale submitted by the United States shall provide that the sale proceeds will be distributed first to the United States to the extent of its costs and expenses of the sale, second to Park County to satisfy any existing Park County secured real property tax liens, third to the United States in satisfaction of Defendant Celauro's unpaid federal tax liabilities, fourth to Michele Graziano in satisfaction of her judgment lien against Defendant Celauro, and then the balance of such sale proceeds to be distributed to any other defendants, who have not defaulted, in their relative priorities. If the affected parties cannot stipulate to the amounts of their liens, the parties shall file written briefs setting forth their positions and the Court shall determine the amounts of the liens.

6. The United States and Michele Graziano agree to bear their own respective costs related to this litigation, including any possible attorney's fees.

7. In the event Ms. Graziano initiates collection procedures to satisfy her recorded judgment lien, she shall notify undersigned counsel for the United States, in writing, prior to initiating such action.

8. Michele Graziano has been named as a defendant under 26 U.S.C. § 7403(b). The United States claims no monetary relief against Michele Graziano in this action. Unless otherwise ordered by the Court, Ms. Graziano is excused from further participation in this action. Ms. Graziano agrees to be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

WHEREFORE, the parties so agree and request an order confirming the foregoing.

Respectfully Submitted,

Dated: June 9, 2016

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Ryan.Watson@usdoj.gov
*Attorneys for the United States of America*

Dated: June 3, 2016

/s/ *Michele Graziano* (with permission)
MICHELE GRAZIANO
*Defendant Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2016, I served the foregoing as follows:

Via CM/ECF:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

Via U.S. Mail:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

Michele Graziano
1796 Willis Ave.
Merrick, NY 11566

                                 */s/ Ryan S. Watson*
                                 RYAN S. WATSON
                                 Trial Attorney, Tax Division
                                 U.S. Department of Justice