WHEREFORE, the parties so agree and request an order confirming the foregoing.

Dated: 6/9/2016

Respectfully Submitted,

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Ryan.Watson@usdoj.gov
*Attorneys for the United States of America*

Dated: 6/3/2016

MICHELE GRAZIANO
*Defendant Pro Se*

- 4 -