IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

**ORDER APPROVING STIPULATION BETWEEN
THE UNITED STATES AND MICHELE GRAZIANO**

This matter is before the Court on the Stipulation between the United States and Michele Graziano. (Doc. # 33.). The Court has considered the Stipulation and is otherwise fully informed. Pursuant to the Stipulation, IT IS HEREBY ORDERED:

1. The Stipulation between the United States and Michele Graziano is hereby approved;

2. If the United States obtains an Order of Foreclosure and Judicial Sale of the real property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of the Stipulation; and

3. The United States and Michele Graziano shall each bear their own costs.

DATED:                                         BY THE COURT:

 

                                               CHRISTINE M. ARGUELLO
                                               United States District Judge