IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 16-cv-00441-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVATORE CELAURO, JR.,
MICHELE GRAZIANO, and
PARK COUNTY, COLORADO

    Defendants.

---

ORDER APPROVING STIPULATION BETWEEN
THE UNITED STATES AND MICHELE GRAZIANO

---

This matter is before the Court on the Stipulation between the United States and Michele Graziano. (Doc. # 33.) The Court has considered the Stipulation and is otherwise fully informed. Pursuant to the Stipulation, it is HEREBY ORDERED:

1. The Stipulation between the United States and Michele Graziano is hereby approved;

2. If the United States obtains an Order of Foreclosure and Judicial Sale of the real property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of the Stipulation; and

3. The United States and Michele Graziano shall each bear their own costs.

DATED: June 9, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge