:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

U.S. District Court
Alfred A. Arraj Courthouse
901 19th St., Room A105
Denver, CO 80294-3589

7015 3430 0000 3019 5157

CERTIFIED MAIL

U.S. POSTAGE PAID
GREENWOOD VILLAGE, CO
80112
JUN 16 16
AMOUNT
$4.87
R2303S103771-06

CMA

Case No. 1:16-cv-00441-CMA-STV Document 35-1 filed 06/17/16 USDC Colorado pg 2 of 2