IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441 ~CmA~ MJW

UNITED STATES OF AMERICA,

Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];

Wrongly Accused
Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL – 5 2016**

**JEFFREY P. COLWELL**
CLERK

-----------------------------------------------------------------------------------------------

## DEMAND FOR DISMISSAL, WITH PREJUDICE, OF THIS ALLEGED CASE FOR LACK OF CONSTITUTIONAL AUTHORITY THAT GIVES THE COURT THE CAPACITY TO TAKE JURISDICTION AND ENTER JUDGMENTS, ORDERS, AND DECREES IN FAVOR OF THE UNITED STATES OF AMERICA ARISING FROM A CIVIL OR CRIMINAL PROCEEDING REGARDING A DEBT, IN PARK COUNTY, COLORADO

The UNITED STATES OF AMERICA, having been given reasonable opportunity to produce

the constitutional authority that gives this Court the capacity to take jurisdiction and enter

judgments, orders, and decrees in favor of the UNITED STATES OF AMERICA arising from a

civil or criminal proceeding regarding a debt, in Park County, Colorado, i.e., the geographic area in

which the alleged defendant, SALVATORE CELAURO, JR. (sal-junior), inhabits and the real

property that is the object of the instant alleged lawsuit is located, *which citation of authority would*

*have revealed the particular and heretofore unknown form of law under which the Court is seated,*

but having **failed** to produce such constitutional authority, **on the record**, it is reasonable to

conclude that **no such authority exists** and there is **no lawful basis for said lawsuit**; to wit:

"*De non apparentibus et non existntibus eadem est ratio.*  The law is the same respecting things which do not appear and things which do not exist."  John Bouvier, Bouvier's Law Dictionary, Third Revision (Being the Eighth Edition), revised by Francis Rawle (West Publishing Co., St. Paul, Minn., 1914), p. 2130.

"*Idem est non probari et non esse; non deficit jus sed probatio.*  What is not proved and what does not exist, are the same; it is not the defect of the law, but of proof."  Id. at 2136.

Pursuant to Federal Rules of Civil Procedure, Title III - Pleadings and Motions, Rule 12 - Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing, (b) How to Present Defenses. Every defense to a claim for relief in any pleading must be asserted in the responsive pleading if one is required. But a party may assert the following defenses by motion: (2) lack of personal jurisdiction; **this alleged lawsuit must be dismissed**.

"*Boni judicis est causas litium derimere.*  It is the duty of a good judge to remove causes of litigation."  2 *Inst.* 306; 4 *Coke,* 15b; 5 *Coke,* 31a.

"It is the duty of a judge to decide according to the facts alleged and proved."  *Halk. Max.* 73; *Dyer*, 12.

"Realities must dominate the judgment." *Appalachian Coals v. United States,* 288 U.S. 344, 360 (1933).

"The burden of proof rests on the plaintiff, (or on the party who advances a proposition affirmatively)." *Hob.* 103; *Inst.* 2, 20, 4

"When the plaintiff does not prove his case the defendant is acquitted." *Hob.* 103.

"The main object of government is the protection and preservation of personal rights, private property, and public liberties, and upholding the law of God." *American Maxim*

## DEMAND FOR RELIEF

WHEREFORE, sal-junior hereby Demands the Court:

1.  That the Court immediately **dismiss with prejudice** the instant alleged lawsuit as unlawful for the Court's lack of constitutional authority to take jurisdiction and enter judgments, orders, and decrees in favor of the UNITED STATES OF AMERICA arising from a civil or criminal proceeding regarding a debt, in Park County, Colorado;

2.  That the Court award sal-junior reasonable costs of $6,285 for defending this unlawful lawsuit over the last 4 months;

3.  That the Court award sal-junior exemplary damages of $6,285 for conducting and refusing to dismiss the instant unlawful, unconstitutional proceeding against sal-junior for the last 4 months despite multiple valid and conclusive motions to dismiss for lack of jurisdiction filed by sal-junior and **NO** evidence of jurisdiction **on the record** of said proceeding;

4.  For such other and further relief that the Court may deem just and fair.

Date: 1 July 2016

Proceeding at all times under Threat, Duress and Coercion

*sal-junior: Celauro*

sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    MICHELE GRAZIANO
    PARK COUNTY, Colorado via Herbert C. Phillips



U.S. POSTAGE
PAID
PINE, CO
80470
JUL 01, 16
AMOUNT
$3.77
R2304Y122682-07

80294

1000

**CERTIFIED MAIL®**

7015 3430 0000 3019 5232

:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

US DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST, ROOM A105
DENVER, CO 80294-3589

80294:3:2501 C044

