IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

                                    Plaintiff

                - against -

SALVATORE CELAURO, JR. [sic];

                                    Wrongly Accused
                                    Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                                    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 11 2016**

**JEFFREY P. COLWELL**
                    CLERK

---

### ANSWER
IN OPPOSITION TO
MOTION FOR ENTRY OF DEFAULT
AGAINST SALVATORE CELAURO, JR.

I, sal-junior:Celauro, incorporate from my document titled "Answer in Opposition to Order to Show Cause" sections "Preliminary Statement", "Judicial Notice: Notice to the Administrative Court", "Administrative Notice", and "Maxims of Law" from page 1 to the top of page 7 by reference, as if fully set forth herein, to save paper.

1.    The UNITED STATES OF AMERICA initiated this **fraudulent** civil action by filing a Complaint in this Court **without** any proof it has jurisdiction over this man.

2.    I agree I was personally served with a copy of the Summons and Complaint on 8 March 2016.

3.    I did not appear as I have sent my "Notice and Demand" for the UNITED STATES OF AMERICA to **PROVE**, **on the record**, where it had acquired jurisdiction over this man. The UNITED STATES OF AMERICA has **FAILED** to **PROVE**, **on the record**, as nothing was ever

submitted to this Court nor received by me. I also submitted my "Opposition to Scheduling Order" dated 27 May 2016 requesting proof of jurisdiction. It is stated in paragraph 3 of the "Motion for Entry of Default Against Salvatore Celauro, Jr." that "the Court issued a Minute Order in which the Court held that "Defendant Celauro has not filed an Answer or otherwise responded appropriately"". As I stated in my "Answer in Opposition to Order to Show Cause" dated 6 June 2016, **this Court** received my four documents in answer to the Complaint, titled, "Notice of My Challenge to the Political Jurisdiction of United States of America Over Me and Demand that This Complaint Against Me be Dismissed as United States of America Cannot Properly Establish That It Has Political or Civil Contractual Jurisdiction Over Me", "Challenge to Presumed Political Jurisdiction Over This Natural Man by the U.S. Government and its IRS", "Memorandum of Law", and "Affidavit in Opposition to United States' Complaint", on 28 March 2016 at 10:36 AM as per my Certified Mail number 7015 3010 0000 7223 4234 (see Exhibit A). Therefore, my "Answer" has been filed. Is it standard operating procedure to falsify the record? Isn't it a crime pursuant to U.S.C. Title 18, Part I, Chapter 47, §1001(a)(2) to falsify the record? What is meant by "responded appropriately"? Is it "appropriate" to demand the Petitioner prove jurisdiction over me, the Natural man? Is it that the word "Answer" was not in the title of any of my documents?

4.  See paragraph 3 above.

5.  I will confirm that I have never been a member in any armed forces.

6.  The rest of the statement is paragraph 3 states, "* * *, therefore, **it is ORDERED**: Plaintiff shall file its Motion for Entry of Clerk's Default **on or before JUNE 02, 2016**." Why is the document from the Plaintiff along with the envelope both dated 1 June 2016 yet I just received them on 6 July 2016? Did the Plaintiff purposely delay the sending of this document? It only takes 3 days for mail to go from the east coast to Colorado and vice versa. Is it that the Plaintiff cannot find the proof that it has jurisdiction over me, the Natural man? Is it that the Plaintiff cannot handle the

truth?

## CONCLUSION

Based upon the forgoing,

WHEREAS, until the UNITED STATES OF AMERICA and/or the INTERNAL REVENUE

SERVICE, which is not an agency of the government, has **FAILED** to **prove, on the record**, that it

has jurisdiction over me, the Natural man;

WHEREAS, this document and all the documents I have submitted have proven this Court does

not have jurisdiction over me, the Natural man;

WHEREAS, this case is frivolous and meritless as this Court does not have jurisdiction over

me, the Natural man;

THEREFORE, this "Motion for Entry of Default Against Salvatore Celauro, Jr." is without

merit and frivolous, and the entire case can only be and must be dismissed.

Proceeding at all times under Threat, Duress and Coercion

Date: 6 July 2016

_sal-junior_ : _____
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    Michele Graziano
    PARK COUNTY, Colorado via Herbert C. Phillips

EXHIBIT A

**≡USPS.COM®**

# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Sign up for My USPS.**

Tracking Number: 70153010000072234234

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
Certified Mail™

Up to $50 insurance included
Restrictions Apply

## Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 28, 2016 , 10:38 am | Delivered | DENVER, CO 80202 |

Your item was delivered at 10:38 am on March 28, 2016 in DENVER, CO 80202.

| | | |
|---|---|---|
| March 26, 2016 , 10:06 am | Out for Delivery | DENVER, CO 80294 |
| March 26, 2016 , 9:56 am | Sorting Complete | DENVER, CO 80294 |
| March 26, 2016 , 5:22 am | Arrived at Unit | DENVER, CO 80202 |
| March 26, 2016 , 4:53 am | Departed USPS Facility | DENVER, CO 80266 |
| March 25, 2016 , 11:41 pm | Arrived at USPS Facility | DENVER, CO 80266 |
| March 25, 2016 , 3:24 pm | Acceptance | ENGLEWOOD, CO 80112 |

## Track Another Package

Tracking (or receipt) number

[_____]    [ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



**Sign up for My USPS ›**

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Search or Enter a Tracking Number