IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

                  Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];
                  Wrongly Accused
                  Belligerent Litigant
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                  Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 11 2016**

JEFFREY P. COLWELL
            CLERK

---

## ANSWER
## TO
## DECLARATION OF
## RYAN S. WATSON

    I, sal-junior:Celauro, incorporate from my document titled "Answer in Opposition to Order to Show Cause" sections "Preliminary Statement", "Judicial Notice: Notice to the Administrative Court", "Administrative Notice", and "Maxims of Law" from page 1 to the top of page 7 by reference, as if fully set forth herein, to save paper.

    1. I have no knowledge about the "employment" of Mr. Watson.

    2. I will declare I am not an infant and a very competent man, not a person as defined in law dictionaries. I also know as of my last evaluation, I have an IQ of 133. In addition, I have studied your Code and court cases for over 20 years and know of the **fraud** in the system. I will also confirm that I have never been a member in any armed forces.

    3. If what Mr. Watson states is true about working for the Department of Justice (DOJ), why is it that the DOJ goes after People, like me, who have not committed a crime, have followed the

Law, yet they refuse to indict a criminal like Hilary Clinton? It is obvious to me and many, many People in this country that all of you are "in bed" together. She has violated sections in Title 18, like perjury, destroying government documents, and many others. If she is indicted, she has claimed that she will take the system down. Obviously, she knows of the **fraud** of the system and most of those in the system would not want that to happen.

Proceeding at all times under Threat, Duress and Coercion

Date: 6 July 2016

*sal-junior*
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    Michele Graziano
    PARK COUNTY, Colorado via Herbert C. Phillips