# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  16-cv-00441-CMA-MJW          FTR - Courtroom A-502

**Date:**  July 25, 2016                                                  Courtroom Deputy, Ellen E. Miller

    *Parties*                                                                                        *Counsel*

UNITED STATES OF AMERICA,                                    Ryan S. Watson  (by telephone)

    Plaintiff(s),

v.

SALVATORE CELAURO, JR.,                                        - - - no appearance - - -
MICHELE GRAZIANO,  and                                         - - - appearance waived - - -
PARK COUNTY, COLORADO,                                       - - -  appearance waived - - -

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**   SHOW CAUSE HEARING / RULE 16(b) SCHEDULING CONFERENCE
**Court in session:**    9:10 a.m.
Court calls case.  Appearance  of counsel for Plaintiff.

Pursuant to the Stipulation [Docket No. 18, filed May 17, 2016], the United States claims no monetary relief against PARK COUNTY  in this action and its appearance is waived.

Pursuant to the Stipulation [Docket No. 33, filed June 09, 2016], the United States claims no monetary relief against MICHELE GRAZIANO in this action and her appearance is waived.  In light of the Stipulation, no revised Scheduling Order was needed or submitted as had been directed in the Scheduling Conference held May 26, 2016 [Docket No. 24], therefore,

**It is ORDERED:**          The RULE 16(b) SCHEDULING CONFERENCE set today as to Michele Graziano is vacated.

The Court raises the Amended Order to Show Cause [Docket No. 28, filed May 31, 2016] for discussion.  It is noted Clerk's Entry of Default was entered June 01, 2016, as to defendant Salvatore Celauro, Jr.

**It is ORDERED:**          The ORDER TO SHOW CAUSE [Docket No. 28, filed May 31, 2016] is made absolute.

The Court will issue a written recommendation that Default Judgment be entered against defendant Salvatore Celauro, Jr.

Hearing concluded.

**Court in recess:**   9:12 a.m.
Total in-court time: 00:02

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8478