IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00441-CMA-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO,

Defendants.

## REPORT & RECOMMENDATION

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to United States Magistrate Judge issued by Judge Christine M. Arguello on April 28, 2016 (Docket No. 17).  Before that date, this case had been directly assigned to Magistrate Judge Watanabe pending the parties' consent or non-consent under 28 U.S.C. § 636(c). (Docket No. 2.)  On April 21, 2016, the undersigned set a Rule 16(b) Scheduling Conference for May 26, 2016 at 10:00 a.m.  (Docket No. 15.)

On May 26, 2016 at 10:00 a.m., neither Defendant Salvatore Celauro, Jr. nor Michele Graziano appeared at the Scheduling Conference as ordered; at no point before the hearing did the Court receive any phone calls or other communications requesting that the hearing be rescheduled, and at no point after the hearing did the Court receive any explanation for defendants' absences. (Docket Nos. 24, 25, & 28.) Defendant Graziano has since appeared and settled the claims against her. (Docket

2

Nos. 33 & 34.) Following Defendant Celauro's failure to appear, the Court issued an Amended Order to Show Cause setting forth authority under Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37(b)(2)(A)(vi), and ordering:

> that on **July 25, 2016, at 9:00 a.m.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held during which **Defendant Salvatore Celauro, Jr. SHALL APPEAR IN PERSON** and show cause why sanctions up to and including default judgment should not be entered against Defendant Salvatore Celauro, Jr. pursuant to Fed. R. Civ. P. 16(f). In addition to a recommendation that default judgment be entered, other sanctions that may very well be imposed are attorney fees and costs and a finding and order of contempt.

(Docket No. 28.) Defendant Celauro filed frivolous documents clearly establishing that he was on notice of the Show Cause Hearing. (Docket No. 32.) Nonetheless, he once again failed to appear. (Docket No. 39.)

Applying the factors enumerated in *Ehrenhaus v. Reynolds*, 965 F.2d 916, 921 (10th Cir. 1992), the Court finds that no lesser sanction than default judgment is appropriate. Accordingly, the Court **RECOMMENDS** that default judgment be entered against Defendant Celauro pursuant to Fed. R. Civ. P. 16(f), Fed. R. Civ. P. 37(b)(2)(A)(vi), and Fed. R. Civ. P. 55(b).

**NOTICE: Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections to the above recommendation with the District Judge assigned to the case. A party may respond to another party's objections within fourteen (14) days after being served with a copy. The District Judge need**

3

**not consider frivolous, conclusive, or general objections.  A party's failure to file and serve such written, specific objections waives de novo review of the recommendation by the District Judge,** *Thomas v. Arn***, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions,** *Makin v. Colo. Dep't of Corr.***, 183 F.3d 1205, 1210 (10th Cir. 1999);** *Talley v. Hesse***, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Dated:	July 26, 2016	s/ Michael J. Watanabe
	Denver, Colorado	Michael J. Watanabe
		United States Magistrate Judge