

:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

U.S. POSTAGE PAID
PINE, CO
80470
AUG 09, 16
AMOUNT
$5.71
R2304Y122682-07
UNITED STATES POSTAL SERVICE®
1000
80294

U.S. DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH STREET, ROOM A105
DENVER, CO 80294-3589



Case No. 1:16-cv-00441-CMA-STV   Document 43-1   filed 08/11/16   USDC Colorado   pg 2 of 2