IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00441-CMA0STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVATORE CELAURO, JR.,
MICHELE GRAZIANO, and
PARK COUNTY, COLORADO,

    Defendants.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order Denying Defendant's Motion to Dismiss and Entry of Default Judgment of Judge Christine M. Arguello entered on November 3, 2016, it is

ORDERED that Default Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Salvatore Celauro, Jr.

Dated at Denver, Colorado this 3rd day of November, 2016.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By: s/  V. Barnes
                              V. Barnes
                              Deputy Clerk