IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

                             Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];
                             Wrongly Accused
                             Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                             Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 17 2016
JEFFREY P. COLWELL
CLERK

---

## OPPOSITION
## TO
## DEFAULT JUDGMENT

A Default Judgment? How can any judgment be made when the Plaintiff has never proven jurisdiction over me! As for not appearing in court, this Court is not a court of the Republic. It is a court-martial/military tribunal, which does not apply to me. It has **not been proven on the record** that it is not. Since jurisdiction was **never proven on the record**, there was no need to "appear" in this fraudulent court. Obviously, this Court **does not abide** by the Constitution, the rules that created this governmental system. This Court has also **FAILED** to abide by court case decisions. Obviously, this Court just steals from the People to enrich its own self. How much does this Court get paid by stealing property from the People?

A review of the documents that were submitted:

On 8 March 2016 service was made on me with the "United States' Complaint". Four documents were submitted in response:

1. "Notice of My Challenge to the Political Jurisdiction of United States of America Over Me and Demand That This Complaint Against Me be Dismissed as United States of America Cannot Properly Establish That It Has Political or Civil Contractual Jurisdiction Over Me". This document is a demand of the Plaintiff to prove jurisdiction over me. Also stated on page 5 paragraph 2 that I "will not present myself to this Honorable Court unless and until the Executive Branch of United States of America presents to me its proof that it has such dominion over me, which I am not able to refute."

2. "Challenge to Presumed Political Jurisdiction Over This Natural Man by the U.S. Government and its IRS". This document challenges the jurisdiction of governmental system in reference to the Thirteenth Amendment. It is supported by numerous court cases.

3. "Memorandum of Law". This document proves the IRS does not have jurisdiction over me, only over the District of Columbia and federal lands. It is supported by numerous court cases, dictionary definitions including law dictionaries, statutes, Maxims of Law, and IRS Code.

4. "Affidavit in Opposition to United States' Complaint". This document answers the complaint, paragraph by paragraph answering each and demanding proof of jurisdiction. It is supported by numerous court cases, U.S. Code, the Constitution, and notable quotes.

These documents were received by the Court on 28 March 2016 by Certified mail number 7015 3010 0000 7223 4234. These documents were received by the Plaintiff on 28 March 2016 by Certified mail number 7014 2120 0001 7300 3982. No answer from the Plaintiff was ever received.

"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." *United States v. Prudden*, 424

F.2d 1021 (5th Cir. 1970); *United States of America v. Tweel*, 550 F.2d 297 (5th Cir. 1997).

My guess is that the Plaintiff "cannot handle the truth".

On 25 April 2016 the document titled "United States' Motion to Continue Scheduling Conference and Appear at Conference by Telephone" was received. A letter was sent to Mr. Watson requesting what the scheduling conference was for and stating I will not "appear" until he can prove jurisdiction over me. The letter is supported by numerous Maxims of Law and numerous court cases. This was received by the Court on 29 April 2016 by Certified mail number 7015 3010 0000 7223 3008. This was received by the Plaintiff on 30 April 2016 by Certified mail number 7015 3010 0000 7223 2988. No answer from the Plaintiff was ever received.

On 17 May 2016, received via Federal Express, was a letter from the Plaintiff stating, "Enclosed is a copy of a draft scheduling order * * *" (there was no draft enclosed, all that was enclosed was a "Stipulation Between the United States and Park County"). The letter was responded to stating there was no "draft scheduling order" enclosed and demanding the proof of jurisdiction over me. This letter is supported by numerous court cases and numerous Maxims of Law. In addition, a brief titled "Statement in Opposition to Stipulation between the United States and Park County, Colorado" was sent with the letter. It stated that Park County has no claim of unpaid property taxes as the property was bought on 30 November 2012 and all property taxes have paid since then. The Court received this letter and brief on 24 May 2016 by Certified mail number 7015 3010 0000 7223 3053. The Plaintiff received this letter and brief on 24 May 2016 by Certified mail number 7015 3010 0000 7223 3046. No answer from the Plaintiff was ever received.

On 26 May 2016 the document titled "Scheduling Order" was received. Submitted was the document titled "Opposition to Scheduling Order", which answered all paragraphs and demanding to prove on the record where the Plaintiff has jurisdiction over me. This document was received by the Court on 31 May 2016 by Certified mail number 7015 3010 0000 7223 3091. This document

was received by the Plaintiff on 1 June 2016 by Certified mail number 7015 3010 0000 7223 3084. No answer from the Plaintiff was ever received.

On 1 June 2016 the document titled "Order to Show Cause", submitted by this Court, was received. Submitted was the document titled "Answer in Opposition to Order to Show Cause". The document shows why this Court has no jurisdiction over me. It is supported by my previous documents, numerous court cases, U.S. Code, the Constitution, and numerous Maxims of Law. This document was received by the Court on 8 June 2016 by Certified mail number 7015 3010 0000 7223 3138. This document was received by the Plaintiff on 14 June 2016 by Certified mail number 7015 3010 0000 7223 3121. No answer from the Plaintiff or this Court was ever received.

On 15 June 2016 the documents "Stipulation Between the United States and Michele Graziano" and "Order Approving Stipulation Between the United States and Michele Graziano" were received. Submitted was the document titled "Statement in Opposition to Stipulation Between the United States and Michele Graziano". The document proves Michele Graziano has no claim against me because the so-called magistrate has no Oath of Office, therefore, any order she issues is void *ab initio*. Again, another governmental Public Servant does not abide by the Constitutions. This is **FRAUD**. This document was received by the Court on 17 June 2016 by Certified mail number 7015 3430 0000 3019 5157. This document was received by the Plaintiff on 20 June 2016 by Certified mail number 7015 3430 0000 3019 5140. No answer from the Plaintiff was ever received.

On 1 July 2016, the document titled "Demand for Dismissal, with Prejudice, of this Alleged Case for Lack of Constitutional Authority that Give the Court the Capacity to Take Jurisdiction and Enter Judgments, Orders, and Decrees in Favor of the United States of America Arising from a Civil or Criminal Proceeding Regarding a Debt, in Park County, Colorado" was submitted. This document proves the Plaintiff has no jurisdiction over me, because the Plaintiff **never proved jurisdiction on the record**. This document is supported by all the previous submitted documents,

Maxims of Law, and Federal Rules of Civil Procedure 12(b)(2) lack of personal jurisdiction. This document was received by the Court on 5 July 2016 by Certified mail number 7015 3430 0000 3019 5232. This document was received by the Plaintiff on 7 July 2016 by Certified mail number 7015 3430 0000 3019 5249. No answer from the Plaintiff was ever received.

On 6 July 2016 the documents titled "Motion for Entry of Default Against Salvatore Celauro, Jr." and "Declaration of Ryan S. Watson" were received. Submitted was the document titled "Answer in Opposition to Motion for Entry of Default Against Salvatore Celauro, Jr." This document states the Plaintiff has **FAILED to prove jurisdiction on the record**. Previous submitted documents supported this controversy. This document was received by the Court on 11 July 2016 by Certified mail number 7015 3430 0000 3019 5287. This document was received by the Plaintiff on 12 July 2016 by Certified mail number 7015 3430 0000 3019 5270. No answer from the Plaintiff was ever received.

On 28 July 2016 the document titled "Report & Recommendation" was received, which stated that the documents submitted by Belligerent Litigant were "frivolous". Submitted were the documents titled "First Opposition to Report & Recommendation" (First Opposition) and "Second Opposition to Report & Recommendation" (Second Opposition). The First Opposition listed the definition of "frivolous" from numerous dictionaries. All documents submitted were supported by governmental documents. Are all these governmental documents frivolous? If so, so is all the Federal Rules of Civil Procedure (FRCP). This document is supported by numerous court cases, FRCPs, a statement from the ACLJ, and from Sheriff Nick Finch of Liberty County, Florida, who stated in court, **"At some point, the Constitution has to count for something."** The Second Opposition proves the Court is a court-martial/military tribunal. This document is supported by Army Regulation 840-10, and numerous court cases. These documents were received by the Court on 11 August 2016 by Certified mail number 7015 3430 0000 3019 5355. These documents were

received by the Plaintiff on 13 August 2016 by Certified mail number 7015 3430 0000 3019 5348. No answer from the Plaintiff was ever received.

The above **proves** this Court does not abide by the mandates of Constitution, violates court cases, Maxims of Law, and even the Federal Rules of Civil Procedure.  This is **FRAUD**.  The Default Judgment should be entered against the Plaintiff due to the fact it has **never proven, on the record**, it has jurisdiction over me, the Natural man.

I am extremely excited that Donald Trump won the Presidential election.  I look forward to him "draining the swamp" in Washington D.C.  From my understanding, federal judges will also be removed as they have violated the Constitution.  I look forward to seeing all of them in jail along with Hillary and Bill Clinton.  If the People have to obey the Laws, so do those who are the Public Servants.  The Department of [in]Justice will not prosecute the Clintons for all of the crimes they have committed, but will go after the People to steal their property when they have not committed any crimes and cannot prove they have jurisdiction over the People.  From my experience, all those in the higher levels of the governmental system have no morals and only look to enrich themselves by stealing from the People.

## CONCLUSION

Based upon the forgoing,

WHEREAS, the UNITED STATES OF AMERICA and/or the INTERNAL REVENUE SERVICE, which is not an agency of the government, has **FAILED** to **PROVE, on the record**, that it has jurisdiction over me, the Natural man;

WHEREAS, all the documents that have been submitted have proven this Court does not have jurisdiction over me, the Natural man, or this case;

WHEREAS, none of my documents are "frivolous" as they contain court cases, Maxims of Law, the Constitutions, evidence, the FRCP, and other public documents, which are used by the

Courts themselves;

WHEREAS, I have negated all the documents submitted by the Plaintiff with truth and facts that cannot be negated;

WHEREAS, the Plaintiff has failed to answer any of my submitted documents as they are all based in truth, facts, and documents used by the governmental system that the silence is equated to **fraud** as pursuit to *United States v. Prudden* and *United States of America v. Tweel*;

WHEREAS, it is known by me and many People in this country that those in the governmental system commit **fraud** and try to hide that fact;

WHEREAS, the Court cannot state as to why the Motion to Dismiss is denied, shows it "can't handle the truth" and is hiding behind the truth;

Whereas, this Court has committed fraud in issuing this Default Judgment when it has no jurisdiction over me, the Natural man;

WHEREAS, this case is **frivolous** and **meritless** as this Court does not have jurisdiction over me, the Natural man;

THEREFORE, this "Default Judgment" is without merit, frivolous, and this "Default Judgment" must be reversed and the case dismissed.

Proceeding at all times under Threat, Duress and Coercion,

Date: 14 November 2016

*sal-junior*
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    Michele Graziano
    PARK COUNTY, Colorado via Herbert C. Phillips