:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

7016 1370 0001 4781 6871

CERTIFIED MAIL

U.S. District Court
Alfred A. Arraj Courthouse
901 19th Street, Room A-105
Denver, CO 80294-3589

U.S. POSTAGE PAID
CONIFER, CO
80433
NOV 15 16
AMOUNT
$4.45
R2304M111988-02

