## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00441-CMA-STV

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SALVATORE CELAURO, JR.,
MICHELE GRAZIANO, and
PARK COUNTY, COLORADO,

      Defendants.

---

## ORDER SETTING TELEPHONIC STATUS CONFERENCE
---

Entered By Magistrate Judge Scott T. Varholak

      IT IS ORDERED that a Telephonic Status Conference is set for **February 10, 2017, at 10:00 a.m.** in Courtroom C-205, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties shall initiate a conference call amongst themselves before calling the court at 303.335.2365 at the scheduled time.

DATED: January 31, 2017                     BY THE COURT:

                                                    s/Scott T. Varholak_____
                                                    United States Magistrate Judge