IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -7 2017

JEFFREY P. COLWELL
CLERK

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

        Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];
        Wrongly Accused
        Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

        Defendants.

---

## OPPOSITION
## TO
## ORDER SETTING TELEPHONIC
## STATUS CONFERENCE

A Status Conference? The only status for this case should be it was dismissed. Jurisdiction has **never been proven on the record**. Since jurisdiction was **never proven on the record**, there is no need to have a conference call in this fraudulent Court. This Court is not a court of the Republic. It is a court-martial/military tribunal, which does not apply to me. Obviously, as I have stated before, this Court **does not abide** by the Constitution, the rules that created this governmental system. This Court has also **FAILED** to abide by court case decisions, Maxims of Law, and the FRCP. Obviously, this Court just steals from the People to enrich its own self. How much does this Court get paid by stealing property from the People?

Since this Court **does not have jurisdiction** over this Natural man, the so-called Order is **meritless and frivolous**; therefore, I will not participate in this conference call, as I will also not volunteer into your jurisdiction. When is this Court going to abide by the rules set up in the

Constitution? Where is it written that Public Servants have authority to tell the People how to live their lives?

I look forward to the day when President Trump fires all the federal judges, hopefully putting them all in jail for the crimes they have committed against the People, and replaces them with judges who will abide by the Constitution.

## CONCLUSION

Based upon all of my previous submitted documents, and the above,

WHEREAS, the UNITED STATES OF AMERICA and/or the INTERNAL REVENUE SERVICE, which is not an agency of the government, has **FAILED** to **PROVE, on the record,** that it has jurisdiction over me, the Natural man;

WHEREAS, the Plaintiff is a fictitious entity and cannot sue a Natural man;

WHEREAS, all the documents that have been submitted have proven this Court does not have jurisdiction over me, the Natural man, or this case;

WHEREAS, none of my documents are "frivolous" as they contain court cases, Maxims of Law, the Constitutions, evidence, the FRCP, and other public documents, which are used by the Courts themselves;

WHEREAS, I have negated all the documents submitted by the Plaintiff with truth and facts that cannot be negated;

WHEREAS, the Plaintiff "can't handle the truth";

WHEREAS, the Plaintiff has failed to answer any of my submitted documents as they are all based in truth, facts, and documents used by the governmental system that the silence is equated to **fraud** as pursuit to *United States v. Prudden* and *United States of America v. Tweel*;

WHEREAS, it is known by me and many People in this country that those in the governmental system commit **fraud** and try to hide that fact;

WHEREAS, this Court has committed **fraud** in issuing this Order when it has no jurisdiction over me, the Natural man;

WHEREAS, this case is **frivolous** and **meritless** as this Court does not have jurisdiction over me, the Natural man;

WHEREAS, the only ruling this Court has is to dismiss this case;

THEREFORE, this Order is meritless, frivolous, and this case must be dismissed.

Proceeding at all times under Threat, Duress and Coercion,

Date: 4 February 2017

*sal-junior:Celauro*
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
 Michele Graziano
 PARK COUNTY, Colorado via Herbert C. Phillips