IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

## UNITED STATES' MOTION FOR ORDER OF FORECLOSURE AND JUDICIAL SALE

The United States, through undersigned counsel, moves for the entry of an order of foreclosure and judicial sale pursuant to 26 U.S.C. § 7402 as follows:

1. The United States initiated this civil action by filing a Complaint in this Court on February 23, 2016. (Doc. 1, Complaint.)

2. The Complaint sought to reduce certain federal tax assessments against Defendant Salvatore Celauro, Jr. to judgment and to foreclose related federal tax liens on real property located at 3282 North County Road 43, Bailey, Colorado 80421 (the "Subject Property"). The Complaint also named Michele Graziano and Park County, Colorado as defendants in this action as parties with a potential claim or interest in the Subject Property pursuant to 26 U.S.C. § 7403(b).

3. On May 17, 2016, the United States and Park County, Colorado filed a Stipulation that, pursuant to 26 U.S.C. § 6323(b)(6), any Park County property tax liens upon the Subject Property that are entitled to priority over prior security interests under Colorado state law have priority over the federal tax liens the United States seeks to foreclose. (Doc. 18, Stipulation.) The Court issued an Order approving the Stipulation on May 18, 2016. (Doc. 19, Order.)

4. On June 9, 2016, the United States and Michele Graziano filed a Stipulation that, pursuant to 26 U.S.C. § 6323, the United States' federal tax liens have priority over Michele Graziano's judgment lien encumbering the Subject Property. (Doc. 33, Stipulation.) The Court issued an Order approving the Stipulation on June 9, 2016. (Doc. 34, Order.)

5. On November 3, 2016, the Court entered Default Judgment against Defendant Salvatore Celauro, Jr. (Doc. 46, Default Judgment.)

6. Accordingly, all claims to and liens upon the Subject Property have been adjudicated and determined pursuant to 26 U.S.C. § 7403(c), and the United States is entitled to an order of foreclosure and judicial sale of the Subject Property under 26 U.S.C. § 7403 and 28 U.S.C. 2001 §§ 2001 & 2002.

7. The United States has attached a proposed Order of Foreclosure and Judicial Sale to this Motion and requests that the Court enter the proposed order so that the sale of the Subject Property can be initiated.

8. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for the United States conferred via email with Michele Graziano and counsel for Park County,

Colorado via email. As of the time of this filing, neither party has objected. Defendant Salvatore Celauro, Jr. has been unresponsive to any attempts by undersigned counsel to contact him; however, it is assumed that Mr. Celauro does not consent to this Motion.

WHEREFORE, the United States respectfully requests that the Court enter the attached proposed Order of Foreclosure and Judicial Sale.

Respectfully Submitted,

Dated: February 9, 2017

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel: 202.514.5173
Ryan.Watson@usdoj.gov

ROBERT TROYER
Acting United States Attorney
District of Colorado

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2017, I served the foregoing as follows:

<u>Via CM/ECF</u>:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

<u>Via U.S. Mail</u>:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

Michele Graziano
1796 Willis Ave.
Merrick, NY 11566

*/s/ Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice