IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 16-cv-00441-CMA-STV | FTR - Reporter Deck - Courtroom C205 |
| Date: February 10, 2017 | Courtroom Deputy: Laura Galera |

*Parties:*

USA,

    Plaintif,

 v.

SALVATOR CELAURO, JR.,
MICHELE GRAZIANO and
PARK COUNTY, COLORADO,

    Defendants.

*Counsel:*

Ryan S. Watson (by phone)

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**
**Court in session:   10:04  a.m.**
Court calls case.  Appearances of counsel.

Pro Se Defendant Salvator Celauro, Jr. does not appear.

Given the stipulation with Defendants Michele Graziano and Park County, Colorado, those parties and their counsel do not appear.

The Court notes that an Order of Foreclosure and Judicial Sale has been entered [51].

Discussion regarding the current status of the case going forward.

**ORDERED:**   Status Report due **August 14, 2017.**

HEARING CONCLUDED.
**Court in recess**:    **10:10  a.m.**
Total time in court:   00:06

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at   (303)988-

8470.