```
                                                              FILED
                                                    UNITED STATES DISTRICT COURT
                                                         DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO              FEB 2 3 2017
```

CIVIL NO. 1:16-CV-00441 CMA- STV

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA,

                         Plaintiff

    - against -

SALVATORE CELAURO, JR. [sic];
                Wrongly Accused
                Belligerent Litigant
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                         Defendants.

---

## OPPOSITION
## TO
## UNITED STATES' MOTION
## FOR
## ORDER OF FORECLOSURE
## AND
## JUDICIAL SALE

    Of course I **OBJECT** to this Order of Foreclosure and Judicial Sale!!!

    1.   Since this Court **does not have jurisdiction** over this Natural man, the so-called Order is **meritless** and **frivolous**. The Plaintiff has **FAILED** to **PROVE JURISDICTION** after numerous requests to do so. When is this Court going to abide by the rules set up in the Constitution? Where is it written that Public Servants have authority to tell the People how to live their lives? Where is it written that those in the governmental system have authority to steal the property of the People who are outside of the Federal jurisdiction? Do the judges and tax attorneys all lack morals?

    2.   I have submitted numerous documents in response to the documents submitted by the Plaintiff, through the counsel for the Plaintiff, requesting to **PROVE JURISDICTION**, citing numerous Court cases, but counsel has **REFUSED TO PROVE** such **JURISDICTION**. This is

**FRAUD**.

3. Park County has no property tax liens as all "real estate taxes" have been paid since I bought the property.

4. Michele Graziano does not have a judgment lien on my property as the so-called magistrate **does not have an Oath of Office**. That makes all her orders null and void *ab initio*.

5. The Court cannot make a default judgment as it has **NO JURISDICTION** over this Natural man.

6. All so-called claims to and liens upon my property are null and void *ab initio* as the Plaintiff and the IRS **DO NOT HAVE JURISDICTION** over this Natural man and has been proven in my "Memorandum of Law" submitted on 29 March 2016, which **HAS NEVER BEEN NEGATED**.

7. The proposed Order of Foreclosure and Judicial Sale cannot be signed or enforced as it has **NEVER BEEN PROVEN** that the Plaintiff nor the IRS have **JURISDICTION** over this Natural man. Any signing of that Order **CONSTITUTES FRAUD** by the Court.

8. I have not been unresponsive to this case. I have submitted numerous documents proving the Plaintiff has **NO JURISDICTION** over this Natural man, yet they have not been responded to. This amounts to **FRAUD**.

## CONCLUSION

Based upon all of my previous submitted documents, and the above,

WHEREAS, the UNITED STATES OF AMERICA and/or the INTERNAL REVENUE SERVICE, which is not an agency of the government, has **FAILED** to **PROVE, on the record,** that it has **JURISDICTION** over me, the Natural man;

WHEREAS, the Plaintiff is a fictitious entity and cannot sue a Natural man;

WHEREAS, all the documents that have been submitted have proven this Court **DOES NOT**

**HAVE JURISDICTION** over me, the Natural man, or this case;

WHEREAS, I have negated all the documents submitted by the Plaintiff with truth and facts that cannot be negated;

WHEREAS, the Plaintiff and its counsel "can't handle the truth";

WHEREAS, the Plaintiff has failed to answer any of my submitted documents as they are all based in truth, facts, and documents used by the governmental system that the silence is equated to **FRAUD** as pursuit to *United States v. Prudden* and *United States of America v. Tweel*;

WHEREAS, it is known by me and many People in this country that those in the governmental system commit **FRAUD** and try to hide that fact;

WHEREAS, this Court will commit **FRAUD** in issuing this Order when it has **NO JURISDICTION** over me, the Natural man;

WHEREAS, this Court has **VIOLATED** the Constitution, has **ignored** court cases that **PROOF of JURISDICTION must be on the record**, and has ignored Maxims of Law;

WHEREAS, this case is **frivolous and meritless** as this Court **DOES NOT HAVE JURISDICTION** over me, the Natural man;

WHEREAS, the only ruling this Court has is **to DISMISS this case**;

THEREFORE, this Order is **MERITLESS, FRIVOLOUS**, and this case **must be dismissed**.

Proceeding at all times under Threat, Duress and Coercion,

Date: 20 February 2017

*sal-junior* (signed)
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    Michele Graziano
    PARK COUNTY, Colorado via Herbert C. Phillips