IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 3 2017

JEFFREY P. COLWELL
CLERK

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];

Wrongly Accused
Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

Defendants.

--------------------------------------------------------------------------------------------------------

## OPPOSITION
## TO
## ORDER OF FORECLOSURE
## AND
## JUDICIAL SALE

I **OBJECT** to this Order of Foreclosure and Judicial Sale!!!  The U.S.C. section stated does not

apply to me as **JURISDICTION HAS NEVER BEEN PROVEN**.  In fact most of the U.S.C. does

not apply to me.  Where is it written in the Constitution that the Codes created by Congress apply to

the People outside of the federal territories?

1.      Since this Court **does not have jurisdiction** over this Natural man, the so-called Order is

**meritless** and **frivolous**.  The Plaintiff has **FAILED** to **PROVE JURISDICTION** after numerous

requests to do so.  When is this Court going to abide by the rules set up in the Constitution?  Where

is it written that Public Servants have authority to tell the People how to live their lives?  Where is it

written that those in the governmental system have authority to steal the property of the People who

are outside of the federal jurisdiction?  **Do the judges and tax attorneys all lack morals**?

2.      **Without having PROVEN JURISDICTION** over this Natural man, the UNITED

STATES **cannot have "valid and subsisting tax liens"** on any of my property.  Any Notices of Federal Tax Liens are **null and void** *ab initio* since the UNITED STATES and the INTERNAL REVENUE SERVICE have **NEVER PROVEN** they have **JURISDICTION** over this Natural man, who is outside of any federal territory.  This action amounts to **FRAUD** by the governmental system.  **Is it standard operating procedure to steal the property of the People who live outside of a federal territory?  Is it standard operating procedure to ignore the Constitution, court cases, and the IRS Code?**

3.    The United States can only enforce its liens on People who live within a federal territory. Nowhere in the Constitution does it give those who work in the governmental system authority to steal the property of the People outside of a federal territory.    Again, **NO JURISDICTION EQUATES TO FRAUD.   Is this all about enriching yourselves from other Peoples hard earned funds?**

4.    Where does the Constitution give the UNITED STATES authority to steal the property of the People, especially those who have property outside of a federal territory?

5.    No man or woman will have "free access" to my property.  I do not allow such action.

6.    This entire "terms and conditions" are **null and void** as the UNITED STATES, through its attorney, has **FAILED TO PROVE JURISDICTION** over this Natural man.

7.    This Court **DOES NOT HAVE JURISDICTION** over me, the Natural man, and I will do as I please with my property as long as I don't interfere with the Life, Liberty, and Property of another.  This Court cannot instruct me as to what I can and cannot do with my property or the publishing of notices.  As this Court **DOES NOT HAVE JURISDICTION** over me, there cannot be any "contempt of court".

8.    I will not leave my property as it belongs to me as this Court **DOES NOT HAVE JURISDICTION** over me, the Natural man, or this proceeding.  How many times do I have to

repeat myself on this?  When will this Court abide by the Constitution, court cases, and Maxims of Law?  I have stated many of them in my submitted documents but this Court just ignores governmental documents and does as it pleases, even though it is in violation of this documents. This is **FRAUD**.

9.   I repeat my paragraph 8 above.

10.   I repeat my paragraph 8 above.

11.   The UNITED STATES and the IRS **DOES NOT HAVE JURISDICTION** over me; have **NEVER PROVEN** they have **JURISDICTION** over me; therefore, the entire paragraph 11 is null and void.  Therefore, there will be no sale of my property.

12.   Please show me the "Law" that requires any American National to have an obligation to file a 1040 form without first making an election.  I know there is no "Law" that exists as I have read the IRS Code.  I have also asked an IRS attorney to show me the Code that requires me to pay an "Income Tax".  Her response to me, twice, was "This is not the forum for this."  Being a critical-thinking man I can assume this equates to the fact that **no law exists**.  From my research the Federal Income Tax was only levied upon the National Government without apportionment.  Additionally, the National Government was "denied or deprived" by the U.S. Supreme Court in 1895 (*Pollock v. Farmers' Loan & Trust Co.*, 157 U.S. 429 and 158 U.S. 601) of any power to impose a Federal Income Tax directly upon American Nationals living and privately employed in the Constitutional Republic.

## CONCLUSION

Based upon all of my previous submitted documents, and the above,

WHEREAS, the UNITED STATES OF AMERICA and/or the INTERNAL REVENUE SERVICE, which is not an agency of the government, has **FAILED** to **PROVE**, **on the record**, that it has **JURISDICTION** over me, the Natural man;

WHEREAS, my property is in America, the Constitutional Republic, and **NOT** in a federal territory;

WHEREAS, the Plaintiff is a fictitious entity and cannot sue a Natural man;

WHEREAS, all the documents that I have submitted have proven this Court **DOES NOT HAVE JURISDICTION** over me, the Natural man, or this case;

WHEREAS, I have negated all the documents submitted by the Plaintiff with truth and facts that cannot be negated;

WHEREAS, the Plaintiff and its counsel "can't handle the truth";

WHEREAS, the Plaintiff has **FAILED TO ANSWER ANY OF MY SUBMITTED DOCUMENTS** as they are all based in truth, facts, and documents used by the governmental system that the silence is equated to **FRAUD** as pursuit to *United States v. Prudden* and *United States of America v. Tweel*;

WHEREAS, it is known by me and many People in this country that those in the governmental system commit **FRAUD** and try to hide that fact;

WHEREAS, this Court will commit **FRAUD** in issuing this Order when it has **NO JURISDICTION** over me, the Natural man;

WHEREAS, this Court has **VIOLATED** the Constitution, has **ignored** court cases that **PROOF of JURISDICTION must be on the record**, and has ignored Maxims of Law;

WHEREAS, there is no "Law" that requires any American National to have an obligation to file a 1040 form, thereby, there cannot be any liens on my property as it is not in a federal territory, it is in America, the Constitutional Republic;

WHEREAS, the National Government was "denied or deprived" by the U.S. Supreme Court in 1895 (*Pollock v. Farmers' Loan & Trust Co.*, 157 U.S. 429 and 158 U.S. 601) of any power to impose a Federal Income Tax directly upon American Nationals living and privately employed in

the Constitutional Republic;

WHEREAS, this case is **frivolous** and **meritless** as this Court **DOES NOT HAVE JURISDICTION** over me, the Natural man;

WHEREAS, the only ruling this Court has is **to DISMISS this case**;

THEREFORE, this Order is **MERITLESS**, **FRIVOLOUS**, and this case **MUST BE DISMISSED**.

Proceeding at all times under Threat, Duress and Coercion,

Date: 20 February 2017

Sal-junior

sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    Michele Graziano
    PARK COUNTY, Colorado via Herbert C. Phillips