U.S. POSTAGE PAID
CONIFER, CO
80433
FEB 21, 17
AMOUNT
$4.54
R2305K131216-04

CERTIFIED MAIL

7015 3430 0000 3019 1531

:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

U.S. District Court
Alfred A. Arras Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

