# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];

**Wrongly Accused**
**Belligerent Litigant**

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

Deceased.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 06 2017

JEFFREY P. COLWELL
CLERK

---

## DEMAND FOR DISMISSAL, WITH PREJUDICE,
## OF THIS ALLEGED CASE
## FOR LACK OF OATH OF OFFICE
## BY THE SO-CALLED JUDGE

---

sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]
27 February 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

                Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];
                Wrongly Accused
                Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 06 2017
JEFFREY P. COLWELL
CLERK

---

## DEMAND FOR DISMISSAL, WITH PREJUDICE,
## OF THIS ALLEGED CASE
## FOR LACK OF OATH OF OFFICE
## BY THE SO-CALLED JUDGE

Pursuant to the Constitution for the united States, Article VI, Clause 3, "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and **judicial** Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; * * *" (emphasis added).

Pursuant to 28 U.S.C. § 453 - Oaths of justices and judges, which states in part, "Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: * * *".

Pursuant to the Colorado Constitution, Article XII, Section 8; Oath of Civil Officers, "Every civil officer, except members of the general assembly and such inferior officers as may be by law exempted, shall, before he enters upon the duties of his office, take and subscribe an oath or affirmation to support the constitution of the United States and of the state of Colorado, and to

faithfully perform the duties of the office upon which he shall be about to enter."

Pursuant to the Colorado Constitution, Article XII, Section 9, Oaths - Where Filed, "Officers of the executive department and judges of the supreme and district courts, and district attorneys, shall file their oaths of office with the secretary of state; every other officer shall file his oath of office with the county clerk of the county wherein he shall have been elected.

Pursuant to C.R.S. 30-10-110 Bonds or insurance of officers - oaths, which states in part, "When office becomes vacant (1) Every county office shall become vacant, on the happening of any one of the following events, before the expiration of the term of office: * * * (e) The incumbent's refusal or neglect to take his oath of office, to give or renew his official bond, or to deposit such oath and bond within the time prescribed by law; * * *."

Annotation to the above section:

> "Vacancy applies not to the incumbent, but to the term, or to the office, or both, depending generally upon the context." *People ex rel. Bentley v. Le Fevre*, 21 Colo. 218, 40 P. 882 (1895).

> "The court said that the word "vacancy" as used in modern times relates not only to the office which is to be filled, but to the term for which the appointment is to be made." *Monash v. Rhoades*, 11 Colo. App. 404, 53 P. 236 (1898), aff'd, 27 Colo. 235, 60 P. 569 (1900); *People ex rel. Calloway v. De Guelle*, 47 Colo. 13, 105 P. 1110 (1909).

> "No interpretation of vacancy needed. So simple, direct, and integrated is the language of this section that there is no room for interpretation as to when a vacancy occurs." *People v. Enlow*, 135 Colo. 249, 310 P.2d 539 (1957).

Other court cases:

> **"If a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void**; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers." *Elliot v Piersol*, 1 Pet. [26 U.S.] 328, 340 (1828) (emphasis added).

> "If a magistrate has not such jurisdiction, then he, and those who advise and act with him, or execute his process, are trespassers." *Von Kettler et al. v. Johnson*, 57 Ill. 109 (1870).

> "C.R.S. '53, 35-1-5, ordains that in any of seven situations a county office becomes vacant. * * * (6) **His refusal or neglect to take his oath of office**, or to give or renew his official

bond, or to deposit such oath and bond within the time prescribed by law. * * *'." *People of the State of Colorado v. Enlow and Wermuth*, 135 Colo. 249, 310 P.2d 539 (1957) (emphasis added).

"The obligation imposed by the Public Officers Law statute is personal to plaintiff, **it is an act he is required to do and the office became vacant by the mere failure to file the oath**, whether or not the defendants knew or were chargeable with notice that plaintiff had failed to file his oath, and they are not required to make any declaration or give any notice. On his default in filing his official oath "the appointment was vitiated and the office * * * became vacant." (Ginsberg v City of Long Beach, 286 NY 400, 403; see, also, People ex rel. Walton v Hicks, 173 App Div 338, affd 221 NY 503.)" *Boisvert v. County Ontario et al.*, 391 N.Y.S.2d 49; 89 Misc. 2d 183 (1977) (emphasis added).

"The dissent would hold that since Judge Hargrave was a de facto judge he had every right to act as such. We are not here dealing with the rights of a de facto judge but, rather, his right to act in that capacity as a judge, which **right depends upon the taking of the oath of office prescribed by the Constitution**, constituting a condition precedent to his right to act in that capacity. *Brown v. State*, 156 Tex. Crim. 32, 238 S.W.2d 787 (1950) (emphasis added).

"We hold that **without the taking of the oath** prescribed by the Constitution of this State, **one cannot become either a de jure or de facto judge, and his acts as such are void.**" *French v. State Texas*, 572 S.W.2d 934 (1977) (emphasis added).

"**Failure to file an oath of office** within the time prescribed by section 30 of the Public Officers Law vitiates the appointment and **the office becomes vacant** (*Ginsberg v. City of Long Beach*, 286 NY 400, 403). * * * When a person appointed to office fails to timely file his oath of office, neither notice nor judicial procedure is necessary, **the office is automatically vacant** and may be filled by the proper appointive power (*People ex rel. Walton v. Hicks*, 173 App Div 338, affd 221 NY 503). Consequently, if petitioner did in fact fail to timely file his oath of office, no hearing on charges was required in order to dismiss him from office." *Matter Francis M. Comins v. County Delaware*, 412 N.Y.S.2d 428; 66 A.D.2d 966 (1978) (emphasis added).

"However, when by one's own actions it is clear that a person knows of his appointment, **he should not be allowed to wait indefinitely before filing an oath of office**. This interpretation is mandated by the necessity to file an oath of office, which is intended to be part of the requirements making an officer fully qualified to carry out the duties of his office (see Public Officers Law, § 10)." *McDonough et al. v. Murphy*, 461 N.Y.S.2d 439; 92 A.D.2d 1022 (1983) (emphasis added).

"**A judgment or order is void where it is entered by a court which lacks jurisdiction** over the parties or the subject matter, or lacks inherent power to enter the particular order or judgment (*Potenz Corp. v. Petrozzini* (1988), 170 Ill. App. 3d 617, 618), or where the order is procured by fraud (*Vulcan Materials Co. v. Bee Construction Co.* (1981), 101 Ill. App. 3d 30, 40)." *Evans v. Corporate Services*, 565 N.E.2d 724, 207 Ill. App. 3d 297 (1990) (emphasis added).

"The court observed that when a Judge is disqualified under the constitution or by statute, she lacks authority over the proceedings and **her actions are a nullity, i.e., void.** See *Davis*, 956 S.W.2d at 559." *Fain v. State*, No. 03-95-00427-CR (Tex.App. Dist.3 1998) (emphasis added).

"* * * "**without the taking of the oath prescribed by the Constitution of this State, one cannot become either a de jure or de facto Judge, and his acts as such are void.**" fn29 *French v. State*, 572 S.W.2d 934, 939 (Tex. Crim. App. 1978) (opin. on sec. reh'g); see also *Davis v. State*, 956 S.W.2d 555, 559 (Tex. Crim. App. 1997); *Fain v. State*, No. 03-95-00427-CR, 1998 WL 874928, at *3 (Tex. App.--Austin Dec. 17, 1998, no pet. h.)." *Prieto Bail Bonds v. State*, 994 S.W.2d 316 (Tex.App. Dist.8 1999) (emphasis added).

"I begin with something that may seem mundane on its face but that has a significant relationship to the principle of accountability. Under the Constitution, **all officers of the United States must take an oath or affirmation** to support the Constitution and must receive a commission. See Art. VI, cl. 3 ("[A]ll executive and judicial Officers . . . shall be bound by Oath or Affirmation, to support this Constitution"); Art. II, § 3, cl. 6 (The President "shall Commission all the Officers of the United States"). There is good reason to think that those who have not sworn an oath cannot exercise significant authority of the United States. See 14 Op. Atty. Gen. 406, 408 (1874) ("[A] Representative . . . does not become a member of the House until he takes the oath of office"); 15 Op. Atty. Gen. 280, 281 (1877) (similar)." *Department of Transportation, et al. v. Association of American Railroads*, 135 S.Ct. 1225, 1234-1235, 191 L.Ed.2d 153, 83 U.S.L.W. 4145 (2015) (emphasis added).

Maxims of Law:

"*De non apparentibus et non existntibus eadem est ratio.* The law is the same respecting things which do not appear and things which do not exist." John Bouvier, Bouvier's Law Dictionary, Third Revision (Being the Eighth Edition), revised by Francis Rawle (West Publishing Co., St. Paul, Minn., 1914), p. 2130.

"*Idem est non probari et non esse; non deficit jus sed probatio.* What is not proved and what does not exist, are the same; it is not the defect of the law, but of proof." Id. at 2136.

"*Boni judicis est causas litium derimere.* It is the duty of a good judge to remove causes of litigation." 2 *Inst.* 306; 4 *Coke*, 15b; 5 *Coke*, 31a.

"**A judgment given by one who is not the proper judge is of no force** and should not harm any one." 10 *Coke*, 70, 766; *Bouv.* 133; *Fleta*, 1.6, c. 6, s. 7; Broom, *Max.* 92 (emphasis added).

"A judge who exceeds his office or jurisdiction is not to be obeyed." *Jenk. Cent.* p. 139, case 84; *Bouv.* 133.

"**Out of fraud no action arises**; A right of action cannot arise out of fraud." *Phelps v. Decker*, 10 Mass. 276. Broom, *Max.* 349.

"The burden of proof rests on the plaintiff, (or on the party who advances a proposition

affirmatively):" *Hob.* 103; *Inst.* 2, 20, 4

"When the plaintiff does not prove his case the defendant is acquitted." *Hob.* 103.

"The main object of government is the protection and preservation of personal rights, private property, and public liberties, and upholding the law of God." *American Maxim.*

The so-called "judges" in this case, Christine M. Arguello and Scott T. Varholak, have **VIOLATED** the mandates of the Constitutions and court cases above as both have **FAILED** to file their Oath of Office (see Exhibit A) and are committing **FRAUD** against the People of Colorado. The first judge on this case, Michael J. Watanabe, filed his Oath of Office (see Exhibit B). My belief that Michael J. Watanabe is no longer on this case because he has good conscience knowing that the Court **does not have jurisdiction** and it has **never been proven**. Is it standard operating procedure for those who work in the governmental system to **violate the mandates** of the Constitutions? Who has committed the crimes? Certainly not me. I have abided by the Codes as I have proven the IRS does not have jurisdiction in America, only in Washington D.C. and federal territories. Should Christine M. Arguello sign the "Order of Foreclosure and Judicial Sale", she will be committing **FRAUD** and opens herself to a personal lawsuit. Public Servants are there to protect the Rights of the People. They have no authority to take the property of the People when no harm has been done to another of the People. Is it standard procedure for those in the governmental system to commit **FRAUD**?

> "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to the lowest, are creatures of the law and **are bound to obey it**." *United States v. Lee*, 106 U.S. 196, 220 (1882); *Butz v. Economou*, 438 U.S. 478, 506, 98 S.Ct. 2894 (1978) (emphasis added).

> "It is **the duty of courts** to be **watchful** for **the constitutional rights of the citizen**, and against any stealthy encroachments thereon. Their motto should be *obsta principiis*." *Boyd v. United States*, 116 U.S. 616, 635 (1886); *Fairbank v. United States*, 181 U.S. 283, 302 (1901) (emphasis added).

> "**Constitutional mandates are imperative.**" *Fairbank v. United States*, 181 U.S. 283, 291 (1901) (emphasis added).

> "**But constitutional provisions cannot be thus evaded.**" *Fairbank v. United States*, 181 U.S. 283, 296 (1901) (emphasis added).

> "Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. . . . If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy." *Olmstead v. United States*, 277 U.S. 438, 485 (dissenting) (1928); *Mapp v. Ohio*, 367 U.S. 643, 659 (1961).

> "Nothing can destroy a government more quickly than its failure to observe its own laws, or worse, its disregard of the charter of its own existence." *Mapp v. Ohio*, 367 U.S. 643, 659 (1961)

> "**Silence can only be equated with fraud** where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." *United States v. Prudden*, 424 F.2d 1021 (5th Cir. 1970); *United States of America v. Tweel*, 550 F.2d 297 (5th Cir. 1997) [emphasis added].

> "The guiding rule -- **that fraud vitiates every agreement which it touches** -- has been well expressed not only by the courts of this state, but by courts throughout the country and by the House of Lords in England." *Danann Realty Corp. v. David A. Harris, et al.*, 157 N.E.2d 597; 5 N.Y.2d 317 (1959) [emphasis added].

> "Fraud in the common law sense of deceit is committed by deliberately misleading another by words, by acts, or, in some instances - notably where there is a fiduciary relationship, which creates a duty to disclose all material facts - by silence." *United States v. Dial*, 757 F.2d 163 (7th Cir. 1985).

> "*United States v. Bohonus*, 628 F.2d 1167, 1171 (9th Cir. 1980): fraud is whatever is not a "reflection of moral uprightness, of fundamental honesty, fair play and right dealing in the general and business life of members of society."" *United States v. Dial*, 757 F.2d 163 (7th Cir. 1985).

> "Fraud in its elementary common law sense of deceit -- and this is one of the meanings that fraud bears in the statute, see *United States v. Dial*, 757 F.2d 163, 168 (7th Cir. 1985) -- includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he deliberately conceals material information from them he is guilty of fraud." *United States v. Holzer*, 816 F.2d 304 (7th Cir. 1987); *McNally v. United States*, 483 U.S. 350, 371-372 (1987).

All courts are not Constitutional courts; they are corporation courts out to make a profit.

Constitutional courts protect the Rights of the People. My Rights have been violated.

> "And when a strict interpretation of the Constitution, according to the fixed rules which govern the interpretation of laws, is abandoned, and the theoretical opinions of individuals are allowed to control its meaning, we have no longer a Constitution; we are under the government of individual men, who for the time being have power to declare what the

Constitution is, according to their own views of what it ought to mean." *Dred Scott v. Sandford*, 60 U.S. (19 How.) 393, 621 (1856).

"For the very idea that one man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself." *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

"Whatever springes the State may set for those who are endeavoring to assert rights that the State confers, the assertion of Federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." *Davis v. Wechsler*, 263 U.S. 22, 24 (1923).

"But the power of the state in that respect is not unlimited, and one of the limitations is that it may not impose conditions which require the relinquishment of constitutional rights. If the state may compel the surrender of one constitutional right as a condition of its favor, it may, in like manner, compel a surrender of all. It is inconceivable that guaranties embedded in the Constitution of the United States may thus be manipulated out of existence." *Frost v. Railroad Commission of State of California*, 271 U.S. 583, 593-594 (1926).

"It is the right of the accused to be tried by a legally constituted court, not by a kangaroo court." *Williams v. United States*, 341 U.S. 97, 101 (1951)

""It is inconceivable that guaranties embedded in the Constitution of the United States may thus be manipulated out of existence." *Frost & Frost Trucking Co. v. Railroad Commission of California*, 271 U.S. 583, 594." *Gomillion v. Lightfoot*, 364 U.S. 339, 345 (1960).

"It has long been established that a State may not impose a penalty upon those who exercise a right guaranteed by the Constitution. *Frost & Frost Trucking Co. v. Railroad Comm'n of California*, 271 U.S. 583. "Constitutional rights would be of little value if they could be . . . indirectly denied," *Smith v. Allwright*, 321 U.S. 649, 664, or "manipulated out of existence." *Gomillion v. Lightfoot*, 364 U.S. 339, 345." *Harman v. Forssenius*, 380 U.S. 528 (1965).

"As a threshold matter, this Court notes that the protections of the New York Constitution extend beyond those found in the Federal Constitution, which sets the floor, but not the ceiling, for the rights of the individual. [footnote omitted] See *People v. LaValle*, 3 NY3d 88, 129. * * * Further, where State law interferes with liberty rights, it is the role of the court to scrutinize the challenged legislative act. See *In re Jacobs*, 98 NY 98, 110 (1885). * * * It is the responsibility of the judiciary to safeguard the rights afforded under our State Constitution. *People v. LaValle*, 3 NY3d at 128." *Hernandez v. Robles*, 7 Misc.3d 459, 794 N.Y.S.2d 579 (2005).

This document is supported by numerous court cases, and from Sheriff Nick Finch of Liberty County, Florida, while on the stand in court in defense of the charges against him, stated, "**At some point, the Constitution has to count for something.**"

## CONCLUSION

Based upon all of my previous submitted documents, and the above,

WHEREAS, the so-called "judges", Christine M. Arguello and Scott T. Varholak, have **VIOLATED** the mandates of the Constitutions and court cases above as both have **FAILED** to file their Oath of Office making the office vacant;

WHEREAS, both Christine M. Arguello and Scott T. Varholak have committed **FRAUD** by pretending to be judges, where their actions are a **nullity**, i.e., **void** *ab initio*;

WHEREAS, the UNITED STATES OF AMERICA, Inc. and/or the INTERNAL REVENUE SERVICE, which is not an agency of the government, has **FAILED** to **PROVE, on the record,** that it has **jurisdiction** over me, the Natural man;

WHEREAS, the attorney for the Plaintiff has failed to answer any of my submitted documents in the past requesting to prove jurisdiction, and I expect the same with this document, having never negated any of my statements as they are all based in truth, facts, and documents used by the governmental system and that his silence is equated to **FRAUD** as pursuit to *United States v. Prudden*, and *United States of America v. Tweel*;

WHEREAS, it is known by me and many People in this country that those in the governmental system commit **FRAUD** and try to hide that fact;

WHEREAS, this Court will commit **FRAUD** in issuing this Order when it has **no jurisdiction** over me, the Natural man;

WHEREAS, this Court has **violated** the Constitution, has **ignored** court cases that **proof of jurisdiction must be on the record**, and has ignored Maxims of Law;

WHEREAS, this case is **FRIVOLOUS** and **MERITLESS** as this Court **does not have jurisdiction** over me, the Natural man;

WHEREAS, at some point, the Constitution has to count for something;

WHEREAS, the only ruling this Court has is **to DISMISS this case**;

THEREFORE, I hereby Demand, again, that this case is **meritless**, **frivolous**, lacking jurisdiction over this Natural man, and **must be dismissed.**

Date: 27 February 2017

Proceeding at all times under Threat, Duress and Coercion

*sal-junior*
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    MICHELE GRAZIANO
    PARK COUNTY, Colorado via Herbert C. Phillips

**Exhibit A**

# COLORADO SECRETARY OF STATE
Payment is required with request.

> We have no oath on file for Arguello or Varholak.

## REQUEST FOR OATH OF OFFICE OR FACSIMILE SIGNATURE

Type of document (check one): ☒ Oath of Office   ☐ Facsimile Signature Filing

Name(s)/Title on document: **CHRISTINE M. ARGUELLO**

Office held: **U.S. DISTRICT JUDGE**

Jurisdiction: **COLORADO**

☒ Most current date   OR   ☐ Date range: _____

Indicate standard of service requested: ☒ Regular   OR   ☐ Expedite (add $10 per copy to the regular fee)

|  | | Regular fee | Fee if expedited |
|---|---|---|---|
| ☐ Certified copy | Number of copies: ___ | $5.00 per copy | $15.00 per copy |
| ☒ Photocopy only | Number of copies: 1 | (Free) | $10.00 per copy |

Make checks payable to: Colorado Secretary of State

### REQUESTING PARTY

Name: **sal. junior**   Phone: **516-554-6764**

Address: **~~16557D~~ CONIFER ROAD   SUITE 105 #317**   City: **CONIFER**   State: **Col.**   ZIP: **80433**

☒ Mail   ☐ Pick up   Fed Ex/UPS Account Number: _____

Prepaid Account Number: _____   Job Number: _____

OF_ORDER   Page 1 of 1   Rev: 1/25/2011

**Exhibit B**

IN THE DISTRICT COURT OF ARAPAHOE COUNTY, EIGHTEENTH JUDICIAL DISTRICT, COLORADO

OATH OF OFFICE

IN THE MATTER OF THE RETENTION OF
MICHAEL J. WATANABE AS DISTRICT COURT JUDGE
OF THE DISTRICT COURT OF ARAPAHOE COUNTY
EIGHTEENTH JUDICIAL DISTRICT

I, Michael J. Watanabe, do solemnly swear or affirm, by the everliving God, that I will support the Constitution of the United States, and of the State of Colorado, and faithfully perform the duties of the office of District Court Judge in the Eighteenth Judicial District, upon which I am about to enter effective January 14, 1997, so help me God.

_____
Michael J. Watanabe

Subscribed and sworn to before me on this 13th of January, 1997.

_____
District Court Judge

RECEIVED
FEB 0 5 1997
ELECTIONS/LICENSING
SECRETARY OF STATE