:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

U.S. District Court
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589






7015 3430 0000 3019 1555

CERTIFIED MAIL

U.S. POSTAGE PAID
GREENWOOD VILLAGE, CO
80112
MAR 01 17
AMOUNT
$4.75
R2305H128425-04

