:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®
7016 3010 0000 7930 2348

UNITED STATES POSTAL SERVICE®
1000

80294

U.S. POSTAGE
PAID
PINE, CO
80470
MAR 20, 17
AMOUNT
$4.75
R2304Y122682-07

U.S. DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 19TH STREET, ROOM A105
DENVER, CO 80294-3589

Case No. 1:16-cv-00441-CMA-STV   Document 57-1   filed 03/22/17   USDC Colorado   pg 2 of 2