USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 JUL 26 PM 4: 35
JEFFREY P. COLWELL
CLERK
BY____ DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:16-cv-00441-CMA-STV |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SALVATORE CELAURO, JR.; MICHELE GRAZIANO; and PITKIN COUNTY, CO | EVICTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Current Tenant
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3282 North County Road 43, Bailey, Colorado 80421

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                          Fold

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF   ☐ DEFENDANT
TMCNAB
2017.03.03 09:23:17 -08'00'
TELEPHONE NUMBER: (360)536-6602
DATE: 3/3/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 13 | District to Serve No. 13 | Signature of Authorized USMS Deputy or Clerk | Date 3/3/17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 7/3/17   Time: 12:55 pm

Signature of U.S. Marshal or Deputy

| Service Fee $3,185 | Total Mileage Charges including endeavors $352.03 | Forwarding Fee 0 | Total Charges $3,537.03 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $352.03  ~~$0.00~~ |

REMARKS: [7 vehicles X (.535 mileage rate X 94 miles RT)] = $352.03
JDIS ✓ Executed order of Foreclosure and Judicial Sale, placed U.S. Government no trespassing signs, and changed locks on all entrance doors.
[7 DUSMs X ($65 per hour X 7 hours)] = $3,185

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

JDIS CLOSED (SLH)