IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

## UNITED STATES' STATUS REPORT

The United States, through undersigned counsel, submits this Status Report pursuant to the Court's February 10, 2017 Minute Order (Doc. 52).

On February 10, 2017, the Court entered an Order of Foreclosure and Judicial Sale (Doc. 51) for the sale of real property owned by Defendant Salvatore Celauro, Jr. at 3282 North County Road 43, Bailey, Colorado 80421. On that same date, the Court ordered that the United States file a Status Report regarding the sale of the property on or before August 14, 2017 (Doc. 52).

The Order of Foreclosure and Judicial Sale provided that "[a]ll persons occupying the Subject Property shall leave and vacate permanently such properties no later than 15 days after the entry of this Order, each taking with them his or her personal property . . . when leaving and vacating." (Doc. 51 ¶ 8.) Mr. Celauro did not comply with the

Order, and on July 3, 2017, Mr. Celauro was physically evicted by the U.S. Marshal from the premises. (*See* Doc. 58.)

An Internal Revenue Service Property Appraisal and Liquidation Specialist ("PALS") representative has begun advertising the property and executing the Order of Foreclosure and Judicial Sale. A sale of the property is scheduled for September 14, 2017. Once the property is sold, the United States will file a Request for Confirmation of Sale and Distribution of Proceeds with the Court. If the property does not sell on September 14, 2017, the United States will attempt a sale at a later date.

Respectfully Submitted,

Dated: <u>August 14, 2017</u>

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/  Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Ryan.Watson@usdoj.gov

ROBERT TROYER
Acting United States Attorney
District of Colorado

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2017, I served the foregoing as follows:

<u>Via CM/ECF</u>:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

<u>Via U.S. Mail</u>:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

Michele Graziano
1796 Willis Ave.
Merrick, NY 11566

                                              */s/ Ryan S. Watson*
                                              Ryan S. Watson
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice