





16-CV-00441-CMA

**FIRST CLASS**

U.S. District Court
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589



Case No. 1:16-cv-00441-CMA-STV   Document 60-1   filed 08/22/17   USDC Colorado   pg 2 of 2