```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX081569
Cashier ID: rv
Transaction Date: 09/18/2017
Payer Name: Michael Kim
--------------------------------
TREASURY REGISTRY
 For: USA v. Celauro et al
 Case/Party: D-COX-1-16-CV-000441-001
 Amount:         $5,000.00
TREASURY REGISTRY
 For: USA v. Celauro et al
 Case/Party: D-COX-1-16-CV-000441-001
 Amount:        $15,000.00
TREASURY REGISTRY
 For: USA v. Celauro et al
 Case/Party: D-COX-1-16-CV-000441-001
 Amount:        $31,000.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 5514901613
 Amt Tendered: $5,000.00
PAPER CHECK CONVERSION
 Check/Money Order Num: 5514901375
 Amt Tendered: $15,000.00
PAPER CHECK CONVERSION
 Check/Money Order Num: 5514901374
 Amt Tendered: $31,000.00
--------------------------------
Total Due:     $51,000.00
Total Tendered: $51,000.00
Change Amt:     $0.00

Per court order #51

Signed by CMA on
February 10, 2017

A fee of $53.00 will be assessed on
any returned check.
```



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2017

JEFFREY P. COLWELL
CLERK

SMALL BUSINESS / SELF-EMPLOYED DIVISION

September 14th, 2017

MEMORANDUM FOR   Clerk of the Court
US District Court for the District of Colorado

FROM:   Gary Chambers
Property Appraisal Liquidation Specialist

SUBJECT:

Attached is the deposit payment for property sold according to the Case No. 1:156-cv-00441-CMA-STV (see attached order of sale). The payment amount is $51,000.00 in the form of three cashier's checks of $5,000.00, $15,000.00, and $31,000.00. The Department of Justice Attorney currently assigned this action is Ryan S. Watson Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 683, Ben Franklin Station. Washington, DC 20044
(202)514-5173

If you have any questions regarding this payment please contact me at (360)536-6602.

Gary S Chambers
Property Appraisal Liquidation Specialist

