IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441

 UNITED STATES OF AMERICA,

          Plaintiff,

          v.

 SALVATORE CELAURO, JR.;
 MICHELE GRAZIANO; and
 PARK COUNTY, COLORADO

          Defendants.

---

**UNITED STATES' STATUS REPORT**

---

The United States, through undersigned counsel, submits the following pursuant to the Court's October 3, 2017 request for a status report:

On February 10, 2017, the Court entered an Order of Foreclosure and Judicial Sale (Doc. 51) for the sale of real property owned by Defendant Salvatore Celauro, Jr. at 3282 North County Road 43, Bailey, Colorado 80421. On September 14, 2017 the property was sold at a public auction conducted by an Internal Revenue Service Property Appraisal and Liquidation Specialist ("PALS") representative.

Under the provisions of the Order of Foreclosure and Judicial Sale, the successful bidder at the September 14, 2017 auction deposited $51,000 with the Court through the PALS representative. (Doc. 61, Clerk of Court's Receipt.) The purchaser is required to pay the balance of the purchase price of the property within 30 days after

the sale—in this case, October 14, 2017—to the Court. (Order of Foreclosure ¶ 6(g).) Accordingly, the United States anticipates that full payment for the auctioned property will be made into the Court on October 14, 2017 or shortly thereafter.

After the balance of the purchase price is paid into the Court, the PALS representative will file a report of sale with the Court within 30 days from the receipt of the balance of the purchase price. (Order of Foreclosure ¶ 6(h).) The United States will then promptly file a Motion for Confirmation of Sale and Distribution of Proceeds, which will set forth requested instructions for the disbursement of the funds held by the Court. If the balance of the purchase price is not paid by the bidder, the disposition of the property will proceed under the terms of Paragraph 6(g) of the Order of Foreclosure and Judicial Sale.

Respectfully Submitted,

Dated: October 4, 2017

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/  Ryan S. Watson
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Ryan.Watson@usdoj.gov

ROBERT TROYER
Acting United States Attorney
District of Colorado

*Attorneys for the United States of America*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2017, I served the foregoing as follows:

<u>Via CM/ECF</u>:

Herbert C. Phillips
Lee@law-hcp.com
*Counsel for Park County, Colorado*

<u>Via U.S. Mail</u>:

Salvatore Celauro, Jr.
3282 North County Road 43
Bailey, Colorado 80421

Salvatore Celauro, Jr.
25587 Conifer Road, Suite 105 #317
Conifer, Colorado 80433

Michele Graziano
1796 Willis Ave.
Merrick, NY 11566

*/s/ Ryan S. Watson*
Ryan S. Watson
Trial Attorney, Tax Division
U.S. Department of Justice