```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX082039
Cashier ID: rs
Transaction Date: 10/20/2017
Payer Name: David Goldberg
--------------------------------
TREASURY REGISTRY
 For: USA V SALVATORE CELAURO, JR ET
 Case/Party: D-COX-1-16-CV-000441-001
 Amount:         $459,000.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 70003578
 Amt Tendered:   $459,000.00
--------------------------------
Total Due:        $459,000.00
Total Tendered:   $459,000.00
Change Amt:       $0.00

Per court order, 16-cv-441-CMA-STV


A fee of $53.00 will be assessed on
any returned check.
```



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

October 19th, 2017

MEMORANDUM FOR    Clerk of the Court
US District Court for the District of Colorado

FROM:    Gary Chambers
Property Appraisal Liquidation Specialist

SUBJECT:

Attached is the deposit payment for property sold according to the Case No. 1:156-cv-00441-CMA-STV (see attached order of sale). The payment amount is $459,000.00. The Department of Justice Attorney currently assigned this action is Ryan S. Watson Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 683, Ben Franklin Station. Washington, DC 20044
(202)514-5173

If you have any questions regarding this payment please contact me at (360)536-6602.

Gary S Chambers
Property Appraisal Liquidation Specialist

