

**Internal Revenue Service**
Room 6025: M/S 5446 OGD STAYLOR
324 25th Street
Ogden, UT 84401-2379

Official Business
Penalty for Private Use, $300

CERTIFIED MAIL

7017 0530 0000 3287 0713

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
901 19TH STREET
DENVER, CO 80294

877427

E-130 (Rev. 10-1994)
Cat. No. 41089J