IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441-CMA-STV

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

## DECLARATION OF GARY S. CHAMBERS

I, Gary S. Chambers, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am a Property Appraisal and Liquidation Specialist ("PALS") with the Internal Revenue Service, and I am stationed in Tacoma, Washington. My official duties as a PALS include the sale of property seized or otherwise obtained by court order on behalf of the United States of America. Pursuant to an Order of Sale dated February 10, 2017, the Internal Revenue Service conducted a public auction sale of property against which the Court ordered the foreclosure of federal tax liens. In support of the United States' Motion for Confirmation of Sale and Distribution of Proceeds, I submit the following Declaration.

2. For four weeks prior to September 14, 2017, a Notice of Sale was published in the classified section of the Park County Republican and Fairplay Flume, a

newspaper which has general circulation in Park County, the county in which the real property at 3282 North County Road 43, Bailey, Colorado 80421 (the "Subject Property") is located. The notices were published on July 28, 2017, August 4, 2017, August 11, 2017, and August 18, 2017. The Publisher's Proof of Publication is attached as Exhibit A.

3. On September 14, 2017 at 10:00 a.m., an open house was held.

4. On September 14, 2017 at 2:00 p.m., on the premises of the Subject Property, the United States offered for sale to the highest bidder at public auction the Subject Property, described in the Notice of Sale.

5. The successful bidder, Michael Kim, bid $510,000 and paid the required deposit of $51,000. The balance of the purchase price was received on October 19, 2017 and the funds were sent to the Court for deposit.

6. The Internal Revenue Service incurred a total of $736.92 in expenses related to the sale of property, as follows:

   a. Electric bills from Intermountain Rural Electric Association totaling $109.27 (which includes a $2.50 charge for using a credit card to pay the bill). The electric bills are attached as Exhibit B.

   b. Charges incurred for changing the locks on the Subject Property from Mathias Lock & Key totaling $516.99. The locksmith bill is attached as Exhibit C.

- 3 -

      c. Charges incurred from Nationwide Newspapers for the legal advertisement for selling the Subject Property totaling $110.66. The publisher's bill is attached as Exhibit D.

7. The check for the reimbursement should be made out to "Internal Revenue Service" and sent to:

    Gary S. Chambers
    IRS Property Appraisal & Liquidation Specialist
    1201 Pacific Ave, Suite 550, M/S W802
    Tacoma, WA 98402

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November, 2017.

        /s/ *Gary S. Chambers* (Original on File)
        GARY S. CHAMBERS
        IRS Property Appraisal & Liquidation Specialist