IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441-CMA-STV

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

      Defendants.

---

## DECLARATION OF MALEIA PARKER

---

I, Maleia Parker, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.      I am a Technical Services Advisor with the Internal Revenue Service ("IRS") in Salt Lake City, Utah. In my capacity as a Technical Services Advisor, I am familiar with IRS records and IRS collections procedures and processes, and have access to and am readily familiar with IRS records and computerized information regarding the investigation of the federal tax liabilities of the taxpayers assigned to me. I also have personal knowledge of the manner in which such IRS' records and computerized information are created and maintained.

2.      My official duties as a Technical Services Advisor include providing litigation support for the government attorneys who handle litigation on behalf of the United States. This support includes, but is not limited to, researching and computing

current outstanding balances of liabilities owed by taxpayers involved in litigation. I am authorized to access the IRS Individual Master File and Business Master File, which are electronic records of assessments, payments and other information, and can retrieve computerized information regarding accrued but unassessed statutory interest and penalties owing with respect to unpaid assessments.

3.      In my capacity as a Technical Services Advisor, and at the request of the United States Department of Justice, Tax Division, I am familiar with the ongoing litigation involving the unpaid federal income taxes and penalties of Salvatore Celauro, Jr. for the 1998, 1999, 2001, 2002, and 2011 tax years.

4.      To compute an accurate current balance due with respect to the assessments, credit entries (such as payments or adjustments) must be subtracted from, and accrued interest amounts must be added to, the assessed amounts. The IRS relies on the Integrated Data Retrieval System ("IDRS") to store and track tax account information. The IDRS is also used to make up-to-date interest calculations for balances owed; the system performs interest computations applying the applicable statutory interest rates, compounded daily. The floating rate of interest on tax underpayments has been programmed into Internal Revenue Service computers. I am familiar with the proper use of the IRS computer interest calculation functions. In particular, I am familiar with the proper use of the IRS computer command code "INTSTD" which provides a calculation of accrued interest and penalties to any requested date, on unpaid tax assessments for a particular taxpayer.

5.      The INTSTD module in IDRS was used to calculate the amount of accrued tax, interest and penalties due, as of December 20, 2017, on assessments made against Defendant Celauro, for the periods and liabilities at issue in this case.

6.      Attached as Exhibit F is a true and correct copy of the Payoff Calculation based on INTST module, which shows the total balance due for the 1998, 1999, 2001, 2002, and 2011 tax years (with social security numbers redacted pursuant to Fed. R. Civ. P. 5.2).

7.      Attached as Exhibit G is a true and correct copy of the IDRS INTSTD module printouts showing a breakdown of the unpaid outstanding assessments against Defendant Celauro for the 1998, 1999, 2001, 2002, and 2011 tax years (with social security numbers redacted pursuant to Fed. R. Civ. P. 5.2).

8.      As of December 20, 2017, the amount due on the 1998, 1999, 2001, 2002, and 2011 tax years will be $267,218.07.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 21st day of November, 2017.


/s/ *Maleia Parker* (Original on File)
Maleia Parker
Technical Services Advisor
Internal Revenue Service