IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441-CMA-STV

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

       Defendants.

---

## DECLARATION OF RYAN S. WATSON

---

I, Ryan S. Watson, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.     I am employed as an attorney with the United States Department of Justice, Tax Division, in Washington, DC. I am assigned responsibility for representing the interests of the United States in the above-captioned matter. I make this Declaration in support of the United States' Motion for Order Confirming Sale and Distributing Proceeds.

2.     I am in possession of the Department of Justice and Internal Revenue Service files concerning this matter. I have reviewed those files in my possession in making the representations below.

3.      Attached to this Declaration as Exhibit E is an email from Herbert C. (Lee) Phillips, counsel for Park County, Colorado, in which Mr. Phillips confirms that there are no outstanding property taxes on the real property at issue in this matter.

4.      Attached to this Declaration as Exhibit H is an April 1, 2015 Judgment recorded with the Park County Clerk and Recorder on July 20, 2915.

5.      Attached to this Declaration as Exhibit I are emails I sent to Defendant Michele Graziano requesting the current amount due on the April 1, 2015 Judgment. I sent these messages to the email address Ms. Graziano routinely used to communicate with me during the course of this litigation. As of the date of this Declaration, Ms. Graziano has not responded to my request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>November 21, 2017</u>              /s/  *Ryan S. Watson*
                                          RYAN S. WATSON
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice