*United States v. Celauro, et al.*, Civil No. 1:16-cv-00441-CMA-STV
United States' Motion for Order of Confirmation of Sale and Distribution of Proceeds

# EXHIBIT A – Proof of Publication

# CERTIFICATE OF PUBLICATION

STATE OF COLORADO } SS
County of Park

PROOF OF PUBLICATION

I, MERLE J. BARANCZYK, Being first duly sworn according to law, on oath depose and say, that I am, and at all the times herein mentioned, was the publisher of the Park County Republican and Fairplay Flume and that said Park County Republican and Fairplay Flume is a weekly newspaper of general circulation, in said County and State, printed and published in the County of Park and State of Colorado, and that copies of each number thereof are, and at all the times herein mentioned were, regularly distributed and delivered, by carrier or mail, to each of the subscribers said newspaper, in accordance with the customary method of business in newspaper offices.

That the annexed
PUBLIC NOTICE
FROM
UNITED STATES DISTRICT COURT

In the matter of
IRS JUDICIAL AUCTION SALE/UNITED STATES VS SALVATORE CELAURO JR/ CIVIL NO 1:16-CV00441

This a true copy of the original, and the same was regularly published in the newspaper proper and not in a supplement, for the full period of FOUR (4) INSERTIONS of said newspaper, and that the first publication was in the issue dated JULY 28TH, 2017 and that the last publication of the same was in the issue dated AUGUST 18TH, 2017 and the said Park County Republican and Fairplay Flume has been established, printed and published for the full period of fifty-two consecutive weeks, and continuously and uninterruptedly prior to the said date of the first publication of the notice aforesaid, in the County of Park and State of Colorado, and is a newspaper duly qualified for the publishing of said notice within the meaning of an Act of the General Assembly of the State of Colorado, approved May 30th, 1923, and entitled "An act to Amend an Act Entitled 'An Act Concerning Legal Notices, Advertisements and Publications and the Fees of Printers and Publishers thereof, and to Repeal all Acts and Parts of Acts in Conflict with the Provisions of this Act'," and within the meaning of an Act amendatory thereof, approved May 18th, 1931 and entitled "An Act to Amend Section 4, of Chapter 139, Session Laws 'of Colorado, 1923, relating to Legal Notices and Advertisements," and within the meaning of any and all other Acts amendatory thereof or supplemental thereto; And further affiant saith not.

The above certificate of publication was subscribed and sworn to before me by the above named Merle J. Baranczyk who is personally known to me to be the identical person described in the above certificate, on the 18TH Day of AUGUST, 2017 A.D.
FEIN # 84-0718607

Tomalee Young
NOTARY PUBLIC
My Commission Expires: July 15, 2019

TOMALEE YOUNG
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034020559
MY COMMISSION EXPIRES JULY 15, 2019

---

**IRS JUDICIAL AUCTION SALE**

Pursuant to an Order of Sale entered in United States vs. Salvatore Celauro, Jr. et al, Civil No. 1:16-cv-00441-CMA-STV, United States District Court for the District of Colorado, the United States will offer to sell at public auction the right, title, and interest of Salvatore Celauro, Jr., in and to property located in Bailey, Park County, Colorado. The sale will be held by public auction
Date of Sale: September 14th, 2017
Time of Sale: 2:00PM with registration beginning at 1:00PM
Location: 3282 North County Road 43, Bailey, Colorado 80421
Property Offered: 3282 North County Road 43, Bailey, Colorado 80421
Minimum Bid: $360,000.00
Property may be viewed at: Open house on September 14th, 2017 10:00am – 1:00PM
This is not an advertisement of a sale of seized property. This information notice is only regarding a sale being conducted by the Internal Revenue Service as a result of the foreclosure of an Internal Revenue Service Federal Tax Lien by the Department of Justice.
This property shall be offered for sale at public auction, free and clear of all liens and interests of the parties to this action.
Terms of Payment: Deferred: 10% due at time of acceptance of highest bid. Remaining balance due NLT October 13th, 2017.
All payments must be by certified check or cashier's check.  Make check payable to the United States District Court for the District of Colorado.
For more information go to www.irsauctions.gov or contact Gary Chambers (360)536-6602.
As published in the Park County Republican and Fairplay Flume
First Publication: July 28, 2017
Last Publication: Aug. 18, 2017
(IRS JUDICIAL AUCTION SALE)