*United States v. Celauro, et al.*, Civil No. 1:16-cv-00441-CMA-STV
United States' Motion for Order of Confirmation of Sale and
Distribution of Proceeds

# EXHIBIT B – Electric Bills from Intermountain Rural Electric Association



**Intermountain Rural Electric Association**

| | |
|---|---|
|  Customer Service (7-7 M-F) **1-800-332-9540** | Email **CustomerContact@irea.coop**  Twitter **@IREAColorado** |
| Outages (24/7) **1-844-IREA-FIX** | Online **www.IREA.coop** Facebook **IntermountainREA**  |

## Final Bill

### Account Information

**Account Number** ████2771

**Customer Name**
INTERNAL REVENUE SERVICE

**Service Address**
3282 COUNTY ROAD 43

Cycle 01          Rate A          District 2

### Account Summary

| | |
|---|---|
| **Bill Date** | 09/29/17 |
| Previous Bill | $50.20 |
| Total Payments | -$50.20 |
| Final Bill | $54.07 |
| **Total Amount Due** | **$54.07** |

### Account # ████2771

## Total Amount Due Upon Receipt

# $54.07

### Usage Profile

| | Last Year | Last Month | This Month |
|---|---|---|---|
| | 0 kWh | 0 kWh | 358 kWh |

| SEP 16 | OCT 16 | NOV 16 | DEC 16 | JAN 17 | FEB 17 | MAR 17 | APR 17 | MAY 17 | JUN 17 | JUL 17 | AUG 17 | SEP 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 358 |

**Avg Cost per day:** $1.80

**Avg kWh per day:** 9.33 kWh

### Important Billing Information

This is your Final Bill.  It is due upon receipt.  **To ensure receipt of any future capital credits checks, please contact IREA customer service any time there is a change to your forwarding address.**

*Additional bill details on back*

### Message Board

We redesigned our bill.  Historical comparisons are better defined, the Important Billing Information section includes details specific to your account, and current charges are now shown on the back. You can donate to Energy Outreach Colorado by checking the box on the stub and entering your information on the back. For more information about the new bill, visit www.irea.coop.

1/1

---

*PLEASE RETURN THIS PORTION WITH YOUR CHECK TO ENSURE PROPER CREDIT TO YOUR ACCOUNT*          CYCLE: 01

**Intermountain Rural Electric Association**
P.O. DRAWER A
SEDALIA, CO 80135

| | |
|---|---|
| Bill Date | 09/29/17 |
| Due Date | Due Upon Receipt |
| Account Number | ████2771 |

| **Total Amount Due** | **$54.07** |
|---|---|

AMOUNT ENCLOSED:

**MAKE CHECKS PAYABLE TO: IREA**

☐ Check box to **update contact info**, sign up for **paperless billing** or contribute to **Energy Outreach Colorado**.
*Fill out information on reverse side*

INTERMOUNTAIN RURAL ELECTRIC ASSOCIATION
P.O. DRAWER A
SEDALIA CO 80135

11000000

0079833-IRES81392-ST.NOPRIN-000076
INTERNAL REVENUE SERVICE
C/O GARY CHAMBERS PALS
SBSE COLLECTIONS
1201 PACIFIC AVE STE 505
TACOMA WA

████████ 2771    4

## Meter Readings

Account Number: ██████2771

| Meter | Read Dates | Days | Previous Read | Current Read | Mult. | Actual Use | Details |
|---|---|---|---|---|---|---|---|
| 58476790 | 08/30/17 - 09/29/17 | 30 | 83299 | 83657 | 1 | 358 | kWh |



## My Billing Snapshot

**HI INTERNAL REVENUE SERVICE,**

See how this bill's electric spending compares to the same month last year.

This Bill $54.07
Last Year's Bill $0.00

*Year To Date Charges: $99.27*

### Current Charges

| Description | | Amount |
|---|---|---|
| Energy Charge | *(358 X 0.1231)* | $44.07 |
| Basic Service Charge | | $10.00 |
| **Total Current Charges** | | **$54.07** |

 **Automatic Bill Pay**

If remembering to pay your electric bill every month is another task you'd like to scratch off of your to-do list, then Automatic Bill Payment is the perfect solution for you! This service is free of charge. Visit www.irea.coop/payment-options to download the form.

 **Energy Assistance**

If you would like to help IREA members stay warm, safe, and healthy in their homes throughout the year, you can contribute directly via your IREA bill. Fill out the form below to contribute, or visit Energy Outreach Colorado at www.energyoutreach.org for more info.

 **Budget Billing**

Helps you equalize your monthly service budget. For more information, please visit www.irea.coop/billing.

 **Paperless Billing**

Convenience at its best! Receive your bill securely via your email inbox rather than through postal mail. Fill out the form below to sign up, or visit www.irea.coop/billing to learn more.

### I would like to update my contact information:

Name _____

Mailing Address _____

City _____ State _____ ZIP _____

Primary Phone Number _____ Alternate Phone Number _____

### I would like to receive my bill via email (eBilling):

Email Address (required) _____

### I would like to help IREA assist struggling families in Colorado via Energy Outreach Colorado:

One-Time Contribution: $ _____ OR Monthly Contribution:   $5   $10   $20   Other $ _____

Signature _____ Date _____



## PAYMENT FAQs

**Q: How do I know that my eBill and payment are secure?**

**A: Secure Email Delivery:**

Your eBill contains an encrypted payment form. The encryption is of the highest 'banking-industry' standard.

**Offline Viewing:**

Your eBill is being viewed offline (locally on your machine) and the information and payment form within the email/eBill is not accessible over the internet. It is only available on your computer when you open the secure eBill using the first five digits of your mailing address zip code. This information is held locally on your machine only for as long as you have the eBill open.

**Secure Data Transfer:**

Your payment information is submitted over a secure 128 bit SSL connection (the same as would be used on a secure HTTPS website that displays this lock 🔒). As your payment is made directly from your encrypted invoice (and not on a website), it is therefore significantly more secure.

**Trusted Payment Provider:**

Payments are processed by an accredited & audited payment provider.
• NACHA - National Automated Clearinghouse Association (The Electronic Payments Association) is the leading organization in developing electronic solutions to improve the payments system.

**Q: How do I know if my payment went through?**

A: After you click "Pay Now", the payment will process and you will receive a popup window that looks like the following once the process is complete:



You will also receive a payment confirmation email with relevant payment details and a confirmation number.

**Q: What is CVV?**

A: CVV is the last 3 or 4 digits on the back of a Visa, MasterCard, or Discover and the 4 digit verification number on the front of an AMEX card.

**Q: Can I pay with a different account/payment method once my details have been remembered?**

A: Yes, simply type over the pre-populated information with your new banking details or select a new payment option and complete the relevant details. If you select the "Save payment details" again, the new banking information will be stored once you click "Pay Now" and successfully make a payment.

**Q: How do I prevent the secure PDF from saving my payment information?**

A: Uncheck the "Save payment details" box, enter updated payment information and click "Pay Now". This will submit your payment without storing payment details for future use.

**Q: What is the security warning that I see when clicking on "Pay My Bill"?**

A: Payments are processed by Western Union which is an accredited and audited payment provider. Adobe will verify that you are about to connect to the Internet when submitting a payment to Western Union. Click the "Allow" button when you see the warning below.



Note: If you do not wish to see this warning again select the check box "Remember my action for this site".

**Q: Can I pay from a tablet or mobile device?**

A: Yes, to pay from a mobile device please scroll to the top of the payment form and select the button that says "Pay from mobile".

**Q: Why am I seeing a $1.00 charge on my credit card as well as the amount I paid?**

A: This is a preauthorization the payment processor does to verify that the credit card number is valid. **This will drop off your credit card statement in 3 - 5 business days.**

For all other questions please contact us at 1-800-332-9540 or via email at eBill@irea.coop.



**Last 3 digits on account number panel**



**4 Digit card verification number**



Intermountain Rural
Electric Association

| | |
|---|---|
| Sedalia | 800-332-9540 |
| Conifer | 303-674-9759 |
| Strasburg | 303-622-9231 |
| Woodland Park | 719-687-9277 |

visit us at www.irea.coop

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment Received. Thank You | $0.00 |
| Credit | $0.00 |
| Past Due | $0.00 |

| Payment Due by | Amount Due |
|---|---|
| 09/22/2017 | $50.20 |

### Account Information

| | |
|---|---|
| Customer Acct Number | 2771 |

Customer Name:
**INTERNAL REVENUE SERVICE**

Service Address:
**3282 COUNTY ROAD 43**

Bill Date: **09/01/2017**
Cycle: 01
Rate: A
District: 2

## Current Charges

| CHARGES | BILLED USE | RATE | AMOUNT |
|---|---|---|---|
| Energy Charge | 267 | 0.12310 | $32.87 |
| Basic Service Charge | | | $12.33 |
| Connection Fee | | | $5.00 |

| | | | |
|---|---|---|---|
| | Current Charges | | $50.20 |
| | Total Due | | $50.20 |

### SPECIAL MESSAGES

Your next bill will have a new format. Please visit
www.IREA.coop to view a sample of the redesign.

### USAGE HISTORY & COMPARISON (kWh)

| Current Month's Avg kWh per Day | Avg Cost per Day |
|---|---|
| 7.22 | $1.22 |

ROLLING MONTHLY USAGE

| | |
|---|---|
| Last Year kWh Used | 0 |
| Last Year Billing | $0.00 |
| YTD kWh Used | 267 |
| YTD Billing | $45.20 |

**Automatic Payment Information**
To enroll go to http://www.irea.coop/billing#Automatic Bill Pay



Scan this QR Code with your phone to
launch Speedpay to pay your bill

---

▼   PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO ENSURE PROPER CREDIT TO YOUR ACCOUNT   ▼        Cycle: 01



Intermountain Rural
Electric Association
I.R.E.A.
P.O. Drawer A
Sedalia, CO 80135

| Account No | 2771 |
|---|---|
| DUE DATE | Sep-22-2017 |
| Total Due | $50.20 |

Please Fill-in Amount Paid

$

Check box for contact information changes or to **SIGN UP**
**FOR EBILL.** Fill out information on reverse side.

Make checks payable to:

INTERNAL REVENUE SERVICE
C/O GARY CHAMBERS PALS
SBSE COLLECTIONS
1201 PACIFIC AVE STE 505
TACOMA, WA 98402-4301991

Intermountain Rural Electric Association
P.O. Drawer A
Sedalia, CO 80135

2771    8



**Intermountain Rural Electric Association**

5496 No. U.S. Hwy 85
Sedalia, CO 80135-8600
(303) 688-3100
1-800-332-9540

Strasburg Office
Colfax & Main
Strasburg, CO 80136-0495
(303) 622-9231

Conifer Office
13404 Old US Hwy 285
Conifer CO, 80433-0117
(303) 674-9759

Woodland Park Office
800 North HWY 67
Woodland Park, CO 80866-0176
(719) 687-9277

www.irea.coop    

## Meter Readings

| Meter Number | Read Dates | | Days | Readings | | Multi | Actual Use | Details |
|---|---|---|---|---|---|---|---|---|
| | FROM | TO | | Previous | Current | | | |
| 58476790 | 07/25/2017 | 08/30/2017 | 36 | 83032 | 83299 | 1 | 267 | KWH |

**For more information regarding your bill and detail explanations, please visit our website and click Billing Account Details**



### Automatic Bill Pay
**(Electronic Funds Transfer)**

If remembering to pay your electric bill every month is another task you'd like to scratch off your to-do list, then Automatic Bill Payment is the perfect solution for you! This service is free of charge. Please visit our website at **http://irea.coop/billing#Automatic Bill Pay** to download the authorization form.



### Budget Billing

Helps you equalize your monthly electric service budget. For more information please visit our website at **http://irea.coop/billing#Budget Billing.**



### Energy Assistance
If you would like to help IREA members stay warm, safe and healthy in their homes this winter, you can contribute directly through your IREA bill. Please visit our website at **http://irea.coop.**



### Electronic Billing
Convenience at its best! Receive your bill securely via your email inbox rather than through the regular mail. Visit our website at **http://irea.coop/billing#Electronic Billing** to sign up.

## CONTACT INFORMATION CHANGES

☐ *Sign me up for eBill using the email address below. (Email must be provided.)*

E-MAIL: _____

BILLING ADDRESS: _____

CITY:_____ STATE:_____ ZIP: _____

DAY PHONE: _____ EVENING PHONE: _____

NAME: _____

EFFECTIVE DATE: _____



### PAYMENT FAQs

**Q: How do I know that my eBill and payment are secure?**

**A: Secure Email Delivery:**
Your eBill contains an encrypted payment form. The encryption is of the highest 'banking-industry' standard.

**Offline Viewing:**
Your eBill is being viewed offline (locally on your machine) and the information and payment form within the email/eBill is not accessible over the internet. It is only available on your computer when you open the secure eBill using the first five digits of your mailing address zip code. This information is held locally on your machine only for as long as you have the eBill open.

**Secure Data Transfer:**
Your payment information is submitted over a secure 128 bit SSL connection (the same as would be used on a secure HTTPS website that displays this lock 🔒). As your payment is made directly from your encrypted invoice (and not on a website), it is therefore significantly more secure.

**Trusted Payment Provider:**
Payments are processed by an accredited & audited payment provider.
• NACHA - National Automated Clearinghouse Association (The Electronic Payments Association) is the leading organization in developing electronic solutions to improve the payments system.

**Q: How do I know if my payment went through?**

A: After you click "Pay Now", the payment will process and you will receive a popup window that looks like the following once the process is complete:



You will also receive a payment confirmation email with relevant payment details and a confirmation number.

**Q: Can I pay with a different account/payment method once my details have been remembered?**

A: Yes, simply type over the pre-populated information with your new banking details or select a new payment option and complete the relevant details. If you select the "Save payment details" again, the new banking information will be stored once you click "Pay Now" and successfully make a payment.

**Q: How do I prevent the secure PDF from saving my payment information?**

A: Uncheck the "Save payment details" box, enter updated payment information and click "Pay Now". This will submit your payment without storing payment details for future use.

**Q: What is the security warning that I see when clicking on "Pay My Bill"?**

A: Payments are processed by Western Union which is an accredited and audited payment provider. Adobe will verify that you are about to connect to the Internet when submitting a payment to Western Union. Click the "Allow" button when you see the warning below.



Note: If you do not wish to see this warning again select the check box "Remember my action for this site".

**Q: Can I pay from a tablet or mobile device?**

A: Yes, to pay from a mobile device please scroll to the top of the payment form and select the button that says "Pay from mobile".

**Q: Why am I seeing a $1.00 charge on my credit card as well as the amount I paid?**

A: This is a preauthorization the payment processor does to verify that the credit card number is valid. **This will drop off your credit card statement in 3 - 5 business days.**

For all other questions please contact us at 1-800-332-9540 or via email at eBill@irea.coop.

**Q: What is CVV?**
A: CVV is the last 3 or 4 digits on the back of a Visa, MasterCard, or Discover and the 4 digit verification number on the front of an AMEX.



Last 3 digits on
account number panel



4 Digit card verification number