*United States v. Celauro, et al.*, **Civil No. 1:16-cv-00441-CMA-STV**
**United States' Motion for Order of Confirmation of Sale and Distribution of Proceeds**

# EXHIBIT C – Bill from Mathias Lock & Key

Mathias Lock & Key, Inc.
1123 Delaware St
Denver, CO 80204

07/17/2017

SALE                                                                    Total:        $516.99

MasterCard         xxxxxxxxxxxx3556
Exp. Date:         xx / xx
Name:              Gary Chambers

Auth. Code:        010073              **QuickBooks Trans. No:**
Trans. ID:         PI0110180313        Merchant No.:        5247710018743856

Thank you for your business

CUSTOMER COPY