*United States v. Celauro, et al.*, Civil No. 1:16-cv-00441-CMA-STV
United States' Motion for Order of Confirmation of Sale and Distribution of Proceeds

# EXHIBIT D – Bill from Nationwide Newspapers

# NATIONWIDE NEWSPAPERS
**5955 Masters Blvd**
**Orlando, Florida  32819**
Tel: (407) 909-1644
Fax: (407) 909-1748

7/31/2017

| Account Number | Invoice Number | Amount Due |
|---|---|---|
| ▮-6919 | 718270 | $0.00 |

**Customer's Name:** Internal Revenue Service
**Street Address:** 324 3rd St NE
**City, State, Zip Code:** Auburn WA  98002
**Telephone Number:** 360-536-6602
**Purchased By:** Gary Chambers

**DUE UPON RECEIPT**

**Fax Number:**

| Name of Publication | Location | Run Date | Price |
|---|---|---|---|
| The Flume | Bailey CO | 7/28, 8/04, 8/11, 8/18 | $110.66 |

Paid by credit card on 7/31/17

**NOTE:**
Thank you for using Nationwide Newspapers!!

| | |
|---|---|
| **TOTAL AMOUNT:** | $110.66 |
| **SALES TAX:** | n/a |
| **LESS PAYMENT:** | $110.66 |
| **TOTAL DUE:** | $0.00 |