*United States v. Celauro, et al.*, Civil No. 1:16-cv-00441-CMA-STV
United States' Motion for Order of Confirmation of Sale and
Distribution of Proceeds

# EXHIBIT E – Email from Herbert C. Phillips

## Watson, Ryan (TAX)

**From:** Herbert Phillips <Lee@law-hcp.com>
**Sent:** Tuesday, October 31, 2017 2:02 PM
**To:** Watson, Ryan (TAX)
**Subject:** RE: US v. Celauro (No. 1:16-cv-00441)

Ryan:

The Park County Treasurer confirms that no taxes are owing on this property.  Best regards.

*Herbert C. (Lee) Phillips*
*The Phillips Law Offices, LLC*
*675 Main Street*
*P.O. Box 1046*
*Fairplay, CO 80440*
*(719) 836-9005*
*Lee@law-hcp.com*

**From:** Watson, Ryan (TAX) [mailto:Ryan.Watson@usdoj.gov]
**Sent:** Tuesday, October 31, 2017 8:02 AM
**To:** Herbert Phillips <Lee@law-hcp.com>
**Subject:** RE: US v. Celauro (No. 1:16-cv-00441)

The schedule number is 16203 (area 0005). Thanks!

-Ryan

**From:** Herbert Phillips [mailto:Lee@law-hcp.com]
**Sent:** Saturday, October 28, 2017 2:44 PM
**To:** Watson, Ryan (TAX) <Ryan.Watson@tax.USDOJ.gov>
**Subject:** RE: US v. Celauro (No. 1:16-cv-00441)

Happy to.  Can you provide the Schedule Number for the property?  If not, I can dig it out.

*Herbert C. (Lee) Phillips*
*The Phillips Law Offices, LLC*
*675 Main Street*
*P.O. Box 1046*
*Fairplay, CO 80440*
*(719) 836-9005*
*Lee@law-hcp.com*

**From:** Watson, Ryan (TAX) [mailto:Ryan.Watson@usdoj.gov]
**Sent:** Wednesday, October 25, 2017 10:06 AM
**To:** Herbert Phillips <Lee@law-hcp.com>
**Subject:** US v. Celauro (No. 1:16-cv-00441)

Lee—

I hope all is well. As you probably saw through ECF, Celauro's property was sold in this matter, and I now need to put together a motion to confirm the sale and disburse the proceeds. Can you check with your client to see if there are any outstanding property taxes due, and if there are, provide me with payoffs for them as of November 20, 2017 and December 20, 2017? Let me know if you have any questions.

Thanks again for your work on this.

**Ryan S. Watson**
Trial Attorney
U.S. Department of Justice, Tax Division
Civil Trial Section – Western Region
P.O. Box 683
Washington, D.C. 20044
ryan.watson@usdoj.gov
Tel:  202.514.5173
Fax: 202.307.0054