*United States v. Celauro, et al.*, Civil No. 1:16-cv-00441-CMA-STV
United States' Motion for Order of Confirmation of Sale and
Distribution of Proceeds

# EXHIBIT F – IRS Payoff Statement for 1998, 1999, 2001, 2002, and 2011 Liabilities

**PAYOFF CALCULATOR**

**Name:** SALVATORE CELAURO JR    **SSN:** ▉▉▉ 470

**Calculation Result Based on INTST**

| MFT | Tax Period | Assessed Tax/Penalty | 12/20/2017 (Target Date) | | | 01/19/2018 (Target Date + 30 Days) | | | IDRS Hold Conditions |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total FTP | Total Interest | Balance | Total FTP | Total Interest | Balance | |
| 30 | 199812 | 17,669.86 | 4,393.75 | 55,871.76 | 77,935.37 | 4,393.75 | 56,128.39 | 78,192.00 | COMPUTATION HOLD ON FTP UNREVERSED TC 270 OR TC 271 START DATE MISSING/FTP FROZEN BY MF |
| 30 | 199912 | 24,688.18 | 3,088.50 | 36,641.31 | 64,417.99 | 3,088.50 | 36,853.43 | 64,630.11 | COMPUTATION HOLD ON FTP UNREVERSED TC 270 OR TC 271 START DATE MISSING/FTP FROZEN BY MF |
| 30 | 200112 | 28,341.08 | 2,563.56 | 31,637.82 | 62,542.46 | 2,563.56 | 31,843.77 | 62,748.41 | COMPUTATION HOLD ON FTP UNREVERSED TC 270 OR TC 271 START DATE MISSING/FTP FROZEN BY MF |
| 30 | 200212 | 27,440.57 | 1,660.20 | 27,020.00 | 56,120.77 | 1,660.20 | 27,204.80 | 56,305.57 | COMPUTATION HOLD ON FTP UNREVERSED TC 270 OR TC 271 START DATE MISSING/FTP FROZEN BY MF |
| 55 | 201112 | 5,080.00 | 0.00 | 1,121.48 | 6,201.48 | 0.00 | 1,141.90 | 6,221.90 | COMPUTATION HOLD ON FTP MFT 13/55/03 MODULE 08 |
| **Total** | | 103,219.69 | 11,706.01 | 152,292.37 | **267,218.07** | 11,706.01 | 153,172.29 | 268,097.99 | |

Print   Close   Return to Calculator