*United States v. Celauro, et al.*, Civil No. 1:16-cv-00441-CMA-STV
United States' Motion for Order of Confirmation of Sale and
Distribution of Proceeds

# EXHIBIT G – IRS Forms INTSTD – Tax, Penalty, and Interest Calculations

```
INTSTD        4470
30 199812 12202017 CELA
              4,393.75   ASSESSED FTP
             45,478.68   ASSESSED INT
             17,669.86   TAX & PENALTY
             67,542.29   ASSESSED TOTAL
                   .00   ACCRUED FTP
             10,393.08   ACCRUED INT
             10,393.08   TOTAL ACCRUALS
              4,393.75   TOTAL FTP
             55,871.76   TOTAL INT
             77,935.37   BALANCE DUE




COMPUTATION HOLD ON FTP
Employee #2635127362 Page 001 of 006 PAGE   002



INTSTD        4470    30 199812

INTEREST COMPUTATION TABLE
CODE        TRANS-AMT      DATE    TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
 8%              .00  19990331 00000000           .00   000000000            .00
1500             .00  19990415 00000000           .00   000000000            .00
1600         3,954.38 19990415 00000000      3,954.38   000000000            .00
2400        12,741.88 19990415 00000000     16,696.26   000000000            .00
3000        17,575.00 19990415 19990930     34,271.26   037504056       1,285.31
 8%              .00  19990930 19991231     35,556.57   020366803         724.17
 8%              .00  19991231 20000331     36,280.74   020087631         728.79
 9%              .00  20000331 20000930     37,009.53   046022073       1,703.26
 9%              .00  20000930 20001231     38,712.79   022877945         885.67
 9%              .00  20001231 20010331     39,598.46   022437053         888.47
 8%              .00  20010331 20010630     40,486.93   020143210         815.54
 7%              .00  20010630 20011231     41,302.47   035914164       1,483.34
 6%              .00  20011231 20020630     42,785.81   030197961       1,292.04
 6%              .00  20020630 20021231     44,077.85   030706087       1,353.46
 5%              .00  20021231 20030630     45,431.31   025102720       1,140.45
 5%              .00  20030630 20030930     46,571.76   012681614         590.61
 4%              .00  20030930 20031231     47,162.37   010132630         477.88
 4%              .00  20031231 20040331     47,640.25   009994425         476.14
 5%              .00  20040331 20040630     48,116.39   012508429         601.86
Employee #2635127362 Page 002 of 006 PAGE   003
```

11/16/2017                                                        Page 1 of 3

```
INTSTD         4470    30 199812

INTEREST COMPUTATION TABLE
CODE      TRANS-AMT       DATE    TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
 4%             .00   20040630 20040930      48,718.25   010104807         492.29
 5%             .00   20040930 20041231      49,210.54   012646749         622.35
 5%             .00   20041231 20050331      49,832.89   012404224         618.14
 6%             .00   20050331 20050930      50,451.03   030536684       1,540.61
 7%             .00   20050930 20051231      51,991.64   017798685         925.38
 7%             .00   20051231 20060227      52,917.02   011184303         591.84
1700          804.20  20060227 00000000      54,313.06   000000000            .00
2700        4,393.75  20060227 20060424      58,706.81   010796563         633.83
3600           80.00  20060424 20060515      59,420.64   004035130         239.77
3600           80.00  20060515 20060630      59,740.41   008860092         529.31
 8%             .00   20060630 20061231      60,269.72   041148414       2,480.00
 8%             .00   20061231 20070630      62,749.72   040464123       2,539.11
 8%             .00   20070630 20071231      65,288.83   041148414       2,686.53
 7%             .00   20071231 20080331      67,975.36   017555016       1,193.31
 6%             .00   20080331 20080630      69,168.67   015028621       1,039.51
 5%             .00   20080630 20080930      70,208.18   012646749         887.91
 6%             .00   20080930 20081231      71,096.09   015195019       1,080.31
 5%             .00   20081231 20090331      72,176.40   012404224         895.29
 4%             .00   20090331 20090930      73,071.69   020256121       1,480.15
Employee #2635127362 Page 003 of 006 PAGE   004


INTSTD         4470    30 199812

INTEREST COMPUTATION TABLE
CODE      TRANS-AMT       DATE    TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
 4%             .00   20090930 20091231      74,551.84   010132630         755.41
 4%             .00   20091231 20100630      75,307.25   020032540       1,508.60
 4%             .00   20100630 20101231      76,815.85   020367930       1,564.58
 3%             .00   20101231 20110331      78,380.43   007424381         581.93
 4%             .00   20110331 20110930      78,962.36   020256121       1,599.47
 3%             .00   20110930 20111231      80,561.83   007589992         611.46
 3%             .00   20111231 20120630      81,173.29   015029241       1,219.97
 3%             .00   20120630 20121113      82,393.26   011209444         923.58
6700       17,710.34- 20121113 00000000      65,606.50   000000000            .00
7060           39.26- 20121113 20121231      65,567.24   003942014         258.47
 3%             .00   20121231 20130401      65,825.71   007507183         494.17
3600           12.00  20130401 20130630      66,331.88   007424381         492.47
 3%             .00   20130630 20131231      66,824.35   015237592       1,018.24
 3%             .00   20131231 20140630      67,842.59   014987300       1,016.78
 3%             .00   20140630 20141231      68,859.37   015237592       1,049.25
 3%             .00   20141231 20150630      69,908.62   014987300       1,047.74
 3%             .00   20150630 20151214      70,956.36   013820089         980.62
3600          172.00  20151214 20151231      72,108.98   001398179         100.82
 3%             .00   20151231 20160331      72,209.80   007486596         540.61
Employee #2635127362 Page 004 of 006 PAGE   005
```

11/16/2017                                                         Page 2 of 3

```
INTST         4470    30 199812

INTEREST COMPUTATION TABLE
CODE         TRANS-AMT       DATE    TO-DT INT-PRINCIPAL        FACTOR    INTEREST-AMT
 4%                .00   20160331 20160630      72,750.41    009994425          727.10
 4%                .00   20160630 20161231      73,477.51    020311722        1,492.45
 4%                .00   20161231 20170630      74,969.96    020032540        1,501.84
 4%                .00   20170630 20171220      76,471.80    019138706        1,463.57
```

Employee #2635127362 Page 005 of 006 PAGE   006


INTSTD        4470    30 199812
COMPUTATION HOLD ON FTP


START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271


Employee #2635127362 Page 006 of 006 PAGE   001


11/16/2017                                              Page 3 of 3

```
INTSTD         4470
30 199912 12202017 CELA
              3,088.50   ASSESSED FTP
             28,041.82   ASSESSED INT
             24,688.18   TAX & PENALTY
             55,818.50   ASSESSED TOTAL
                   .00   ACCRUED FTP
              8,599.49   ACCRUED INT
              8,599.49   TOTAL ACCRUALS
              3,088.50   TOTAL FTP
             36,641.31   TOTAL INT
             64,417.99   BALANCE DUE




COMPUTATION HOLD ON FTP
Employee #2635127362 Page 001 of 005 PAGE   002



INTSTD         4470    30 199912

INTEREST COMPUTATION TABLE
 CODE         TRANS-AMT       DATE     TO-DT INT-PRINCIPAL       FACTOR    INTEREST-AMT
  9%               .00    20000331  00000000           .00    000000000             .00
 1500               .00    20000415  00000000           .00    000000000             .00
 1600          2,779.65    20000415  00000000      2,779.65    000000000             .00
 2400          8,956.65    20000415  00000000     11,736.30    000000000             .00
 3000         12,354.00    20000415  20000930     24,090.30    042171374        1,015.92
  9%               .00    20000930  20001231     25,106.22    022877945          574.38
  9%               .00    20001231  20010331     25,680.60    022437053          576.20
  8%               .00    20010331  20010630     26,256.80    020143210          528.90
  7%               .00    20010630  20011231     26,785.70    035914164          961.99
  6%               .00    20011231  20020630     27,747.69    030197961          837.92
  6%               .00    20020630  20021231     28,585.61    030706087          877.75
  5%               .00    20021231  20030630     29,463.36    025102720          739.61
  5%               .00    20030630  20030930     30,202.97    012681614          383.02
  4%               .00    20030930  20031231     30,585.99    010132630          309.92
  4%               .00    20031231  20040331     30,895.91    009994425          308.79
  5%               .00    20040331  20040630     31,204.70    012508429          390.32
  4%               .00    20040630  20040930     31,595.02    010104807          319.26
  5%               .00    20040930  20041231     31,914.28    012646749          403.61
  5%               .00    20041231  20050331     32,317.89    012404224          400.88
Employee #2635127362 Page 002 of 005 PAGE   003
```

11/16/2017                                                         Page 1 of 3

```
INTSTD        4470    30 199912

INTEREST COMPUTATION TABLE
CODE         TRANS-AMT       DATE     TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
  6%              .00    20050331 20050930      32,718.77   030536684         999.12
  7%              .00    20050930 20051231      33,717.89   017798685         600.13
  7%              .00    20051231 20060227      34,318.02   011184303         383.82
1700           597.88    20060227 00000000      35,299.72   000000000            .00
2700         3,088.50    20060227 20060630      38,388.22   023867147         916.22
  8%              .00    20060630 20061231      39,304.44   041148414       1,617.32
  8%              .00    20061231 20070630      40,921.76   040464123       1,655.86
  8%              .00    20070630 20071231      42,577.62   041148414       1,752.00
  7%              .00    20071231 20080331      44,329.62   017555016         778.21
  6%              .00    20080331 20080630      45,107.83   015028621         677.91
  5%              .00    20080630 20080930      45,785.74   012646749         579.04
  6%              .00    20080930 20081231      46,364.78   015195019         704.51
  5%              .00    20081231 20090331      47,069.29   012404224         583.86
  4%              .00    20090331 20090930      47,653.15   020256121         965.27
  4%              .00    20090930 20091231      48,618.42   010132630         492.63
  4%              .00    20091231 20100630      49,111.05   020032540         983.82
  4%              .00    20100630 20101231      50,094.87   020367930       1,020.33
  3%              .00    20101231 20110331      51,115.20   007424381         379.50
  4%              .00    20110331 20110930      51,494.70   020256121       1,043.08
Employee #2635127362 Page 003 of 005 PAGE   004



INTSTD        4470    30 199912

INTEREST COMPUTATION TABLE
CODE         TRANS-AMT       DATE     TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
  3%              .00    20110930 20111231      52,537.78   007589992         398.76
  3%              .00    20111231 20120630      52,936.54   015029241         795.60
  3%              .00    20120630 20121231      53,732.14   015195646         816.49
  3%              .00    20121231 20130630      54,548.63   014987300         817.54
  3%              .00    20130630 20131231      55,366.17   015237592         843.65
  3%              .00    20131231 20140630      56,209.82   014987300         842.43
  3%              .00    20140630 20141231      57,052.25   015237592         869.34
  3%              .00    20141231 20150630      57,921.59   014987300         868.09
  3%              .00    20150630 20151231      58,789.68   015237592         895.81
  3%              .00    20151231 20160331      59,685.49   007486596         446.84
  4%              .00    20160331 20160630      60,132.33   009994425         600.99
  4%              .00    20160630 20161231      60,733.32   020311722       1,233.60
  4%              .00    20161231 20170630      61,966.92   020032540       1,241.35
  4%              .00    20170630 20171220      63,208.27   019138706       1,209.72




Employee #2635127362 Page 004 of 005 PAGE   005



11/16/2017                                          Page 2 of 3
```

```
INTSTD      4470    30 199912
COMPUTATION HOLD ON FTP


START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271
```

Employee #2635127362 Page 005 of 005 PAGE   001

11/16/2017                                          Page 3 of 3

```
INTSTD        4470
30 200112 12202017 CELA
             2,563.56   ASSESSED FTP
            23,288.71   ASSESSED INT
            28,341.08   TAX & PENALTY
            54,193.35   ASSESSED TOTAL
                  .00   ACCRUED FTP
             8,349.11   ACCRUED INT
             8,349.11   TOTAL ACCRUALS
             2,563.56   TOTAL FTP
            31,637.82   TOTAL INT
            62,542.46   BALANCE DUE




COMPUTATION HOLD ON FTP
Employee #2635127362 Page 001 of 005 PAGE   002



INTSTD        4470    30 200112

INTEREST COMPUTATION TABLE
 CODE         TRANS-AMT       DATE    TO-DT INT-PRINCIPAL      FACTOR    INTEREST-AMT
  6%                .00   20011231 00000000          .00   000000000            .00
 1500               .00   20020415 00000000          .00   000000000            .00
 1600          3,204.45   20020415 00000000     3,204.45   000000000            .00
 2400         10,325.45   20020415 00000000    13,529.90   000000000            .00
 3000         14,242.00   20020415 20020630    27,771.90   012570476         349.11
  6%                .00   20020630 20021231    28,121.01   030706087         863.49
  5%                .00   20021231 20030630    28,984.50   025102720         727.59
  5%                .00   20030630 20030930    29,712.09   012681614         376.80
  4%                .00   20030930 20031231    30,088.89   010132630         304.88
  4%                .00   20031231 20040331    30,393.77   009994425         303.77
  5%                .00   20040331 20040630    30,697.54   012508429         383.98
  4%                .00   20040630 20040930    31,081.52   010104807         314.07
  5%                .00   20040930 20041231    31,395.59   012646749         397.05
  5%                .00   20041231 20050331    31,792.64   012404224         394.36
  6%                .00   20050331 20050930    32,187.00   030536684         982.88
  7%                .00   20050930 20051231    33,169.88   017798685         590.38
  7%                .00   20051231 20060227    33,760.26   011184303         377.58
 1700            569.18   20060227 00000000    34,707.02   000000000            .00
 2700          2,563.56   20060227 20060630    37,270.58   023867147         889.54
Employee #2635127362 Page 002 of 005 PAGE   003



11/16/2017                                              Page 1 of 3
```

```
INTSTD        4470    30 200112

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT       DATE     TO-DT INT-PRINCIPAL      FACTOR  INTEREST-AMT
 8%             .00   20060630 20061231      38,160.12   041148414      1,570.23
 8%             .00   20061231 20070630      39,730.35   040464123      1,607.65
 8%             .00   20070630 20071231      41,338.00   041148414      1,700.99
 7%             .00   20071231 20080331      43,038.99   017555016        755.55
 6%             .00   20080331 20080630      43,794.54   015028621        658.17
 5%             .00   20080630 20080930      44,452.71   012646749        562.18
 6%             .00   20080930 20081231      45,014.89   015195019        684.00
 5%             .00   20081231 20090331      45,698.89   012404224        566.86
 4%             .00   20090331 20090930      46,265.75   020256121        937.16
 4%             .00   20090930 20091231      47,202.91   010132630        478.29
 4%             .00   20091231 20100630      47,681.20   020032540        955.18
 4%             .00   20100630 20101231      48,636.38   020367930        990.62
 3%             .00   20101231 20110331      49,627.00   007424381        368.45
 4%             .00   20110331 20110930      49,995.45   020256121      1,012.71
 3%             .00   20110930 20111231      51,008.16   007589992        387.15
 3%             .00   20111231 20120630      51,395.31   015029241        772.43
 3%             .00   20120630 20121231      52,167.74   015195646        792.72
 3%             .00   20121231 20130630      52,960.46   014987300        793.73
 3%             .00   20130630 20131231      53,754.19   015237592        819.08
Employee #2635127362 Page 003 of 005 PAGE   004


INTSTD        4470    30 200112

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT       DATE     TO-DT INT-PRINCIPAL      FACTOR  INTEREST-AMT
 3%             .00   20131231 20140630      54,573.27   014987300        817.91
 3%             .00   20140630 20141231      55,391.18   015237592        844.03
 3%             .00   20141231 20150630      56,235.21   014987300        842.81
 3%             .00   20150630 20151231      57,078.02   015237592        869.73
 3%             .00   20151231 20160331      57,947.75   007486596        433.83
 4%             .00   20160331 20160630      58,381.58   009994425        583.49
 4%             .00   20160630 20161231      58,965.07   020311722      1,197.68
 4%             .00   20161231 20170630      60,162.75   020032540      1,205.21
 4%             .00   20170630 20171220      61,367.96   019138706      1,174.50




Employee #2635127362 Page 004 of 005 PAGE   005




11/16/2017                                                    Page 2 of 3
```

```
INTSTD       4470    30 200112
COMPUTATION HOLD ON FTP


START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271
```

Employee #2635127362 Page 005 of 005 PAGE   001

11/16/2017                                         Page 3 of 3

```
INTSTD       4470
30 200212 12202017 CELA
              1,660.20   ASSESSED FTP
             19,528.13   ASSESSED INT
             27,440.57   TAX & PENALTY
             48,628.90   ASSESSED TOTAL
                   .00   ACCRUED FTP
              7,491.87   ACCRUED INT
              7,491.87   TOTAL ACCRUALS
              1,660.20   TOTAL FTP
             27,020.00   TOTAL INT
             56,120.77   BALANCE DUE




COMPUTATION HOLD ON FTP
Employee #2635127362 Page 001 of 005 PAGE   002



INTSTD       4470     30 200212

INTEREST COMPUTATION TABLE
 CODE         TRANS-AMT        DATE    TO-DT INT-PRINCIPAL       FACTOR    INTEREST-AMT
  5%                .00    20021231 00000000          .00    000000000           .00
 1500               .00    20030415 00000000          .00    000000000           .00
 1600          3,112.88    20030415 00000000     3,112.88    000000000           .00
 2400         10,030.38    20030415 00000000    13,143.26    000000000           .00
 3000         13,835.00    20030415 20030630    26,978.26    010464621        282.32
  5%                .00    20030630 20030930    27,260.58    012681614        345.71
  4%                .00    20030930 20031231    27,606.29    010132630        279.72
  4%                .00    20031231 20040331    27,886.01    009994425        278.70
  5%                .00    20040331 20040630    28,164.71    012508429        352.30
  4%                .00    20040630 20040930    28,517.01    010104807        288.16
  5%                .00    20040930 20041231    28,805.17    012646749        364.29
  5%                .00    20041231 20050331    29,169.46    012404224        361.82
  6%                .00    20050331 20050930    29,531.28    030536684        901.79
  7%                .00    20050930 20051231    30,433.07    017798685        541.67
  7%                .00    20051231 20060227    30,974.74    011184303        346.43
 1700            462.31    20060227 00000000    31,783.48    000000000           .00
 2700          1,660.20    20060227 20060630    33,443.68    023867147        798.21
  8%                .00    20060630 20061231    34,241.89    041148414      1,409.00
  8%                .00    20061231 20070630    35,650.89    040464123      1,442.58
Employee #2635127362 Page 002 of 005 PAGE   003
```

11/16/2017                                                    Page 1 of 3

```
INTSTD        4470   30 200212

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT      DATE     TO-DT INT-PRINCIPAL     FACTOR   INTEREST-AMT
 8%             .00   20070630 20071231      37,093.47  041148414       1,526.34
 7%             .00   20071231 20080331      38,619.81  017555016         677.97
 6%             .00   20080331 20080630      39,297.78  015028621         590.59
 5%             .00   20080630 20080930      39,888.37  012646749         504.46
 6%             .00   20080930 20081231      40,392.83  015195019         613.77
 5%             .00   20081231 20090331      41,006.60  012404224         508.66
 4%             .00   20090331 20090930      41,515.26  020256121         840.94
 4%             .00   20090930 20091231      42,356.20  010132630         429.18
 4%             .00   20091231 20100630      42,785.38  020032540         857.10
 4%             .00   20100630 20101231      43,642.48  020367930         888.91
 3%             .00   20101231 20110331      44,531.39  007424381         330.62
 4%             .00   20110331 20110930      44,862.01  020256121         908.73
 3%             .00   20110930 20111231      45,770.74  007589992         347.40
 3%             .00   20111231 20120630      46,118.14  015029241         693.12
 3%             .00   20120630 20121231      46,811.26  015195646         711.33
 3%             .00   20121231 20130630      47,522.59  014987300         712.24
 3%             .00   20130630 20131231      48,234.83  015237592         734.98
 3%             .00   20131231 20140630      48,969.81  014987300         733.93
 3%             .00   20140630 20141231      49,703.74  015237592         757.37
Employee #2635127362 Page 003 of 005 PAGE   004


INTSTD        4470   30 200212

INTEREST COMPUTATION TABLE
CODE       TRANS-AMT      DATE     TO-DT INT-PRINCIPAL     FACTOR   INTEREST-AMT
 3%             .00   20141231 20150630      50,461.11  014987300         756.28
 3%             .00   20150630 20151231      51,217.39  015237592         780.43
 3%             .00   20151231 20160331      51,997.82  007486596         389.29
 4%             .00   20160331 20160630      52,387.11  009994425         523.58
 4%             .00   20160630 20161231      52,910.69  020311722       1,074.71
 4%             .00   20161231 20170630      53,985.40  020032540       1,081.46
 4%             .00   20170630 20171220      55,066.86  019138706       1,053.91




Employee #2635127362 Page 004 of 005 PAGE   005



11/16/2017                              Page 2 of 3
```

```
INTSTD        4470    30 200212
COMPUTATION HOLD ON FTP


START DATE MISSING/FTP FROZEN BY MF

UNREVERSED TC 270 OR TC 271
```

Employee #2635127362 Page 005 of 005 PAGE   001

```
INTSTD        4470
55 201112 12202017 CELA
                  .00  ASSESSED FTP
               293.61  ASSESSED INT
             5,080.00  TAX & PENALTY
             5,373.61  ASSESSED TOTAL
                  .00  ACCRUED FTP
               827.87  ACCRUED INT
               827.87  TOTAL ACCRUALS
                  .00  TOTAL FTP
             1,121.48  TOTAL INT
             6,201.48  BALANCE DUE




COMPUTATION HOLD ON FTP
Employee #2635127362 Page 001 of 003 PAGE  002



INTSTD        4470    55 201112

INTEREST COMPUTATION TABLE
CODE        TRANS-AMT      DATE     TO-DT INT-PRINCIPAL      FACTOR   INTEREST-AMT
 6%              .00  19000101  00000000          .00   000000000            .00
2400        5,000.00  20111121  20111231     5,000.00   003292946          16.46
 3%              .00  20111231  20120213     5,016.46   003612920          18.12
3600           80.00  20120213  20120630     5,114.58   011375223          58.18
 3%              .00  20120630  20121231     5,172.76   015195646          78.60
 3%              .00  20121231  20130630     5,251.36   014987300          78.70
 3%              .00  20130630  20131231     5,330.06   015237592          81.22
 3%              .00  20131231  20140630     5,411.28   014987300          81.10
 3%              .00  20140630  20141231     5,492.38   015237592          83.69
 3%              .00  20141231  20150630     5,576.07   014987300          83.57
 3%              .00  20150630  20151231     5,659.64   015237592          86.24
 3%              .00  20151231  20160331     5,745.88   007486596          43.02
 4%              .00  20160331  20160630     5,788.90   009994425          57.86
 4%              .00  20160630  20161231     5,846.76   020311722         118.76
 4%              .00  20161231  20170630     5,965.52   020032540         119.50
 4%              .00  20170630  20171220     6,085.02   019138706         116.46



Employee #2635127362 Page 002 of 003 PAGE  003




11/16/2017                                          Page 1 of 2
```

```
INTSTD       4470    55 201112
COMPUTATION HOLD ON FTP



MFT 13/55/03 MODULE 08
```

Employee #2635127362 Page 003 of 003 PAGE  001

11/16/2017                                    Page 2 of 2