*United States v. Celauro, et al.*, Civil No. 1:16-cv-00441-CMA-STV
**United States' Motion for Order of Confirmation of Sale and
Distribution of Proceeds**

# EXHIBIT H – Nassau County, New York Judgment Recorded with Park County Clerk and Recorder

# *717073*

F.C.A. § 439, 460, Art.5-B    **717073**    7/20/2015 4:39 PM    Debra A Green    4-14 09/1999
1 of 2    JUDGE    R$16.00  DS0.00    Park County Clerk

At a term of the Family Court of the
State of New York, held in and for
the County of Nassau, at Courthouse,
1200 Old Country Rd., Westbury,
NY 11590, on March 26, 2015

**PRESENT:**  Elizabeth A. Bloom, Support Magistrate

In the Matter of a **Support** Proceeding

**File #:**    585516
**Docket #:**  F-06649-14/14A

**Michele Graziano,**
DOB: ███████
1796 Willis Ave
Merrick, NY 11566,

**ORDER
ENTRY MONEY
JUDGMENT**

Petitioner,

- against -

**Salvatore F Celauro Jr,**
DOB: ███████
25587 Conifer Road
Suite 105 #317
Conifer, CO 80433,

Respondent.

NOTICE: YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY RESULT IN INCARCERATION FOR CRIMINAL NON-SUPPORT OR CONTEMPT. YOUR FAILURE TO OBEY THIS ORDER MAY RESULT IN SUSPENSION OF YOUR DRIVER'S LICENSE, STATE-ISSUED PROFESSIONAL, TRADE, BUSINESS AND OCCUPATIONAL LICENSES AND RECREATIONAL AND SPORTING LICENSES AND PERMITS; AND IMPOSITION OF REAL OR PERSONAL PROPERTY LIENS.

An application having been made by Michele Graziano for an order directing the entry of judgment in the sum of $8,438.25, that being the amount of arrears having accrued because of non-payment by Salvatore F Celauro Jr of sums directed to be paid by an order dated May 22, 2001, of Nassau County Supreme Court together with costs and disbursements and Salvatore F Celauro Jr's last known address is 25587 Conifer Road, Suite 105 #317, Conifer, CO 80433.

The matter having duly come on to be heard before this court;

NOW, after examination and inquiry into the facts and circumstances of the case and after hearing the proofs and testimony offered in relation thereto; and the defaulting party not having shown good cause for failure to make application for relief from the judgment or order directing such payment prior to accrual of such arrears; it is therefore

ADJUDGED that Salvatore F Celauro Jr willfully failed to obey the Order of this Court in that Salvatore F Celauro Jr willfully failed to pay the sum of $8,438.25, which amount the Court finds to be the arrears due and owing under said Order; and it is further

### *717073*

717073                7/20/2015 4:39 PM          Debra A Green                    Page: 2 of 2
2 of 2          JUDGE     R$16.00  D$0.00      Park County Clerk          Docket No: F-06649-14/14A
                                                                                                    4-14

ADJUDGED that Salvatore F Celauro Jr knowingly, consciously and voluntarily disregarded the obligation under a lawful court order; and it is

ORDERED that the judgment be entered in favor of Michele Graziano, 1796 Willis Ave, Merrick, NY 11566, against Salvatore F Celauro Jr in the amount of $8,438.25 plus interest together with costs and disbursements in the amount of $10.00, for a total sum of $8,448.25; and it is further

ORDERED that a certified copy of said judgment may be filed in the county clerk's office in accordance with Section 460 of the Family Court Act.

SPECIFIC WRITTEN OBJECTIONS TO THIS ORDER MAY BE FILED WITH THIS COURT WITHIN 30 DAYS OF THE DATE THE ORDER WAS RECEIVED IN COURT OR BY PERSONAL SERVICE, OR IF THE ORDER WAS RECEIVED BY MAIL, WITHIN 35 DAYS OF THE MAILING OF THE ORDER.

Dated: April 1, 2015                          **ENTER**
          jc

_____
Elizabeth A. Bloom, Senior Magistrate

Check applicable box:
☑ Order mailed on [specify date(s) and to whom mailed]: 4/3/15 P, R, S CU. w
☐ Order received in court on [specify date(s) and to whom given]: _____

FAMILY COURT CLERK'S OFFICE
STATE OF NEW YORK                    } ss.:
COUNTY OF NASSAU
     I, ROSALIE FITZGERALD  Clerk of the Family Court of Nassau County do hereby certify that I have compared the annexed with the original ORDER ENTRY MONEY JUDGMENT filed in my office _____ and that the same is a true transcript thereof, and of the whole of such original.
     In Testimony Whereof, I have hereunto set my hand and affixed the Seal of said Court this _3rd_ day of _____ 20__
                                                                              Clerk
          Rosalie Fitzgerald