*United States v. Celauro, et al.*, Civil No. 1:16-cv-00441-CMA-STV
United States' Motion for Order of Confirmation of Sale and Distribution of Proceeds

# EXHIBIT I – Emails to Michele Graziano

# Watson, Ryan (TAX)

| | |
|---|---|
| **From:** | Watson, Ryan (TAX) |
| **Sent:** | Thursday, November 16, 2017 1:23 PM |
| **To:** | craftymama2u@yahoo.com |
| **Subject:** | RE: US v. Salvatore Celauro (D. Colo. 1-16-cv-00441) |

Ms. Graziano—

Just checking in, since I did not hear back from you. I will be filing my motion tomorrow, so if you do not give me a payoff for December 20, 2017 by then, I will be filing the motion using my own calculation. Thank you.

Ryan

**From:** Watson, Ryan (TAX)
**Sent:** Wednesday, October 25, 2017 12:05 PM
**To:** 'craftymama2u@yahoo.com' <craftymama2u@yahoo.com>
**Subject:** US v. Salvatore Celauro (D. Colo. 1-16-cv-00441)

Dear Ms. Graziano—

I hope all is well. I plan on filing a motion to confirm the sale of the property and disburse the proceeds of the sale in this case next week. In order to provide for the payment of the support order lien you have against Mr. Celauro, I need an updated payoff (the lien for $8,438.25 was recorded on July 20, 2015).

Can you please provide me the payoff on your support order lien as of November 20, 2017 and again as of December 20, 2017? I would like to have the second date available in case the funds are not disbursed before November 20th. Please also provide me with a current address so that the Clerk of Court can send the check to you.

Please let me know if you have any questions.

Thanks,

**Ryan S. Watson**
Trial Attorney
U.S. Department of Justice, Tax Division
Civil Trial Section – Western Region
P.O. Box 683
Washington, D.C. 20044
ryan.watson@usdoj.gov
Tel:  202.514.5173
Fax: 202.307.0054