IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:16-cv-00441-CMA-STV

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SALVATORE CELAURO, JR.;
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

    Defendants.

## UNITED STATES' NOTICE OF FILING REVISED CERTIFICATE OF SERVICE

The United States of America, through undersigned counsel, submits this Notice of Filing Revised Certificate of Service as follows:

1. On November 21, 2017, the United States filed a Motion for Order Confirming Sale and Distributing Proceeds (ECF No. 65).

2. The Certificate of Service on the United States' Motion states that service of the Motion was made via United States Mail on November 21, 2017 on Defendants Salvatore Celauro, Jr. and Michele Graziano.

3. On November 29, 2017, undersigned counsel for the United States received notice that the mailings to Defendants Celauro and Graziano had been returned to the Department of Justice undelivered.

4.     It appears that the mailings, despite having been sent through the Department of Justice's mailroom using standard internal procedures, were returned to the Department of Justice by the United States Postal Service because postage was inadvertently not properly affixed to the mailings by the mailroom.

5.     Accordingly, the United States submits this Notice and the attached Certificate of Service.

Dated: <u>November 29, 2017</u>                              Respectfully Submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

<u>/s/  Ryan S. Watson</u>
RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Tel:  202.514.5173
Ryan.Watson@usdoj.gov

*Of Counsel*
ROBERT TROYER
United States Attorney
District of Colorado

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, I served the foregoing Notice of Revised Certificate of Service (ECF No. 66) and the United States' Motion for Order Confirming Sale and Distributing Proceeds (ECF No. 65) as follows:

<u>Via CM/ECF</u>:

    Herbert C. Phillips
    Lee@law-hcp.com
    *Counsel for Park County, Colorado*

<u>Via U.S. Mail</u>:

    Salvatore Celauro, Jr.
    3282 North County Road 43
    Bailey, Colorado 80421

    Salvatore Celauro, Jr.
    25587 Conifer Road, Suite 105 #317
    Conifer, Colorado 80433

    Michele Graziano
    1796 Willis Ave.
    Merrick, NY 11566

    */s/ Ryan S. Watson*
    RYAN S. WATSON
    Trial Attorney, Tax Division
    U.S. Department of Justice