IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

                              Plaintiff

      - against -

SALVATORE CELAURO, JR. [sic];
                              Wrongly Accused
                              Belligerent Litigant
MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                              Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER. COLORADO

**DEC 1 4 2017**

JEFFREY P. COLWELL
                    CLERK

-----------------------------------------------------------------------------------------------

**OBJECTION
TO
UNITED STATES' MOTION FOR ORDER CONFIRMING SALE
AND DISTRIBUTING PROCEEDS**

**PRELIMINARY STATEMENT**

Your Motion for Order Confirming Sale and Distributing Proceeds is a **FRAUD**. Is that all you **criminals** are capable of doing, committing **FRAUD** and **STEALING** from the People?!?!

Christine M. Arguello is **NOT** a judge. She has **NO** Oath of Office as required by the Constitution for the united States of America. I proved that fact in my document "Demand for Dismissal, with Prejudice, of this Alleged Case for Lack of Oath of Office by the so-called Judge". She is impersonating an "officer or employee of the United States", which is a **crime**, as stated in 18 U.S.C. § 912, which states:

> "Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both."

Oh, yes, she is not working for the united States of America. She is working for the United

States Corporation.  Therefore, that Code applies to Christine M. Arguello.  And being that she has committed this **crime**, any Order she signs is **NULL** and **VOID**!  In addition, she should be spending time in Club Fed.

### ANSWER TO MOTION

All distributions should not be made except to Michael Kim for what he paid for this fraudulent sale, and the return of my house should be made as this entire process is a **FRAUD** as **NO PROOF** of jurisdiction has ever been shown on the record.  **I have demanded this throughout this fraudulent process.**  But my mistake is, criminals don't have morals and don't abide by rules.

In addition, in your item 5, it was stated, "Fifth, payment in compliance with any lawful administrative collection actions, including the IRS's Notice of Levy pursuant to 26 U.S.C. § 6331 by check * * *."  26 U.S.C. § 6331(a) states in part:

(a) Authority of Secretary
* * * Levy may be made upon the accrued salary or wages of any **officer, employee,** or **elected official,** of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. * * *

Does the IRS have any proof that I am an **officer, employee,** or **elected official,** of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia?  I doubt very much as I know I am not an officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia.  This again is more **FRAUD** being committed by those in the governmental system, and more **THEFT** of my property.

Can the attorney for the plaintiff only make **FRAUDULENT** statements?  He states, "Defendant Celauro has yet to enter a proper appearance in this matter".  Is he capable of taking the time to read my documents?  He hasn't responded to any of my documents.  **Yes, I object to this Motion and this entire process.**

## I. BACKGROUND

This action was initiated **without proof** of jurisdiction over me, the natural man, as the United States Corporation has no jurisdiction over the People in this country. What is done is a fictitious entity is created having the same spelling as the real man but in all capital letters. A fictitious entity known as the United States Corporation cannot have a suit against a real man, so this is created to steal from the People. The complaint is **FRAUDULENT**. No liens are valid against my property.

Michele Graziano has no claim against me as her order/judgment was made by a so-called magistrate who has **NO** Oath of Office. Therefore, as I have stated in at least one previous document, she is not a magistrate and her order is **VOID**. Again, more **CRIMES** committed by those in the governmental system.

The "Default Judgment" of 3 November 2016 is **VOID** as has been stated in my documents the so-called judge has **NO** Oath of Office. The so-called order of 10 February 2017 is **VOID** for same reason, and was never received by me, that I may object to it, until it was handed to Sandra Grotewohl on 3 July 2017. Do you have proof that it was sent to me and proof I received it? I doubt very much such proof exists. More **FRAUD** committed by those in the governmental system.

Notice of the advertisement of the **FRAUDULENT** sale was never sent to me. Do you have proof that this was sent to me and proof I received it? I doubt very much such proof exists. More **FRAUD** committed by those in the governmental system.

The property was fraudulently sold as jurisdiction over me has never been proven on the record; therefore, more **criminal** actions occurred.

The expenses are **NOT VALID** as a conspiracy occurred selling my property. All funds must be returned to the buyer and my property returned to me.

## II. REQUEST FOR CONFIRMATION OF SALE

This entire section is **VOID** as the sale of the property was a **FRAUD**.

## III. DISTRIBUTION OF PROCEEDS

This entire section is **VOID** as the sale of the property was a **FRAUD**. The only proceeds to be done is to return to Michael Kim the $510,000 he paid, and the return of my property to me.

## CONCLUSION

Based upon all of my previous submitted documents, and the above,

WHEREAS, the so-called "judge", Christine M. Arguello, has **VIOLATED** the mandates of the Constitutions, the court cases cited in previous submitted documents, as having **FAILED** to file the required Oath of Office making the office vacant;

WHEREAS, Christine M. Arguello has committed a **crime** of impersonating an "officer or employee of the United States" as per 18 U.S.C. § 912;

WHEREAS, Christine M. Arguello has committed **FRAUD** by pretending to be a judge, where her actions are a **nullity**, i.e., **void** *ab initio*;

WHEREAS, the UNITED STATES CORORATION, Inc. and/or the INTERNAL REVENUE SERVICE, which is not an agency of the government but a third party entity, has **FAILED** to **PROVE**, **on the record**, that it has **jurisdiction** over me, the Natural man, and a **State Citizen**, **NOT** a U.S. citizen;

WHEREAS, Mr. Watson, as attorney for the Plaintiff, has **failed** to answer any of my submitted documents in the past **requesting to prove jurisdiction**, and I expect the same with this document, having **never negated any of my statements** as they are all based in truth, facts, and documents used by the governmental system, and that his silence is equated to **FRAUD** as pursuit to *United States v. Prudden*, and *United States of America v. Tweel*;

WHEREAS, it is known by me and many People in this country that those in the governmental system commit **FRAUD** and try to hide that fact;

WHEREAS, this Court is committing **FRAUD** by issuing this so-called Order when it has **NO**

**jurisdiction** over me, the Natural man, and a **State Citizen;**

WHEREAS, this Court has **violated** the Constitution, has **ignored** court cases that **proof of jurisdiction must be on the record**, and has ignored Maxims of Law;

WHEREAS, I have proven that I have declared myself as a **State Citizen** and not a U.S. citizen and having revoked my signature on all governmental documents in 1998;

WHEREAS, the IRS, Mr. Watson, and Christine M. Arguello have exposed themselves to an action in trespass, assault and battery, conversion, etc.;

WHEREAS, this case is **FRIVOLOUS** and **MERITLESS** as this Court **does not have jurisdiction** over me, the Natural man, and a **State Citizen;**

WHEREAS, at some point, the Constitution has to count for something;

WHEREAS, the only ruling this Court has is **to DISMISS the Order and return the funds to Michael Kim and the return of my property;**

THEREFORE, I hereby **Demand**, again, that this case is **meritless, frivolous**, as this Court has **NO** jurisdiction over this Natural man, a **State Citizen,** and **must be dismissed.**

Date: 12 December 2017

Proceeding at all times under Threat, Duress and Coercion

*sal-junior*
sal-junior:Celauro
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
    MICHELE GRAZIANO
    PARK COUNTY, Colorado via Herbert C. Phillips