IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:16-CV-00441

UNITED STATES OF AMERICA,

                  Plaintiff

- against -

SALVATORE CELAURO, JR. [sic];
                  Wrongly Accused
                  Belligerent Litigant

MICHELE GRAZIANO; and
PARK COUNTY, COLORADO

                  Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 14 2017**

JEFFREY P. COLWELL
             CLERK

---

## OBJECTION
## TO
## ORDER CONFIRMING SALE
## AND DISTRIBUTING PROCEEDS

### PRELIMINARY STATEMENT

Your Motion for Order Confirming Sale and Distributing Proceeds is a **FRAUD**. Is that all you **criminals** are capable of doing, committing **FRAUD** and **STEALING** from the People?!?!

Christine M. Arguello is **NOT** a judge. She has **NO** Oath of Office as required by the Constitution for the united States of America. I proved that fact in my document "Demand for Dismissal, with Prejudice, of this Alleged Case for Lack of Oath of Office by the so-called Judge". She is impersonating an "officer or employee of the United States", which is a **crime**, as stated in 18 U.S.C. § 912, which states:

> "Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both."

Oh, yes, she is not working for the united States of America. She is working for the United

States Corporation. Therefore, that Code applies to Christine M. Arguello. And being that she has committed this **crime**, any Order she signs is **NULL** and **VOID**! In addition, she should be spending time in Club Fed.

The so-called order of 10 February 2017 is **VOID** as has been stated in my documents the so-called judge has **NO** Oath of Office, and was never received by me, that I may object to it, until it was handed to Sandra Grotewohl on 3 July 2017. Do you have proof that it was sent to me and proof I received it? I doubt very much such proof exists. More **FRAUD** committed by those in the governmental system.

The property was fraudulently sold as jurisdiction over me has **never been proven on the record**; therefore, more **criminal** actions occurred.

The delivery of the Certificate of Sale and Deed are void as jurisdiction over me has **never been proven on the record**; therefore, more **criminal** actions occurred.

All interests in, liens against, or claims to my property are invalid as jurisdiction over me has **never been proven on the record**; therefore, more **criminal** actions occurred.

Possession of the property is to be returned to me, the legal owner of the property, as a **conspiracy** of the sale of the property is a **crime** as the Court had **NO** jurisdiction over me as it has never been proven on the record; therefore, more **criminal** actions occurred.

The only proceeds to be done is to return to Michael Kim the $510,000 he paid, and the return of my property to me. All other distributions are invalid.

## CONCLUSION

Based upon all of my previous submitted documents, and the above,

WHEREAS, the so-called "judge", Christine M. Arguello, has **VIOLATED** the mandates of the Constitutions, the court cases cited in previous submitted documents, as having **FAILED** to file the required Oath of Office making the office vacant;

WHEREAS, Christine M. Arguello has committed a **crime** of impersonating an "officer or employee of the United States" as per 18 U.S.C. § 912;

WHEREAS, Christine M. Arguello has committed **FRAUD** by pretending to be a judge, where her actions are a **nullity**, i.e., **void** *ab initio*;

WHEREAS, the UNITED STATES CORORATION, Inc. and/or the INTERNAL REVENUE SERVICE, which is not an agency of the government but a third party entity, has **FAILED** to **PROVE, on the record**, that it has **jurisdiction** over me, the Natural man, and a **State Citizen, NOT** a U.S. citizen;

WHEREAS, Mr. Watson, as attorney for the Plaintiff, has **failed** to answer any of my submitted documents in the past **requesting to prove jurisdiction**, and I expect the same with this document, having **never negated any of my statements** as they are all based in truth, facts, and documents used by the governmental system, and that his silence is equated to **FRAUD** as pursuit to *United States v. Prudden*, and *United States of America v. Tweel*;

WHEREAS, it is known by me and many People in this country that those in the governmental system commit **FRAUD** and try to hide that fact;

WHEREAS, this Court is committing **FRAUD** by issuing this so-called Order when it has **NO jurisdiction** over me, the Natural man, and a **State Citizen**;

WHEREAS, this Court has **violated** the Constitution, has **ignored** court cases that **proof of jurisdiction must be on the record**, and has ignored Maxims of Law;

WHEREAS, I have proven that I have declared myself as a **State Citizen** and not a U.S. citizen and having revoked my signature on all governmental documents in 1998;

WHEREAS, the IRS, Mr. Watson, and Christine M. Arguello have exposed themselves to an action in trespass, assault and battery, conversion, etc.;

WHEREAS, this case is **FRIVOLOUS** and **MERITLESS** as this Court **does not have**

**jurisdiction** over me, the Natural man, and a **State Citizen**;

WHEREAS, at some point, the Constitution has to count for something;

WHEREAS, the only ruling this Court has is **to DISMISS the Order and return the funds to Michael Kim and the return of my property**;

THEREFORE, I hereby **Demand**, again, that this case is **meritless, frivolous**, as this Court has NO jurisdiction over this Natural man, a **State Citizen,** and **must be dismissed.**

Date: 12 December 2017

            Proceeding at all times under Threat, Duress and Coercion

               *sal-junior*
               sal-junior:Celauro
               c/o 25587 Conifer Road, suite 105 #317
               Conifer, Colorado [80433]

cc: UNITED STATES OF AMERICA via Ryan S. Watson
  MICHELE GRAZIANO
  PARK COUNTY, Colorado via Herbert C. Phillips