U.S. POSTAGE PAID
NORTHGLENN, CO
80233
DEC 13 17
AMOUNT
**$4.75**
R2305K137627-14

80294

1000

7015 3010 0001 9350 5435

CERTIFIED MAIL®

:sal-junior:
[25587] conifer road,
suite 105 #317
conifer, near [80433]

U.S. District Court
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

