IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00441-CMA-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVATORE CELAURO, JR.,
MICHELE GRAZIANO, and
PARK COUNTY, COLORADO,

    Defendants.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Confirming Sale and Distributing Proceeds (Doc. # 69) entered by the Honorable Judge Christine M. Arguello on December 18, 2017, and incorporated herein by reference as if fully set forth, it is

ORDERED that the United States' Motion for Order Confirming Sale and Distributing Proceeds (Doc. # 65) is GRANTED.  It is

FURTHER ORDERED that sale on September 14, 2017, of the Subject Property was properly conducted.  The sale is hereby confirmed.  It is

FURTHER ORDERED that the Internal Revenue Service is authorized to execute and deliver to the purchaser a Certificate of Sale and Deed conveying the Subject Property to the successful bidder.  It is

FURTHER ORDERED that, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the Subject Property that are held or

asserted in this action by the Plaintiff or any of the Defendants are discharged.  On the delivery of the Certificate of Sale and Deed, the Subject Property shall be free and clear of the interests of Defendant Salvatore Celauro, Jr., Michele Graziano, Park County, Colorado, and the United States of America.  It is

FURTHER ORDERED that possession of the property sold shall be yielded to the purchaser upon the production of a copy of the Certificate of Sale and Deed; if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of the Court to compel delivery of the property to the purchaser.  It is

FURTHER ORDERED that the proceeds of the sale on September 14, 2017, of the Subject Property shall be distributed by the Clerk of Court as follows:

1. First, by check made payable to the "United States Marshal for the District of Colorado" in the amount of $352.03 for costs of eviction, mailed to:

    United States Marshal, District of Colorado
    Attn: Deputy Gregorio Rivera
    901 19th Street, 3rd Floor
    Denver, CO 80294

2. Second, by check made payable to the "Internal Revenue Service" in the amount of $736.92 for costs of sale, mailed to:

    Gary S. Chambers
    IRS Property Appraisal & Liquidation Specialist
    1201 Pacific Ave, Suite 550, M/S W802
    Tacoma, WA 98402

3. Third, by check made payable to the "United States Department of Justice," with "U.S. v. Celauro, et al., Case No. 16-cv-441" written in the memo field, in the amount of $267,218.07 in satisfaction of the Judgment entered on November 3, 2016, (Doc. # 46), plus any interest accruing

after December 20, 2017, mailed to:

> Department of Justice, ATTN: TAXFLU
> P.O. Box 310 - Ben Franklin Station
> Washington, DC 20044

4. Fourth, by check made payable to "Michele Graziano" in the amount of $10,475.82 in satisfaction of a Judgment for unpaid support entered by the Nassau County Family Court for the State of New York, mailed to:

> Michele Graziano
> 1796 Iis Ave.
> Merrick, NY 11566

5. Fifth, payment in compliance with any lawful administrative collection actions, including the IRS's Notice of Levy pursuant to 26 U.S.C. § 6331 by check made payable to the "United States Treasury" in the amount of $124,179.40 in compliance with the Internal Revenue Service's Levy (Doc. 64) for Defendant Celauro's unpaid federal income tax liabilities for the 2007, 2008, and 2009 tax years, plus any interest and penalties accruing after December 12, 2017, mailed to:

> Internal Revenue Service
> c/o Suzy Taylor
> 324 25th Street, Room 6025
> MS 5446-Ogden
> Ogden, UT 84401-2310000

6. Sixth, the remainder to be paid to Defendant Salvatore Celauro, Jr., mailed to the following address on file with the Court:

> Salvatore Celauro, Jr.
> 25587 Conifer Road, Suite 105 #317
> Conifer, CO 80433

3

Dated:  January 18, 2018.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

By:  s/   S. West
        S. West
        Deputy Clerk