From: Salvatore-Junior: Celauro, a man and Citizen of Colorado Republic
c/o 25587 Conifer Road, suite 105 #317
Conifer, Colorado

To: Administrative Office of the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2018

JEFFREY P. COLWELL
CLERK

AND

To: RYAN S. WATSON, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

AND

To: ROBERT TROYER, Acting United States Attorney
United States District Court
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

AND

To: JEFFREY P. COLWELL Esq., Clerk of Court
United States District Court
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

Reference
Case No: 1:16-cv-00441
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**NOTICE OF CLAIM OF RIGHT OF SUBROGATION**
**FOR COURT BOND FOUND IN FUND WITH CUSIP: 693390353**

I, Salvatore-Junior: Celauro, Citizen of Colorado Republic and a man of sound mind of the age of accountability hereinafter I, me, or my, declare the following facts to be true, correct, complete, and not misleading under my full commercial liability.

The Court Administrator, RYAN S. WATSON, ROBERT TROYER, and JEFFREY P. COLWELL are hereinafter you or your.

I became aware of the following security, using my equity without my knowledge or permission.

**SAL CELAURO JR (CC 1:16-CV-00441)**
| | |
|---|---|
| **PIMCO High Yield Fund** | Fund Symbol: **PHDCX** |
| CUSIP: | 693390353 |
| Inception Date: | 1/13/1997 |
| Net Assets: | $8,013,573,000.00 as of 7/31/2018 |
| Portfolio Assets: | $8,013,573,000.00 as of 7/31/2018 |

*See MASTER KEY OF EXPLANATION FOR CUSIP REPORT

Since it appears, by the evidence secured, that you are using my equity as surety for bonding Case No. Case No: 1:16-cv-00441, I hereby exercise my right of subrogation on the above security.

As an alleged defendant, it appears that I am being treated like a trustee of a constructive trust without ever being expressly informed of the nature of my presumed status.

Are there tax records concerning the transfer of this security to **PIMCO High Yield Fund** or any other transfers?

18 U.S. Code § 242 - Deprivation of rights under color of law

"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, ... shall be fined under this title or imprisoned not more than one year, or both;"

I demand that the bond be brought forward and that the proceeds from said bond be used to set off and settle all charges concerning Case No. 1:16-cv-00441.

If you are subject to 18 U.S.C. 472 which bars you from talking about anything relating to the securities generated by these case numbers, then it would behoove you to dismiss this case with prejudice.

8 September 2018

Salvatore-Junior: Celauro

CERTIFICATE OF SERVICE

Public Notary

Colorado state          )
                        ) ss  NOTARY PRESENTMENT
Jefferson county        )

I certify that on 8 September 2018, I sent a copy of the NOTICE OF CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND FOUND IN FUND WITH CUSIP: 693390353 and Certification to the following parties by:

Administrative Office of
the United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

☒ Express Mail #: EH077395874US

and

RYAN S. WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683

☐ regular mail     ☒ certified mail

and

ROBERT TROYER
Acting United States Attorney
United States District Court
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

☐ regular mail     ☒ certified mail

8 September 2018

_Salvatore-Junior: Celauro_

I, _Karla Nichols_, a Public Notary for said county and state, do hereby certify that, personally appeared before me the living man Salvatore-Junior: Celauro and executed the foregoing. Witness my hand and seal this 8th day of September, 2018.

_Karla Nichols_
Notary Signature

KARLA D NICHOLS
Notary Public – State of Colorado
Notary ID 19974015323
My Commission Expires Dec 22, 2018

## CERTIFICATE OF SERVICE

### Public Notary

| | |
|---|---|
| Colorado state | ) |
| | ) ss NOTARY PRESENTMENT |
| Jefferson county | ) |

I, the undersigned Public Notary, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:

1. NOTICE OF CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND FOUND IN FUND WITH CUSIP: 693390353

2. SAL CELAURO JR (CC 1:16-CV-00441) Report for CUSIP: 693390353, PIMCO High Yield Fund, Symbol: PHDCX

3. MASTER KEY OF EXPLANATION FOR CUSIP REPORT

4. Certified Copy of front and back of Certificate of Live Birth

5. Certified Copy of front and back of Social Security Card with all identifiers redacted to last 4 digits

to:  JEFFREY P. COLWELL Esq., Clerk of Court    Express Mail #: _EH017395888US_
United States District Court
District of Colorado
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

By causing the original document and attachments to be placed into the Postal Service system, addressed to the above person(s)/entity on behalf of Salvatore-Junior: Celauro who by his autograph here confirms this presentment.

Salvatore-Junior: Celauro

I, _Karla Nichols_, a Public Notary for said county and state, do hereby certify that, personally appeared before me the living man Salvatore-Junior: Celauro and executed the foregoing. Witness my hand and seal this 8th day of September, 2018.

Notary Signature

KARLA D NICHOLS
Notary Public – State of Colorado
Notary ID 19974015323
My Commission Expires Dec 22, 2018