Sal Celauro Jr
c/o 25587 Conifer Road,
suite 105 #317
Conifer, Colorado near [80433]

JEFFREY P. COLWELL, ESQ.
CLERK OF THE COURT
US. DISTRICT COURT
DISTRICT OF COLORADO
ALFRED A. ARRAJ COURTHOUSE
901 19TH ST., ROOM A105
DENVER, CO 80294-3589

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013. All rights reserved.

# PRIORITY MAIL EXPRESS™
## OUR FASTEST SERVICE IN THE U.S.

PRESS FIRMLY TO SEAL

**$24.70**
R2305K131216-17

80294

**PRIORITY MAIL EXPRESS™**

UNITED STATES POSTAL SERVICE®

EM077395888US

### ORIGIN (POSTAL SERVICE USE ONLY)
- ☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
- PO ZIP Code
- Scheduled Delivery Date (MM/DD/YY)
- Postage $
- Date Accepted (MM/DD/YY)
- Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON
- Insurance Fee $
- COD Fee $
- Time Accepted ☐ AM ☐ PM
- 10:30 AM Delivery Fee $
- Return Receipt Fee $
- Live Animal Transportation Fee $
- Special Handling/Fragile $
- Sunday/Holiday Premium Fee $
- Total Postage & Fees $
- Weight ___ lbs ___ ozs. ☐ Flat Rate
- Acceptance Employee Initials

### DELIVERY (POSTAL SERVICE USE ONLY)
- Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature
- Delivery Attempt (MM/DD/YY) Time ☐ AM ☐ PM Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   3-ADDRESSEE COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( )
Salvatore Junior Cerbino
16205587 Customer Number 135
#517
Centennial, Colorado

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT)  PHONE ( )
Jeffrey P. Colwell
U.S. District Court District Co.
Alfred A. Arraj Courthouse
901 19th Street, Room A105
Denver, CO
8 0 2 9 4 - 3 5 8 9

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013  OD: 12.5 x 9.5
PS10001000006

This envelope is made from post-consumer waste. Please recycle – again.



**GUARANTEED ★ TRACKED ★ INSURED**

**UNITED STATES POSTAL SERVICE®**

SAME GREAT EXPRESS MAIL® SERVICE, WITH A NEW NAME

**PRIORITY ★ MAIL ★ EXPRESS™**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

EP13F July 2013
OD: 12.5 x 9.5

PS10001000006

\* Money Back Guarantee to U.S., select APO/FPO/DPO, and select international destinations. See DMM and IMM at pe.usps.com for complete details.
× For International shipments, the maximum weight is 4 lbs.

Case No. 1:16-cv-00441-CMA-STV Document 71-1 filed 09/11/18 USDC Colorado pg 3 of 3